**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-019-412**

**Effective Date of Registration:**
September 29, 2016

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-092816. |
| **Previous or Alternate Title:** | Group registration of photos published JAN 14, 2001 through DEC 30, 2001; 250 photos total. |
| **Content Title:** | PizzaCheese002,    12-16-2001; |
| | PizzaCheese008,    02-23-2001; |
| | PizzaPepperoni005, 05-20-2001; |
| | PizzaVeggie001,    05-20-2001; |
| | |
| | CalzoneSteak001, 09-17-2001; |
| | ChickenWingBBQ013, 07-08-2001; |
| | ChickenWingBuffalo006, 08-09-2001; |
| | ChickenWingBuffalo008, 02-08-2001; |
| | |
| | Cauliflower007,    04-13-2001; |
| | ProduceVegetableAsst012, 11-28-2001; |
| | ChickenWingBuffalo015,  04-21-2001; |
| | ChickenWingBuffalo027,  07-21-2001; |
| | |
| | ChickenWingBuffalo028, 05-27-2001; |
| | ChickenWingBuffalo036, 05-27-2001; |
| | ChickenWingHot005, 05-28-2001; |
| | ChickenWingHot006, 06-19-2001; |
| | |
| | ChickenWingHot007, 03-23-2001; |
| | ChickenBreastDinner001, 12-23-2001; |
| | ChickenBroccoliDinner002, 04-26-2001; |
| | ChickenFriedDinner002, 04-10-2001; |
| | |
| | ChickenFriedDinner003, 11-28-2001; |
| | ChickenFriedDinner004, 12-22-2001; |
| | ChickenBreastBnlsSknls012, 06-26-2001; |
| | Stuffing003, 09-15-2001; |
| | |
| | TurkeyBurgerGrlMrk001, 06-11-2001; |
| | TurkeyBurgerGrlMrk002, 05-09-2001; |
| | VegetableKabob001, 04-15-2001; |
| | MahiMahi003, 05-28-2001; |
| | |
| | TurkeyBurgerGrlMrk003, 09-18-2001; |
| | TurkeyWhole021, 12-29-2001; |
| | TurkeyWhole024, 10-30-2001; |

TurkeyWhole026, 11-27-2001;

TurkeyDinner001, 12-21-2001;
TurkeyDinner002, 09-15-2001;
TurkeyDinner004, 09-21-2001;
TurkeyDinner011, 12-21-2001;

TurkeyDinner012, 10-15-2001;
TurkeyDinner020, 08-23-2001;
TurkeyDinner028, 08-22-2001;
BurritoGrilledStuffed001, 08-22-2001;

Chestnut004, 12-21-2001;
ProduceFarmStand001, 08-09-2001;
ProduceFarmStand002, 08-22-2001;
ProduceVegetableGrilled002, 08-09-2001;
EasterBasket002, 04-24-2001;
PotatoBaked013, 08-09-2001;
BBQJuly4001, 04-30-2001;
TableJuly4001, 04-29-2001;

RiceBroccoliCheese001, 07-10-2001;
RiceBrownMushroom001, 01-22-2001;
RicePilaf003, 08-14-2001;
FajitaChicken001, 04-10-2001;

FajitaChicken003, 02-15-2001;
Guacamole002, 07-17-2001;
Nacho001, 06-29-2001;
Nacho007, 01-26-2001;

NachoMultiColor001, 08-27-2001;
Quesadilla001, 08-20-2001;
SalsaBlackBean001, 05-22-2001;
SalsaChipFootball001, 01-21-2001;

SalsaCorn001, 07-29-2001;
SevenLayerSalad001, 02-12-2001;
TacoTurkey001, 04-09-2001;
Taquito001, 04-22-2001;

BreadPumpernickel008, 03-10-2001;
BreadPumpernickel009, 12-10-2001;
BreadOil001, 07-21-2001;
BreadOil002, 07-16-2001;

BreadOlive001, 02-27-2001;
BreadOlive002, 09-30-2001;
BreadPane001, 04-08-2001;
BreadPane002, 04-08-2001;

BreadPane003, 12-08-2001;
BreadParisian001, 08-13-2001;
BreadParisian002, 06-28-2001;
BreadParisian003, 02-15-2001;

BreadParisian004, 03-26-2001;
BreadPistachioLoaf001, 01-21-2001;



BreadPita002, 02-27-2001;
BreadPita003, 08-13-2001;

BreadPita005, 04-21-2001;
BreadPita006, 03-14-2001;
BreadPita007, 11-23-2001;
BreadPita008, 12-30-2001;

