Max K. Archer, WSBA #54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation, | NO. 2:23-cv-00160-TOR |
| Plaintiff, | PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| POOL WORLD, INC., a Washington for profit corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** Plaintiff does not have a parent corporation, and a publicly held corporation

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

does not own 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:** Plaintiff and Defendant Pool World, Inc.

RESPECTFULLY SUBMITTED this June 2, 2023.

RIVERSIDE LAW GROUP, PLLC,

_____

Max K. Archer, WSBA #54081
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Telephone: (509) 504-8714
Email: mka@riverside-law.com
*Attorney for Plaintiff*

905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone:  509-504-8714
E-Mail: mka@riverside-law.com