Max K. Archer, WSBA #54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> POOL WORLD, INC., a Washington for profit corporation, <br><br> Defendant. | NO. 2:23-cv-00160-TOR <br><br> DECLARATION OF SERVICE |

*I Declare:*

**1.** I am over the age of 18 years, and I am not a party to this action.

DECLARATION OF SERVICE • Page 1

905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

2.    I served POOL WORLD, INC. C/O GRADY EARLY (REGISTERED AGENT) with the following document(s): **Summons in a Civil Action; Complaint.**

3.    The date, time, and place of service:

    Date: **June 5, 2023**    Time: **11:42 A.M.**

    Address: **13524 E. Sprague Ave., Spokane, WA 99216**

4.    Service was made:

    **In-Hand** - by personal delivery to the person named in Paragraph 2.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Spokane, WA on June 5, 2023

Service Fee:  $ 59.20

RON UZETA
Process Server Registered #1730
Private Investigator License #4642
Business Principal License #2385
County of Spokane

DECLARATION OF SERVICE • Page 2

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

# CERTIFICATE OF SERVICE

I certify that on June 6, 2023, I mailed the foregoing to Defendant in the manner described below:

Grady Early
Defendant's Registered Agent
13524 E. Sprague Ave.
Spokane, WA 99216

☐ Hand Delivery
☒ First Class Mail
☐ Overnight Mail
☐ Facsimile Transmission
☐ Electronic Mail

*/s/ Max K. Archer*
Max K. Archer, ISB 11378



905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com