Paul Alan Levy (pro hac vice sought)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Stephen Kirby, WSBA #43228
Kirby Law Office, PLLC
1312 N. Monroe Street
Spokane, WA 99201
(509) 795-4863 | (510) 588-4732
kirby@kirbylawoffice.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for profit corporation,<br><br>Defendant. | No. 2:23-cv-00160-TOR<br><br>**MOTION FOR ADMISSION OF PAUL ALAN LEVY PRO HAC VICE** |

Defendant Pool World, Inc., through undersigned counsel, moves the Court to admit its lead counsel, pro hac vice, for the following reasons:

1. Paul Alan Levy is an attorney at Public Citizen Litigation Group and maintains his practice at 1600 20th Street NW. Washington, D.C. 20009, where his phone number is (202) 588-7725 and his email address is plevy@citizen.org.

2. Mr. Levy has been admitted to practice in the District of Columbia since 1978, in New York since 1984, and in many federal courts. A complete list of his bar admissions is attached as Exhibit A.

3. Mr. Levy's local co-counsel will be Stephen Kirby, WSBA #43228, whose firm is Kirby Law Office, PLLC, at 1312 North Monroe Street, Spokane, Washington 99201, where his phone numbers are (509) 795-4863 | (510) 588-4732 and his email address is

kirby@kirbylawoffice.com.

4. Pool World has retained Mr. Levy to provide pro bono representation in this case, because he has specialized in online speech and intellectual property litigation since the turn of the century. See https://www.citizen.org/about/person/paul alan levy/; Eugene Volokh, "May Be The Most Helpful Brief I've Ever Read," Volokh Conspiracy (May 19, 2022), https://reason.com/volokh/2022/05/9/may-be-the-most-helpful-brief-ive-ever-read/.

5. There are no pending disciplinary proceedings regarding Mr. Levy. He has never been the subject of disciplinary sanctions from a bar or bar association, except that, on two occasions, when bars in two jurisdictions in which he no longer practiced started charging renewal fees, without Mr. Levy having learned of the changes, his membership was suspended. When Mr. Levy learned of the fees, he resigned from each of the bars.

Respectfully submitted,

/s/ Stephen Kirby
Stephen Kirby, WSBA #43228
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
(509) 795-4863
kirby@kirbylawoffice.com

Paul Alan Levy (pro hac vice sought)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorneys for Defendant

June 26, 2023

# EXHIBIT A

| | | |
|---|---|---|
| Michigan Bar | May 20, 1977 (resigned) | |
| D.C. Bar | March 14, 1978 | Bar No. 946400 |
| New York Bar | January 16, 1984 | Bar No. 1894005 |

United States District Courts:
E.D. Mich       1977
D. Md.:         1978 (since resigned)
D.D.C.:         May 1, 1978
S.D. Ill.       2000 (since resigned)
D. Colo.        2009 (since resigned)
S.D.N.Y.        2011

United States Courts of Appeals: (all court of appeal dates are approximate)

D.C. Circuit 1980
1st Circuit  1991
2d Circuit   1983
3d Circuit   1980
4th Circuit  1981
5th Circuit  1990
6th Circuit  1986
7th Circuit  1985
8th Circuit  1985
9th Circuit  1984
10th Circuit 1985
11th Circuit 1986

Supreme Court of the United States    1980

Pro hac admissions in a variety of states and US District Courts

I maintained my Michigan Bar membership for many years after moving to D.C. following a judicial clerkship in Michigan, but took inactive status, which at the time meant there was no dues requirement. Unbeknownst to me, the Michigan Supreme Court ruled that inactive members would have to pay dues; my Michigan license was eventually suspended for non-payment of those dues. When I learned of this change, I resigned from the Michigan Bar.

Similarly, many years after I was admitted to the United States District Court for the District of Maryland, that court imposed a requirement of periodic fees. I received no notice of that rule and was suspended for nonpayment. When I learned of the new rule, I resigned from that Bar.

I resigned from the Bars of the Southern District of Illinois and the District of Colorado after those courts decided to start charging periodic fees.

/s/ Paul Alan Levy

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2023, I am electronically filing the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing will specifically identify the recipients of electronic notice. I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants: none.

/s/ Stephen Kirby
Stephen Kirby, WSBA #43228
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
(509) 795-4863
kirby@kirbylawoffice.com

Attorney for Defendant

June 26, 2023