Paul Alan Levy (pro hac vice to be sought)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
202-588-7725
plevy@citizen.org

Stephen Kirby, WSBA #43228
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
(509) 795 4863 | (510) 588 4732
kirby@kirbylawoffice.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for-profit corporation | Case No.: 2:23-cv-00160-TOR |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| vs. | |
| POOL WORLD, INC., a Washington for-profit corporation | |
| Defendants. | |

YOU ARE HEREBY ADVISED that Stephen Kirby will be absent from the office from July 4, 2023 through Aug 2, 2023. The undersigned therefore requests that no depositions, motions, court hearings, discovery, or other matters be

NOTICE OF UNAVAILABILITY - 1
No. 2:23-cv-00160-TOR

scheduled or served during this period which requires his attention in person or by

pleading.

Dated this 26 of July, 2023


Kirby Law Office, PLLC

*s/Stephen Kirby*
Stephen Kirby, WSBA #43228
*Attorney for Defendant*
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
Telephone: (509) 795 4863
Email: kirby@kirbylawoffice.com

NOTICE OF UNAVAILABILITY - 2
No. 2:23-cv-00160-TOR

I hereby certify that on July 26 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Kirby Law Office, PLLC

*s/Stephen Kirby*
Stephen Kirby, WSBA #43228
*Attorney for Defendant*
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
Telephone: (509) 795 4863
Email: kirby@kirbylawoffice.com

NOTICE OF UNAVAILABILITY - 3
No. 2:23-cv-00160-TOR

Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, Washington 98202
509.795.4863