1  Paul Alan Levy (pro hac vice)
   Public Citizen Litigation Group
2  1600 20th Street NW
   Washington, D.C. 20009
3  (202) 588-7725
   plevy@citizen.org
4
   Stephen Kirby
5  Kirby Law Office, PLLC
   WSBA #43228
6  1312 N. Monroe St.
   Spokane, Washington 99201
7  (509) 795-4863
   kirby@kirbylawoffice.com
8
                  UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF WASHINGTON

10  PREPARED FOOD PHOTOS, INC.,         )
    f/k/a ADLIFE MARKETING              )
11  & COMMUNICATIONS CO., INC.,         )
    a Florida for profit corporation,   )   No. 2:23-cv-00160-TOR
12                                      )
                Plaintiff,              )   **PAUL ALAN LEVY'S**
13                                      )   **NOTICE OF UNAVAILABILITY**
           v.                           )
14                                      )
    POOL WORLD, INC., a Washington for  )
15  profit corporation,                 )
                                        )
16              Defendant.              )

17       YOU ARE HEREBY ADVISED that Paul Alan Levy will be absent from the office
18  from December 15, 2023 through January 6, 2025. Mr. Levy therefore requests that no
19  depositions, motions, court hearings, discovery, or other matters be scheduled or served
20  during this period which requires his attention in person or by pleading.

21
22
23
24
25
26
27
28

1

2         /s/    Paul Alan Levy
Paul Alan Levy (pro hac vice)
3   Public Citizen Litigation Group
1600 20th Street NW
4   Washington, D.C. 20009
(202) 588-7725
5   plevy@citizen.org

6         /s/ Stephen Kirby
Stephen Kirby
7   Kirby Law Office, PLLC
WSBA #43228
8   1312 N. Monroe St.
Spokane, WA 99201
9   (509) 795 4863
kirby@kirbylawoffice.com

10   November 3, 2023

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of November, 2023, I am filing this Notice by the Court's ECF system, which will effect service on counsel for plaintiff, Max Archer and Lauren Hausman.

                        /s/   Paul Alan Levy
                        Paul Alan Levy (pro hac vice)
                        Public Citizen Litigation Group
                        1600 20th Street NW
                        Washington, D.C. 20009
                        (202) 588-7725
                        plevy@citizen.org

November 3, 2023