## INDEX OF EXHIBITS TO LEVY AFFIRMATION

Exhibit A
Defendant's Discovery Requests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Exhibit B
Plaintiff's Discovery Responses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Exhibit C
Plaintiff's Infringement Lawsuits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

Exhibit D
iStock Current Pricing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

Exhibit E
iStock Pricing in 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97

Exhibit F
Email Exchange with iStock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

Exhibit G
Email Exchange Between Counsel for Plaintiff and for Healthy Solutions . . . . 109

Exhibit H
Demands by AdLife Marketing and Communications
to Curt Archambault and Brian Kreuger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114

Exhibit I
Demand by Plaintiff to Pompano Pizza . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130

Exhibit J
Excerpt from AIPLA Economic Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137

Exhibit K
Notice from Plaintiff to Defendant's Insurer . . . . . . . . . . . . . . . . . . . . . . . . . . 140