# Exhibit C

An official website of the United States government.    Here's how you know. ⌄

Log in to PACER Systems ↴

**PACER**
Case Locator

Party Search Results

**Search Criteria:** Party Search; Date Filed From (On or After): [10/01/2016]; Date Filed To (On or Before): [10/30/2023]; Jurisdiction Type: [Civil]; Last Name: [AdLife Marketing]; Party Role: [PLA]; Sort: [Date Filed, Ascending]

**Result Count:** 262 (5 pages)
**Current Page:** 4

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00334 | Prepared Food Photos, Inc. v. Plascon Packaging, Inc. | Michigan Western District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 2:2023cv01294 | PREPARED FOOD PHOTOS, INC. v. JUNIATA SUPERMARKET, INC. | Pennsylvania Eastern District Co |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00926 | Prepared Food Photos, Inc. v. New Kianis Pizza & Subs, Inc. | Maryland District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00931 | Prepared Food Photos, Inc. v. AM Inc. | Colorado District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv02390 | Prepared Food Photos, Inc. v. Urfoodsupply | Illinois Northern District Court |
| Adlife Marketing and Communications Co., Inc. (pla) | 1:2023cv00160 | Prepared Food Photos, Inc. v. 305 Provisions Group, Inc. | Rhode Island District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00478 | Prepared Food Photos, Inc. v. RDS Grocery, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv00907 | Prepared Food Photos, Inc. v. Life Renu, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv10968 | Prepared Food Photos, Inc. v. Didrik Corporation | Massachusetts District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00538 | Prepared Food Photos, Inc. v. Family Cookbook Project LLC | Florida Middle District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO. INC. (pla) | 2:2023cv00745 | PREPARED FOOD PHOTOS, INC. V. SY'S PIZZA & SUB SHOP, LLC | Pennsylvania Western District C |

C-64

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv03895 | Prepared Food Photos, Inc. v. Chicken Joes, LLC | New York Southern District Cou |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv11103 | Prepared Food Photos, Inc. v. Coffee & Toffee LLC | Michigan Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv11234 | Prepared Food Photos, Inc. v. Illiano's J & P - Hampstead, Inc. | Maryland District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv11085 | Prepared Food Photos, Inc. v. WeNeedAVacation.com, LLC | Massachusetts District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv00195 | Prepared Food Photos, Inc. v. Jayjet Enterprises, Inc. | Nebraska District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 2:2023cv01831 | PREPARED FOOD PHOTOS, INC. v. COCOS PIZZA ASTON LLC | Pennsylvania Eastern District Co |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv03617 | Prepared Food Photos, Inc. v. J.M.J. Bagel Delicatessen, Inc. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv30054 | Prepared Food Photos, Inc. v. Wing Madness Springfield LLC | Massachusetts District Court |
| ADLIFE Marketing & Communications Co., Inc. (pla) | 3:2023cv00330 | Prepared Food Photos, Inc. v. Andersons Neck, LLC | Virginia Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00647 | Prepared Food Photos Inc. v. Wing Madness Inc. | Connecticut District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv00100 | Prepared Food Photos, Inc. v. Lakes Super Market, Inc. | Michigan Western District Court |
| Adlife Marketing & Communications Co., Inc., a Florida for profit corporation (pla) | 2:2023cv00160 | Prepared Food Photos Inc v Pool World Inc | Washington Eastern District Cou |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023md03075 | In Re: Prepared Food Photos, Inc. Copyright Litigation | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv01270 | Prepared Food Photos, Inc. v. Original Big Tomato, LLC et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv01297 | Prepared Food Photos, Inc. v. Tonys Pizza of Poughkeepsie, Inc. et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv01296 | Prepared Food Photos, Inc. v. Bravo West Pizza, LLC et al | Florida Middle District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv01306 | Prepared Food Photos, Inc. v. N & K Foods, Inc. et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv01300 | Prepared Food Photos, Inc. v. Three Brothers Italian Kitchen Ltd., et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv00263 | Prepared Food Photos, Inc. v. Coastal Cattle, LLC | Virginia Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00778 | Prepared Food Photos, Inc. v. KKJS Enterprises LLC | Connecticut District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv05777 | Prepared Food Photos, Inc. v. Red's Restaurant, Inc. | New York Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv40079 | Prepared Food Photos, Inc. v. 31 Lynnfield Corporation, Inc. | Massachusetts District Court |
| ADLIFE Marketing & Communications, Co., Inc. (pla) | 3:2023cv00456 | Prepared Food Photos, Inc. v. Southern Roots Farm LLC | Virginia Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv06382 | Prepared Food Photos, Inc. v. Los Pinos Food Corp. | New York Southern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 3:2023cv03950 | PREPARED FOOD PHOTOS, INC. v. STRYKER GOLF, L.LLC. | New Jersey District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2023cv00927 | Prepared Food Photos, Inc. v. Kayasan, LLC | Missouri Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv11847 | Prepared Food Photos, Inc. v. Clarkston Royal Diner, Inc. | Michigan Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv05091 | Prepared Food Photos, Inc. v. Captain Hooks of Roosevelt, Inc. | Illinois Northern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 2:2023cv01427 | PREPARED FOOD PHOTOS, INC. v. SEBASTIAN ENTERPRISES, INC. | Pennsylvania Western District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2023cv02929 | Prepared Food Photos, Inc. v. Stantons Shopping Center, Inc. | Texas Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2023cv81133 | Prepared Food Photos, Inc. v. StoresGo, Inc. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv01120 | Prepared Food Photos, Inc. v. Clarion Events, Inc. | Connecticut District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv01203 | Prepared Food Photos, Inc. v. J West Ventures LLC | Wisconsin Eastern District Court |

