# Exhibit D

| Pricing  Resources  Boards

# Move your customers with authentic, high-quality images and videos

Explore plans featuring visuals you can't find on Shutterstock, Adobe, or anywhere else

Subscriptions
Best value

Credit packs
Pay as you go

Access all videos and images with credits—they're flexible, require no commitment, and never expire.†

○ 1 Credit
$12

○ 3 Credits
Save $3**
$33

○ 6 Credits
Save $12**
$60

○ 12 Credits
Save $29**
$115

○ 18 Credits
Save $46**
$170

24 Credits

New to iStock? Find out how you can get special savings on your favorite images and videos. See details

D-86



Save $107**
$325

○ 60 Credits
Save $200**
$520

○ 150 Credits
Save $550**
$1,250

○ 300 Credits
Save $1,200**
$2,400

Purchase 36 credits

Credits provide access to any asset, from any collection  ?



Image
Photos, illustrations, and vectors
Essentials: 1 credits | Signature: 3 credits

 New to iStock? Find out how you can get special savings on your favorite images and videos.   See details

D-87



## Videos
4K stock footage and HD clips
Essentials: 6 credits | Signature: 18 credits

## Compare payment plans

Your projects, budget, and needs are unique. Our flexible plans are designed to meet them all.

### Basic Subscriptions

Access to full image library

Access to video clips

Access to music and sound effects  ?

Lowest prices on images

Lowest prices on videos

Standard license  ?

Option to add extended licenses  ?

 New to iStock? Find out how you can get special savings on your favorite images and videos.  See details

D-88

Supported plugins ?

## Premium Subscriptions

Access to full image library

Access to video clips

Access to music and sound effects ?

Lowest prices on images

Lowest prices on videos

Standard license ?

Option to add extended licenses ?

Boards to organize and share files

Access to iStock Editor ?

Supported plugins ?

## Premium + Video Subscriptions

Access to full image library

Access to video clips

Access to music and sound effects ?

Lowest prices on images

Lowest prices on videos

Standard license ?

 New to iStock? Find out how you can get special savings on your favorite images and videos.   See details

Access to iStock Editor  ?

Supported plugins  ?

## Credit Packs

Access to full image library

Access to video clips

Access to music and sound effects  ?

Lowest prices on images

Lowest prices on videos

Standard license  ?

Option to add extended licenses  ?

Boards to organize and share files

Access to iStock Editor  ?

Supported plugins  ?

 New to iStock? Find out how you can get special savings on your favorite images and videos.  See details

| Pricing    Resources    Boards

# Move your customers with authentic, high-quality images and videos

Explore plans featuring visuals you can't find on Shutterstock, Adobe, or anywhere else

| Subscriptions | Credit packs |
| --- | --- |
| Best value | Pay as you go |

Access all videos and images with credits—they're flexible, require no commitment, and never expire.†

○ 1 Credit
$12

○ 3 Credits
Save $3**
$33

○ 6 Credits
Save $12**
$60

○ 12 Credits
Save $29**
$115

○ 18 Credits
Save $46**
$170

○ 24 Credits

 New to iStock? Find out how you can get special savings on your favorite images and videos.   See details

D-91

Save $107**
$325

○ 60 Credits
Save $200**
$520

○ 150 Credits
Save $550**
$1,250

○ 300 Credits
Save $1,200**
$2,400

Purchase 36 credits

Credits provide access to any asset, from any collection (?)



Image
Photos, illustrations, and vectors
Essentials: 1 credits | Signature: 3 credits


New to iStock? Find out how you can get special savings on your favorite images and videos.   See details

D-92



## Videos
4K stock footage and HD clips
Essentials: 6 credits | Signature: 18 credits

## Compare payment plans

Your projects, budget, and needs are unique. Our flexible plans are designed to meet them all.

### Basic Subscriptions

Access to full image library

Access to video clips

Access to music and sound effects (?)

Lowest prices on images

Lowest prices on videos

Standard license (?)

Option to add extended licenses (?)

 New to iStock? Find out how you can get special savings on your favorite images and videos.  See details

D-93

Supported plugins (?)

## Premium Subscriptions

Access to full image library

Access to video clips

Access to music and sound effects (?)

Lowest prices on images

Lowest prices on videos

Standard license (?)

Option to add extended licenses (?)

Boards to organize and share files

Access to iStock Editor (?)

Supported plugins (?)

## Premium + Video Subscriptions

Access to full image library

Access to video clips

Access to music and sound effects (?)

Lowest prices on images

Lowest prices on videos

Standard license (?)

 New to iStock? Find out how you can get special savings on your favorite images and videos.   See details

D-94

Access to iStock Editor (?)

Supported plugins (?)

## Credit Packs

Access to full image library

Access to video clips

Access to music and sound effects (?)

Lowest prices on images

Lowest prices on videos

Standard license (?)

Option to add extended licenses (?)

Boards to organize and share files

Access to iStock Editor (?)

Supported plugins (?)

 New to iStock? Find out how you can get special savings on your favorite images and videos.   See details

D-95

| Subscriptions | Credit packs |
|---|---|
| Best value | Pay as you go |

Access all videos and images with credits—they're flexible, require no commitment, and never expire.†

### Smaller projects

- ◉ 1 Credit — $12
- ○ 3 Credits — $33
  Save $3**
- ○ 6 Credits — $60
  Save $12**
- ○ 12 Credits — $115
  Save $29**
- ○ 18 Credits — $170
  Save $46**

### Larger projects

- ○ 24 Credits — $220
  Save $68**
- ○ 36 Credits — $325
  Save $107**
- ○ 60 Credits — $520
  Save $200**
- ○ 150 Credits — $1,250
  Save $550**
- ○ 300 Credits — $2,400
  Save $1,200**

With this pack you could get up to:

🖼 1 image

[Purchase 1 credit]

D-96