# Exhibit E

The Wayback Machine - https://web.archive.org/web/20101203175337/http://www.istockphoto.com/index.php?view=full

Search for photos, illustrations, video and audio

Enter Keyword(s)    All Files | Search

International

Log In    Sign Up

Photos    Illustrations    Video    Audio    Flash    Participate    Help



don't think. do.

Don't let your creative ideas die a slow death inside your head. Give them life with iStockphoto.

▸ Get Started

11/30/10 — (rogermexico) deedl is the 2010 Battle Royale Champion

More News

## Royalty-Free Stock Photos, Illustrations & More

iStockphoto is the web's original source for user-generated, royalty-free stock photos, illustrations, video, audio and Flash. Whether you're a designer, advertiser, entrepreneur or blogger, we have millions of affordable images, vectors and clips to help you tell your story.

Join the international community of artists and clients who use iStock every day. Get involved — buy stock, sell stock or both. Sign up now, for free.

Sign Up

## How iStockphoto Works

1. Search for stock photography, vector illustrations, video footage, audio clips and tracks, and Flash media.
2. Sign up for a free account.
3. Download your files immediately using iStock Credits, which can be purchased in flexible Pay-As-You-Go and Subscription plans.

## This Week's Free Files

KarenMower    See Portfolio



Check out this week's free:
Photo | Illustration | Video | Audio | Flash

## Browse

Latest Uploads
Categories
Seasonal Search

## Buy Royalty-free Stock From:

| XSmall | Small | Medium | Large | XLarge | FOR AS LOW AS |
|--------|-------|--------|-------|--------|---------------|
| 1 CREDITS | 3 CREDITS | 6 CREDITS | 10 CREDITS | 15 CREDITS | $0.95 PER CREDIT |

Photo    Illustration    Video    Audio    Flash

*Prices are shown in iStock Credits, our currency. iStock Credits start at $0.95 US/credit. See price chart.*

Buy iStock Credits

Log In    Not a member? Sign Up

Buy iStock Credits

**Shop iStock**
Homepage
Photos
Illustrations
Video
Audio
Flash

**Participate**
Articles
Forums
Design Spotlight
Steel Cage
Contributor Lounge
Merchandise

**Learn More**
Buy Credits
Licenses
Corporate Accounts
Sell Stock
Legal/Privacy

**Company Info**
About Us
Press
Partners
Careers

**Need Help?**
Phone Support: 1 866 478 6251
International Toll-Free: 00 800 6664 6664
FAQ
Search Tips
Site Map
Contact Us

Copyright ©2010 iStockphoto LP. iStockphoto®, iStock®, iStockaudio®, iStockvideo®, iStockalypse™, Vetta® and CopySpace® are trademarks of iStockphoto LP. All other marks are the property of their respective owners.

Log In    Not a member? Sign Up                                                                 Buy iStock Credits

The Wayback Machine - https://web.archive.org/web/20100611130148/http://www.istockphoto.com/index.php

iStockphoto

Not a member? Sign up    Login    English

### Search for photos, illustrations, video & audio

shrimp    **SEARCH**

Buy royalty-free files from:

| $1 X small | $3 small | $6 medium | $10 large | $15 X large | $19 XX large | $24 XXX large |

Photos    Illustrations    Video    Audio

Subscriptions: Choose a one-year plan from:

$0.30/file 3 months     $0.28/file 6 months     $0.26/file 1 year

Prices shown are in USD

iStock now has **6,952,000** royalty-free stock files. Browse recent.

### Join us today

1. Join us for free right now.
2. Search for royalty-free stock photography, vector illustrations, stock video footage, audio tracks and Flash® files.
3. Buy stock with iStock credits then download the files you need. Purchase Pay-as-you-go credits or customize a Subscription.

Sign up

### How iStockphoto works

iStockphoto is the internet's original member-generated image and design community. Get easy, affordable inspiration with millions of safe, royalty-free photographs, vector illustrations, video footage, audio tracks and Flash files. Buy stock or sell stock — or both.

 Sell stock     Buy stock

Copyright 2010 iStockphoto LP

Introduction | Press | Popular | Civics | Careers | FAQs | Support | Privacy | Legal | Sitemap