BreadPortuguese001, 08-18-2001;
BreadPortuguese002, 12-15-2001;
BreadPortuguese003, 07-10-2001;
BreadPumpernickel001, 04-15-2001;
BreadPumpernickel002, 08-13-2001;
BreadPumpernickel003, 12-13-2001;
BreadPumpernickel004, 01-16-2001;
BreadPumpernickel006, 02-18-2001;

BreadPumpernickel007,     04-20-2001;
BreadItalianMountainTop002, 08-13-2001;
BreadItalianMountainTop003, 08-18-2001;
BreadItalianMountainTop004, 09-21-2001;

BreadItalianSemolina001, 08-13-2001;
BreadItalianSesame001,  09-28-2001;
BreadItalianTwisted001, 08-13-2001;
BreadItalianWheat001,   05-12-2001;

BreadItalianWheat002, 08-12-2001;
BreadJalapeno001,   08-13-2001;
BreadLemonLoaf001,  01-21-2001;
BreadLightRye,      03-09-2001;

BreadMarble001,   08-13-2001;
BreadMarbleRye001, 03-26-2001;
BreadMarbleRye002, 08-13-2001;
BreadMarbleRye003, 08-13-2001;

BreadMarbleRye004, 09-29-2001;
BreadMarbleRye005, 03-08-2001;
BreadMonkey002,    02-12-2001;
BreadMultigrain001, 06-29-2001;

BreadMultigrain002, 08-09-2001;
BreadMultigrain003, 02-23-2001;
BreadNaan001,    06-17-2001;
BreadNut001,     08-13-2001;

BreadNutAsst001, 10-08-2001;
BreadNutAsst002, 08-12-2001;
BreadOatmeal001, 03-10-2001;
BreadOatmeal002, 08-13-2001;

BreadOatmeal003, 04-10-2001;
BreadFrenchBaguette003, 06-29-2001;
BreadFrenchParisian002, 08-13-2001;
BreadFrenchWheat001, 08-12-2001;

BreadFrenchWheat002, 08-12-2001;
BreadGarlic001,   09-21-2001;
BreadGarlic002,   08-13-2001;
BreadGarlic003,   08-13-2001;

BreadGarlic004,   08-13-2001;
BreadGarlic005,   08-13-2001;
BreadGarlic007,   08-27-2001;
BreadGarlic008,   07-14-2001;

BreadGarlic010,   04-16-2001;
BreadGarlic011,   04-16-2001;
BreadGarlic012,   03-19-2001;
BreadGarlic013,   03-14-2001;

BreadGarlicBasket001, 11-13-2001;
BreadHoneyWheat001,  06-29-2001;
BreadHoneyWheatBaguette001, 07-11-2001;
BreadIrishSoda001,   07-17-2001;

BreadIrishSoda003,   08-13-2001;
BreadIrishSoda004,   02-27-2001;
BreadIrishSoda005,   03-09-2001;
BreadIrishSoda007,   12-20-2001;

BreadIrishSoda008,   12-20-2001;
BreadIrishSodaBasket001, 03-09-2001;
BreadIrishSodaBasket002, 08-13-2001;
BreadItalian001,    02-12-2001;

BreadItalian002,  08-13-2001;
BreadItalian003,  04-16-2001;
BreadItalian004,  08-13-2001;
BreadItalianMountainTop001, 08-13-2001;

BreadItalian005,  03-12-2001;
BreadItalian006,  04-08-2001;
BreadItalian007,  08-13-2001;
BreadItalian008,  08-13-2001;

BreadItalian009,  05-12-2001;
BreadItalian010,  08-13-2001;
BreadItalian011,  04-13-2001;
BreadItalian012,  11-08-2001;

BreadItalian013,  11-08-2001;
BreadItalian014,  08-23-2001;
BreadItalian015,  08-23-2001;
BreadItalian016,  04-13-2001;

BreadItalian017,  04-13-2001;
BreadItalian018,  04-10-2001;
BreadItalian019,  04-13-2001;
BreadItalian020,  01-14-2001;

BreadItalian021,    08-27-2001;
Vegetables,      11-11-2001;
BreadCornLoavesMini001, 11-11-2001;



BreadCornLoavesMini002, 11-11-2001;

BreadCornLoavesMini003, 11-11-2001;
BreadCornLoavesMini004, 11-11-2001;
BreadCornLoavesMini005, 11-11-2001;
BreadCornucopia001, 08-13-2001;