C-66

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv08036 | Prepared Food Photos, Inc. v. Eat Food Distributors, LLC | New York Southern District Cou |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv01478 | Prepared Food Photos, Inc vs Vegas VIP, LLC | Nevada District Court |

**PACER Service Center**

| | |
|---|---|
| | 10/30/2023 14:18:31 |
| **User** | PaulAlanLevy |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name AdLife Marketing; Role pla; All Courts; Date Filed 10/01/2016 to 10/30/2023; Jurisdiction CV; Page: 5; sort: DateFiled, ASC |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ                    Privacy & Security                    Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

C-67

An official website of the United States government.    Here's how you know ˅

Log in to PACER Systems ⬇

🏛 PACER
Case Locator

Party Search Results

**Search Criteria:** Party Search; Date Filed From (On or After): [10/01/2016]; Date Filed To (On or Before): [10/30/2023]; Jurisdiction Type: [Civil]; Last Name: [Adlife Marketing]; Party Role: [PLA]; Sort: [Date Filed, Ascending]

**Result Count:** 262 (5 pages)
**Current Page:** 5

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2022cv07754 | Prepared Food Photos, Inc. v. Focaccia Reserve, Inc. | California Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv01176 | Prepared Food Photos, Inc. v. Sawyer Garden Center, Inc. | Michigan Western District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2022cv03234 | Prepared Food Photos, Inc. v. La Prima Food Group, Inc | Maryland District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv62387 | Prepared Food Photos, Inc. v. RubyCo, Inc. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv09292 | Prepared Food Photos, Inc. v. General Seafood Distributor, Inc. | California Central District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv03297 | Prepared Food Photos, Inc. v. Chicago-Market-Distributors, Inc. | Colorado District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv03299 | Prepared Food Photos, Inc. v. Chicago-Market-Distributors, Inc. | Colorado District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv00829 | Prepared Food Photos, Inc. v. Mola Pizza, Inc. et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv24195 | Prepared Food Photos, Inc. v. Original Big Tomato, LLC et al | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv01278 | Prepared Food Photos, Inc. v. Mola Pizza, Inc. et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv05110 | Prepared Food Photos, Inc. v. QuickFixe Meals, Inc. | Georgia Northern District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv10951 | Prepared Food Photos, Inc. v. Bravo West Pizza, LLC et al | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv03372 | Prepared Food Photos, Inc. v. N & K Foods, Inc. et al | Maryland District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 3:2023cv00332 | PREPARED FOOD PHOTOS, INC. v. MARTELLS TIKI BAR INC | New Jersey District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2023cv00117 | Prepared Food Photos, Inc. v. Prompt Charters & Tours, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2023cv00122 | Prepared Food Photos, Inc. v. Myrtle Beach VIP Party Bus, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv10227 | Prepared Food Photos, Inc. v. Noora, Inc. | Michigan Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00137 | Prepared Food Photos, Inc. v. The Dugout N.Y. LLC | New York Northern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2023cv60183 | Prepared Food Photos, Inc. v. Delvecchio Pizza, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00886 | Prepared Food Photos, Inc. v. Investopedia, LLC | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv01012 | Prepared Food Photos, Inc. v. Elsa la Reyna del Chicharron Inc. | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00170 | Prepared Food Photos, Inc. v. Park Place Restaurant, LLC | New York Northern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2023cv00079 | Prepared Food Photos, Inc. v. Brookshire Grocery Company et al | Texas Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv01125 | Prepared Food Photos, Inc. v. Dyker Park Hot Bagels, Inc. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2023cv00163 | Prepared Food Photos, Inc. v. Arcadia Academy, LLC | Missouri Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv01175 | Prepared Food Photos, Inc. v. Gourmet Deli and Grill Zone Inc | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00681 | Prepared Food Photos, Inc. v. C&H Needham LLC | Georgia Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00202 | Prepared Food Photos, Inc. v. Venezia Pizza & Pasta, Inc. | New York Northern District Cour |