BreadCornucopia02, 08-13-2001;
BreadCranberry001, 08-13-2001;
BreadCranberryOrange001, 08-13-2001;
BreadCranberryOrange002, 11-26-2001;

BreadCranberry003, 11-13-2001;
BreadCranberryOrangeStreuselTopping001, 10-08-2001;
BreadCranberryOrangeStreuselTopping002, 10-08-2001;
BreadEnglishMuffin001, 03-19-2001;

BreadEnglishToasting001, 08-13-2001;
BreadEnglishToasting002, 06-18-2001;
BreadFocaccia001,        02-13-2001;
BreadFocaccia002,        02-13-2001;

BreadFocaccia003, 08-13-2001;
BreadFocaccia004, 02-13-2001;
BreadFocaccia005, 02-14-2001;
BreadFocaccia006, 02-13-2001;

BreadFocaccia007, 10-09-2001;
BreadFocaccia008, 10-09-2001;
BreadFocaccia009, 07-09-2001;
BreadFocaccia010, 06-13-2001;

BreadFrench001,   12-13-2001;
BreadFrench002,   04-25-2001;
BreadFrench003,   08-13-2001;
BreadFrench004,   01-30-2001;

BreadFrench005,   08-13-2001;
BreadFrench006,   08-13-2001;
BreadFrench007,   08-13-2001;
BreadFrench009,   08-13-2001;

BreadFrench010,   04-27-2001;
BreadFrench011,   12-15-2001;
BreadFrench012,   08-10-2001;
BreadFrench013,   05-17-2001;

BreadFrenchBaguette001, 08-17-2001;
BreadFrenchBaguette002, 04-08-2001;
BreadBaguette004,       08-26-2001;
BreadBaguette006,       10-13-2001;

BreadBaguette007, 09-18-2001;
BreadBaguette008, 02-12-2001;
BreadBaguette009, 12-10-2001;
BreadBanana001,   07-20-2001;

BreadBanana003,   08-09-2001;

BreadBananaNut001, 05-20-2001;
BreadBananaNut002, 08-13-2001;
BreadBananaNut003, 04-11-2001;

BreadBananaNut004, 10-09-2001;
BreadBasket001,   10-09-2001;
BreadBasket002,   07-17-2001;
BreadBasket003,   08-26-2001;

BreadBasket004,   12-12-2001;
BreadBasket005,   08-13-2001;
BreadBasket007,   08-13-2001;
BreadBasket008,   05-13-2001;

BreadBavarian001,    08-13-2001;
BreadBlueberry001,   08-13-2001;
BreadBlueberry002,   02-27-2001;
BreadBlueberryNut001, 08-13-2001;

BreadBlueberryNut002, 02-27-2001;
BreadBraided001,    12-14-2001;
BreadBraided002,    02-13-2001;
BreadCappuchino001, 08-13-2001;

BreadChabaso001,    08-13-2001;
BreadChallah001,    08-13-2001;
BreadChallah002,    08-13-2001;
BreadCiabatta002,   07-17-2001;

BreadCiabattaSpread001, 05-28-2001;
BreadCiabattaSpread002, 05-28-2001;
BreadCinnamon001,    07-21-2001;
BreadCinnamon003,    08-13-2001;

BreadCinnamon004,    07-22-2001;
BreadCinnamon005,    04-14-2001;
BreadCoffee001,      08-14-2001;
BreadCorn001,        06-12-2001;

BreadCorn002,        08-13-2001;
BreadCorn004,        04-15-2001.

## Completion/Publication

Year of Completion: 2001
Date of 1st Publication: January 14, 2001
Nation of 1st Publication: United States

## Author

- Author: Adlife Marketing & Communications Co., Inc.. Employer-for-Hire of Joel Albrizio
Author Created: photograph
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

        Copyright Claimant:   Adlife Marketing & Communications Co., Inc.
                                      38 Church Street, PAWTUCKET, RI, 02860-3906

## Rights and Permissions

        Organization Name:   SHORES & OLIVER PC
                        Name:   Milton M. Oliver, Esq.
                        Email:   milton.oliver@shoresoliver.com
                   Telephone:   (774)521-3058
             Alt. Telephone:   (781)910-9664
                    Address:   PO BOX 790
                                      COTUIT, MA 02635-0790 United States

## Certification

                                Name:   Miilton M. Oliver, Esq.
                                  Date:   October 07, 2016
Applicant's Tracking Number:   873-057-311

                Correspondence:   Yes