C-69

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO INC (pla) | 1:2023cv00030 | PREPARED FOOD PHOTOS INC v. GUMBYS PIZZA FRANCHISE LLC | Florida Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv01011 | Prepared Food Photos, Inc. v. Fiesta Market, Inc. | Illinois Northern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO. INC. (pla) | 1:2023cv01538 | Prepared Food Photos, Inc. v. The Dugout NY, LLC | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv01484 | Prepared Food Photos, Inc. v. Mikeys Famous Marinades Corp. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00258 | Prepared Food Photos Inc. v. Miss Thelma's Restaurant LLC | Connecticut District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00302 | Prepared Food Photos, Inc. v. Papaya Fresh Mediterranean Market Inc. | California Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2023cv00164 | Prepared Food Photos, Inc. v. Wing Brothers LLC | Texas Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv01329 | Prepared Food Photos, Inc. v. Belly Melly, LLC | Illinois Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv10559 | Prepared Food Photos, Inc. v. Yono Alpine Foods, Inc. | Michigan Eastern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 2:2023cv00947 | PREPARED FOOD PHOTOS, INC. v. BELLS MARKET PHARMACY, LLC | Pennsylvania Eastern District Co |
| Adlife Marketing & Communications Co. (pla) | 2:2023cv00459 | Prepared Food Photos, Inc. v. KM Market and Grill, Inc. | California Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2023cv00453 | Prepared Food Photos, Inc. v. AgewellSolutions, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2023cv00553 | Prepared Food Photos, Inc. v. Farmer Jack Produce, Inc. | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv01831 | Prepared Food Photos, Inc. v. L & J Meats, LLC | California Central District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv02146 | Prepared Food Photos, Inc. v. 8Coupons, Inc. | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv21058 | Prepared Food Photos, Inc. v. I Heart Fries US LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 7:2023cv00089 | Prepared Food Photos, Inc. v. FE-MA Enterprises, Inc. | Texas Southern District Court |

C-70

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 3:2023cv00312 | Prepared Food Photos, Inc. v. Mandarin/St. Johns Elks Lodge #2866 | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv00781 | Prepared Food Photos, Inc. v. Kosher Bite Inc. | Maryland District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2023cv00520 | Prepared Food Photos, Inc. v. Orlando Outdoor Landscaping, LLC | Florida Middle District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 1:2023cv01639 | PREPARED FOOD PHOTOS, INC. v. TILTON MARKET, INC. | New Jersey District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2023cv02201 | Prepared Food Photos, Inc. v. Harvest Gathering Farm, LLC | California Central District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 2:2023cv01211 | PREPARED FOOD PHOTOS, INC. v. ADNER LLC | Pennsylvania Eastern District Co... |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 1:2023cv01781 | PREPARED FOOD PHOTOS, INC. v. DAVID & SONS MEATS LLC | New Jersey District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv40034 | Prepared Food Photos, Inc. v. Michael P. Owens | Massachusetts District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2023cv10683 | Prepared Food Photos, Inc. v. Smithfield Market of Barnstable | Massachusetts District Court |

**PACER Service Center**

| | |
|---|---|
| User | PaulAlanLevy |
| | 10/30/2023 14:18:10 |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name AdLife Marketing; Role pla; All Courts; Date Filed 10/01/2016 to 10/30/2023; Jurisdiction CV; Page: 4; sort DateFiled, ASC |
| Billable Pages | 1 ($0.10) |

*** **Previously Billed** ***

PACER FAQ        Privacy & Security        Contact Us

**PACER Service Center**

An official website of the United States government.   Here's how you know. ⌄

Log in to PACER Systems ⬇

PACER Case Locator

Party Search Results

**Search Criteria:** Party Search; Date Filed From (On or After): [10/01/2016]; Date Filed To (On or Before): [10/30/2023]; Jurisdiction Type: [Civil]; Last Name: [AdLife Marketing]; Party Role: [PLA]; Sort: [Date Filed, Ascending]

**Result Count:** 262 (5 pages)
**Current Page:** 5

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61351 | Prepared Food Photos, Inc. v. Killam & Bassette Farmstead, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv04324 | Prepared Food Photos, Inc. v. EatOkra Inc. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv04349 | Prepared Food Photos, Inc. v. The Arena Group Holdings, Inc. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv03832 | Prepared Food Photos, Inc. v. 193 Corp. | Illinois Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv04357 | Prepared Food Photos, Inc. v. Bare Naked Bakery, LLC | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2022cv01872 | Prepared Food Photos, Inc v. The Good Earth Natural Foods Company | Maryland District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., (pla) | 0:2022cv61406 | PREPARED FOOD PHOTOS, INC. v. ARIZONA RUB LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61426 | Prepared Food Photos, Inc. v. The Produce Patch LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co Inc (pla) | 1:2022cv00898 | Prepared Food Photos Inc v. Marchant's Foods Inc | Wisconsin Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00716 | Prepared Food Photos, Inc. v. Harbor Springs Chamber of Commerce | Michigan Western District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00717 | Prepared Food Photos, Inc. v. Petoskey Regional Chamber of Commerce | Michigan Western District Court |

C-72

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2022cv00175 | Prepared Food Photos, Inc. v. Willis Orchard Company, LLC | Georgia Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv07123 | Prepared Food Photos, Inc v. Cratejoy Inc. et al | New York Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv02119 | Prepared Food Photos, Inc. v. Three Brothers Italian Kitchen Ltd, et al | Maryland District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2022cv01924 | Prepared Food Photos, Inc. v. Zein LLC et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv07160 | Prepared Food Photos, Inc. v. Tonys Pizza of Poughkeepsie, Inc. et al | New York Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61573 | Prepared Food Photos, Inc. v. Villa Milagro Vineyards, LLC et al | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61671 | Prepared Food Photos, Inc. v. Fat Daddy Co. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv07953 | Prepared Food Photos, Inc. v. Trip Restaurant LLC | New York Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv05560 | Prepared Food Photos, Inc. v. Trip Restaurant LLC | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv00187 | Prepared Food Photos, Inc. v. Great Lakes Foods, LLC | Michigan Western District Court |
| Adlife Marketing & Communications Co Inc (pla) | 2:2022cv01141 | Prepared Food Photos Inc v. Currie & Sons LLC | Wisconsin Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv02540 | Prepared Food Photos, Inc. v. Lasater Grasslands Beef, LLC | Colorado District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2022cv02244 | Prepared Food Photos, Inc. v. Ovation Bistro & Bar, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv07158 | Prepared Food Photos, Inc. v. Lekai Inc. | California Central District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv23197 | Prepared Food Photos, Inc. v. Miami Beach 411 Corporation | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv05882 | Prepared Food Photos, Inc. v. Brian Dempseys et al | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv05983 | Prepared Food Photos, Inc. v. Goodale Farms, Inc. | New York Eastern District Court |

C-73

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv08516 | Prepared Food Photos, Inc. v. Eastchester Fish Gourmet, Inc. | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv12399 | Prepared Food Photos, Inc. v. C & G Publishing, Inc. | Michigan Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61883 | Prepared Food Photos, Inc. v. Gonzague Foods, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv00638 | Prepared Food Photos, Inc. v. 4 The Gourmet, Inc. | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2022cv03538 | Prepared Food Photos, Inc. v. Bull Creek, Inc. | Texas Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2022cv01956 | Prepared Food Photos, Inc. v. Stage Coach Sauces, LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv23478 | Prepared Food Photos, Inc. v. Warehouse Division of World Terminal and Distributing Corp. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv05900 | Prepared Food Photos, Inc. v. Fathead Design, Inc. | Illinois Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 5:2022cv01108 | Prepared Food Photos, Inc. v. G & C Food Distributors & Brokers Inc. | New York Northern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61995 | Prepared Food Photos, Inc. v. Familysavings Media Corp. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2022cv02443 | Prepared Food Photos, Inc. v. Packers' Plus Foods, Inc. | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2022cv02005 | Prepared Food Photos, Inc. v. Casselberry Patio Bar, Inc. | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv08040 | Prepared Food Photos, Inc. v. Citygrid Media, LLC | California Central District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv08042 | Prepared Food Photos, Inc. v. CityGrid Media, LLC | California Central District Court |
| Adlife Marketing and Communications Co., Inc. (pla) | 4:2022cv03242 | Prepared Food Photos, Inc. v. Burwell Bowlers, LLC | Nebraska District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv09446 | Prepared Food Photos, Inc. v. Executive Dining Club, Inc. | New York Southern District Cour |

C-74

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv06197 | Prepared Food Photos, Inc. v. Bellissimo Distribution, LLC | Illinois Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv07005 | Prepared Food Photos, Inc. v. Crescent Packing Corp. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv62134 | Prepared Food Photos, Inc. v. David's Cemetery Association | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv62144 | Prepared Food Photos, Inc. v. Beaver Supermarket, Inc. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2022cv03998 | Prepared Food Photos, Inc. v. D Houston, Inc. | Texas Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv12837 | Prepared Food Photos, Inc. v. Dobrys, Inc. | Michigan Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv62223 | Prepared Food Photos, Inc. v. Valley Distributing of Montana, Inc. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv01270 | Prepared Food Photos, Inc. v. WaDaYaNeed, LLC | New York Northern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv08761 | Prepared Food Photos, Inc. v. Port Town Foods, LLC | California Central District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC. (pla) | 2:2022cv07029 | PREPARED FOOD PHOTOS, INC. v. ANTHONY & SONS ITALIAN BAKERY, INC. | New Jersey District Court |

**PACER Service Center**

| | |
|---|---|
| User | PaulAlanLevy |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name AdLife Marketing; Role pla; All Courts; Date Filed 10/01/2016 to 10/30/2023; Jurisdiction CV; Page: 3; sort: DateFiled, ASC |
| Billable Pages | 1 ($0.10) |

10/30/2023 14:17:52

*** Previously Billed ***

PACER FAQ        Privacy & Security        Contact Us

C-75

An official website of the United States government.   Here's how you know.  ⌄

Log in to PACER Systems ⬇

**PACER**
Case Locator

Party Search Results

**Search Criteria:** Party Search; Date Filed From (On or After): [10/01/2016]; Date Filed To (On or Before): [10/30/2023]; Jurisdiction Type: [Civil]; Last Name: [AdLife Marketing]; Party Role: [PLA]; Sort: [Date Filed, Ascending]
**Result Count:** 262 (5 pages)
**Current Page:** 5

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Company Inc (pla) | 2:2020cv00178 | Adlife Marketing & Communications Company Inc v. Yoke's Foods Inc | Washington Eastern District Cou |
| Adlife Marketing & Communications Company, Inc. (pla) | 0:2020cv01323 | Adlife Marketing & Communications Company, Inc. v. Coborn's, Incorporated | Minnesota District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 5:2020cv00532 | Adlife Marketing & Communications Co., Inc v. Wades Farm to Plate LLC | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2020cv09231 | Adlife Marketing & Communications Co., Inc. v. Merlin Printing, Incorporated et al | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2021cv00741 | Adlife Marketing & Communications Co. v. Karns Prime and Fancy Food Ltd. et al | Pennsylvania Middle District Cou |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2021cv00698 | Prepared Food Photos, Inc. v. Getty Images et al | New York Western District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv81739 | Prepared Food Photos, Inc. v. Better Than A Bistro, LLC et al | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2021cv07767 | Adlife Marketing & Communications Co., Inc. v. GJC, LLC | New York Southern District Cour |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv81786 | Prepared Food Photos, Inc. v. Crescent Food Corp et al | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2021cv01558 | Prepared Food Photos, Inc. v. Casselberry Meat and Produce Inc. | Florida Middle District Court |

C-76

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | | et al | |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2021cv01573 | Prepared Food Photos, Inc. v. Pizza Buffet, Inc. et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv81830 | Prepared Food Photos, Inc. v. Souderton Pizza, Inc. et al | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv81876 | Prepared Food Photos, Inc. v. Bagel Barista Corp. et al | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv81878 | Prepared Food Photos, Inc. v. DD Buffalo, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2021cv05813 | Prepared Food Photos, Inc. v. La Paz Pizza Corp et al | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv81963 | Prepared Food Photos, Inc. v. Shadowbrook Farm LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 6:2021cv01775 | Prepared Food Photos, Inc. v. ECF Property & Management LLC et al | Florida Middle District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2021cv03706 | Prepared Food Photos, Inc. v. Andean Group LLC | Texas Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2021cv04802 | Prepared Food Photos, Inc. v. Bilt Enterprises LLC et al | Georgia Northern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO INC (pla) | 4:2021cv00467 | PREPARED FOOD PHOTOS INC v. OG SUBS LLC et al | Florida Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv82129 | Prepared Food Photos, Inc v. Patriot Fine Foods LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv82132 | Prepared Food Photos, Inc. v. Heritage IGA Tiffin, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv82154 | Prepared Food Photos, Inc. v. Valley Meats LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2021cv82518 | Prepared Food Photos, Inc. v. Whites Kingco, Inc. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00040 | Prepared Food Photos, Inc. v. Crescent Food Corp et al | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00282 | Prepared Food Photos, Inc. v. Iliria Foods Corp. | New York Eastern District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2022cv00290 | Prepared Food Photos, Inc. v. RR USA Investments LLC | Texas Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00579 | Prepared Food Photos, Inc. v. Battaglia's Market et al | New York Eastern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO. INC. (pla) | 2:2022cv00256 | PREPARED FOOD PHOTOS, INC. v. KOCKETKOV | Pennsylvania Western District C... |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv00971 | Renee Comet et al v. Valusoft Finance LLC et al | California Central District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv00037 | Prepared Food Photos, Inc. v. Jack's Foods of Menominee, Inc. | Michigan Western District Court |
| Adlife Marketing & Communications Co Inc (pla) | 4:2022cv00311 | Prepared Food Photos, Inc v. Diffley et al | Missouri Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00341 | Prepared Food Photos Inc v. T&C Markets Inc | Wisconsin Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2022cv80443 | Prepared Food Photos, Inc. v. Winco Foods LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2022cv80639 | Prepared Food Photos, Inc. v. Joslyn's Foods, Inc. | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2022cv03066 | Prepared Food Photos, Inc. v. Leon's Food Mart Inc. | Nebraska District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv01047 | Prepared Food Photos, Inc. v. DJ Grille & Tap Concepts, Inc. | Colorado District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 9:2022cv80664 | Prepared Food Photos, Inc. v. Health Foods, LLC | Florida Southern District Court |
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., (pla) | 2:2022cv10969 | PREPARED FOOD PHOTOS, INC. v. HUCKLEBERRY JUNCTION PIZZA EXPRESS LLC | Michigan Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv60863 | Prepared Food Photos, Inc. v. West Hartford Kitchen, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv21414 | Prepared Food Photos, Inc. v. The Charter Agency LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv01137 | Prepared Food Photos, Inc. v. Mustang Pizza & Subs, Inc. | Maryland District Court |

C-78

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv02488 | Prepared Food Photos, Inc. v. Land O'Frost Inc | Illinois Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv02853 | Prepared Food Photos, Inc. v. Long Island Media Group, LLC | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv00376 | Prepared Food Photos, Inc. v. Stansell & Jameson, Inc. | New Mexico District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 0:2022cv61007 | Prepared Food Photos, Inc. v. Dry Lakes Ranch Beef, LLC | Florida Southern District Court |
| Adlife Marketing & Communications Co Inc (pla) | 2:2022cv00642 | Prepared Food Photos Inc v. Jaber et al | Wisconsin Eastern District Court |
| Adlife Marketing & Communications Co Inc (pla) | 2:2022cv00652 | Prepared Food Photos Inc v. Hometown Publications III Inc | Wisconsin Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv01434 | Prepared Food Photos, Inc. v. Bianca LLC | Colorado District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv03393 | Prepared Food Photos, Inc. v. Point Lookout Clam Bar, Inc. et al | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 8:2022cv00214 | Prepared Food Photos, Inc. v. Kimball Foods, LLC | Nebraska District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv00704 | Prepared Food Photos, Inc. v. Shadowbrook Farm LLC | New York Northern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2022cv04196 | Prepared Food Photos, Inc. v. Silver Star of Brooklyn / Brooklyns Best Inc. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2022cv04258 | Prepared Food Photos, Inc. v. Gemstone Supermarkets, Inc. et al | New York Eastern District Court |

**PACER Service Center**

| | | |
|---|---|---|
| User | PaulAlanLevy | 10/30/2023 14:17:36 |
| Client Code | | |
| Description | All Court Types Party Search | |
| | All Courts; Name AdLife Marketing; Role pla; All Courts; Date Filed 10/01/2016 to 10/30/2023; Jurisdiction CV; Page: 2; sort DateFiled, ASC | |
| Billable Pages | 1 ($0.10) | |

An official website of the United States government.   Here's how you know. ⌄

Log in to PACER Systems ⬇

**PACER** Case Locator

Party Search Results

**Search Criteria:** Party Search; Date Filed From (On or After): [10/01/2016]; Date Filed To (On or Before): [10/30/2023]; Jurisdiction Type: [Civil]; Last Name: [AdLife Marketing]; Party Role: [PLA]; Sort: [Date Filed, Ascending]

**Result Count:** 262 (5 pages)
**Current Page:** 5

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Co., Inc. (pla) | 2:2017cv02978 | Adlife Marketing & Communications Co., Inc. v. Best Yet Market, Inc. | New York Eastern District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 4:2017cv04254 | Adlife Marketing & Communications Co., Inc. v. Fareway Stores, Inc. | Illinois Central District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2017cv01418 | Adlife Marketing & Communications Company, Inc. v. Multi-Ad Solutions, LLC, et al | Illinois Central District Court |
| Adlife Marketing & Communications Company (pla) | 2:2018cv00019 | Adlife Marketing & Communications Company v. Peterson Market | Utah District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 2:2018cv00376 | Adlife Marketing & Communications Company, Inc. v. Associated Supermarket Group, LLC et al | New York Eastern District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 2:2018cv01068 | Adlife Marketing & Communications Company, Inc. v. Giunta's Meat Farms, Inc. et al | New York Eastern District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 6:2018cv06249 | Adlife Marketing & Communications Company, Inc. v. Twin Cities Food Center, Inc. | New York Western District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2018cv00608 | Adlife Marketing & Communications Company, Inc. v. Sanders Brothers Inc. | New York Western District Court |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 1:2018cv00636 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. V. LOWES FOODS, LLC | North Carolina Middle District Co... |

C-80

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Company Inc (pla) | 8:2018cv01976 | Adlife Marketing & Communications Company Inc v. Quality Foods of Anderson SC Inc | South Carolina District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2018cv01102 | Adlife Marketing & Communications Company, Inc. v. Tops Markets, LLC | New York Northern District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2018cv10275 | Adlife Marketing & Communications Company, Inc. v. Pioneer Supermarket of the Bronx | New York Southern District Cour |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2018cv10976 | Adlife Marketing & Communications Company, Inc. v. Popsugar Inc. | New York Southern District Cour |
| Adlife Marketing & Communications Company, Inc. (pla) | 5:2018cv01220 | Adlife Marketing & Communications Company, Inc. v. H-E-B, LP | Texas Western District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2018cv03175 | Adlife Marketing & Communications Company, Inc. v. Wal-Mart.com USA, LLC | Colorado District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 5:2019cv00297 | Adlife Marketing & Communications Company, Inc. v. Popsugar Inc. | California Northern District Cour |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv00787 | Adlife Marketing & Communications Company, Inc. v. Greatist, Inc. | New York Southern District Cour |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv00235 | Adlife Marketing & Communications Company, Inc. v. Albertsons Companies, Inc. | Colorado District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 3:2019cv00026 | Adlife Marketing & Communications Company, Inc. v. Coborn's Incorporated | North Dakota District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv00972 | Adlife Marketing & Communications Company, Inc. v. Wakefern Food Corp. | New York Eastern District Court |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 1:2019cv06344 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. MURPHY'S OF SOUTH JERSEY, INC. | New Jersey District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv03732 | Adlife Marketing & Communications Company, Inc. v. June Media Inc. | New York Southern District Cour |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Adlife Marketing & Communications Company, Inc. (pla) | 3:2019cv00513 | Adlife Marketing & Communications Company, Inc. v. Poplar Grove Pacemaker LLC | Illinois Southern District Court |
| Adlife Marketing and Communications Co, Inc. (pla) | 8:2019cv01053 | Adlife Marketing and Communications Co., Inc. v. Jetro Cash and Carry Enterprises LLC et al | California Central District Court |
| Adlife Marketing & Communications Co., Inc. (pla) | 1:2019cv00316 | Adlife Marketing & Communications Co., Inc. v. Associated Grocers, Inc. | Rhode Island District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv00886 | Adlife Marketing & Communications Co., Inc. v. Sander Brothers of New York, Inc. | New York Western District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 3:2019cv00800 | Adlife Marketing & Communications Company, Inc. v. Sweeney's Market Plaza, LLC | New York Northern District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 5:2019cv00796 | Adlife Marketing & Communications Company, Inc. v. Buckingham Brothers, LLC | New York Northern District Court |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 2:2019cv00940 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. D'ONOFRIO'S, INC. | Pennsylvania Western District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv01248 | Adlife Marketing & Communications Company, Inc. v. C & K Market, Inc. | Oregon District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2019cv07394 | Adlife Marketing & Communications Company, Inc. v. Acme Markets, Inc. | New York Southern District Court |
| ADLIFE MARKETING & COMMUNICATION COMPANY, INC (pla) | 3:2019cv00149 | ADLIFE MARKETING & COMMUNICATION COMPANY, INC v. MARKET BASKET OF JOHNSONTOWN, INC. | Pennsylvania Western District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 5:2019cv00405 | Adlife Marketing & Communications Company, Inc. v. Carlie C's Operation Center, Inc. | North Carolina Eastern District Court |
| Adlife Marketing & Communications Compay, INC (pla) | 1:2019cv01638 | Adlife Marketing & Communications Compay, INC v. Karns Prime and Fancy Food LTD et al | Pennsylvania Middle District Court |
| Adlife Marketing & Communications Compay, INC (pla) | 1:2019cv01701 | Adlife Marketing & Communications Compay, INC v. AD Post Graphics | Pennsylvania Middle District Court |

C-82

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 1:2019cv00285 | Media Marketing, INC et al | Pennsylvania Western District C |
| Adlife Marketing & Communications Company, INC (pla) | 1:2019cv01828 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v.VALESKYS, INC. et al | Pennsylvania Western District C |
| Adlife Marketing & Communications Co. Inc. (pla) | 1:2019cv00933 | Adlife Marketing & Communications Company, INC v. Musser's, INC | Pennsylvania Middle District Cou |
| Adlife Marketing and Communications Co., Inc. (pla) | 8:2019cv02234 | Adlife Marketing & Communications Co. Inc. v. The Goodies Factory, Inc.et al | Michigan Western District Court |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 2:2020cv00052 | Adlife Marketing and Communications Co., Inc. v. Sprouts Farmers Market, Inc. et al | California Central District Court |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 2:2020cv00051 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. DIMARK ENTERPRISES, INC. | Pennsylvania Western District C |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 2:2020cv00053 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. MI DI, INC. | Pennsylvania Western District C |
| Adlife Marketing & Communications Company, Inc. (pla) | 1:2020cv00137 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. NASER FOODS | Pennsylvania Western District C |
| Adlife Marketing & Communications Company, Inc. (pla) | 3:2020cv00042 | Adlife Marketing & Communications Company, Inc. v. Kroger Co, The | Colorado District Court |
| Adlife Marketing and Communications Co., Inc. (pla) | 5:2020cv00412 | Adlife Marketing & Communications Company, Inc. v. Meijer Stores Limited Partnership | Wisconsin Western District Cour |
| Adlife Marketing & Communications Co. Inc. v. Gannett Co., Inc. et al | 1:2020cv01802 | Adlife Marketing and Communications Co., Inc. v. Stater Bros. Markets et al | California Central District Court |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 5:2020cv01312 | Adlife Marketing & Communications Co. Inc. et al | New York Southern District Cour |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. | 5:2020cv01311 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. OREGON DAIRY, INC. | Pennsylvania Eastern District Co |
| | | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. | Pennsylvania Eastern District Co |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| (pla) | 5:2020cv01313 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. JOHN HERR'S VILLAGE MARKET, INC. | Pennsylvania Eastern District Co |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 5:2020cv01310 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. YODER'S MEATS, INC. | Pennsylvania Eastern District Co |
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. (pla) | 2:2020cv00332 | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. MARTIN'S COUNTRY MARKETS, LLC | Pennsylvania Eastern District Co |
| ADLIFE MARKETING & COMMUNICATIONS CO. INC. (pla) | 0:2020cv00779 | ADLIFE MARKETING & COMMUNICATIONS CO. INC. v. VISTAMONT FARMS, LLC et al | Pennsylvania Western District C |
| Adlife Marketing & Communications Company, Inc. (pla) | 2:2020cv01711 | Adlife Marketing & Communications Company, Inc. v. Almsted Holdings, LLC et al | Minnesota District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | 4:2020cv01623 | Adlife Marketing & Communications Company, Inc. v. Wal-mart.com USA, LLC | New York Eastern District Court |
| Adlife Marketing & Communications Company, Inc. (pla) | | Adlife Marketing & Communications Company, Inc. v. Food King Corporation | Texas Southern District Court |

**PACER Service Center**

| | 10/30/2023 14:17:11 |
|---|---|
| User | PaulAlanLevy |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name AdLife Marketing; Role pla; All Courts; Date Filed 10/01/2016 to 10/30/2023; Jurisdiction CV; Page: 1; sort: DateFiled, ASC |
| Billable Pages | 1 ($0.10) |

*** **Previously Billed** ***

C-84