# Exhibit J

J-137



J-138

| MEDIAN LITIGATION COSTS (CONTINUED) | $000s | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2014** | **2016** | **2018** | **2020** | **2022** |
| **TRADEMARK OPPOSITION/CANCELLATION** | | | | | |
| Through filing petition *(New in 2021)* | N/A | N/A | N/A | $6 | $5 |
| Through end of discovery *(Revised in 2021)* | $50 | $50 | $50 | $50 | $60 |
| Inclusive, all costs | $95 | $80 | $100 | $105 | $100 |
| **COPYRIGHT INFRINGEMENT** | | | | | |
| **LESS THAN $1 MILLION AT RISK** | | | | | |
| Initial case management | N/A | $15 | $25 | $15 | $15 |
| Inclusive of discovery, motions, and claim construction | $150 | $100 | $150 | $150 | $100 |
| Inclusive of pre and post-trial, and appeal when applicable | $250 | $200 | $550 | $350 | $193 |
| Cost if dispute was resolved through mediation | $40 | $25 | $25 | $25 | $40 |
| **$1-$10 MILLION AT RISK** | | | | | |
| Initial case management | N/A | $25 | $95 | $50 | $30 |
| Inclusive of discovery, motions, and claim construction | $250 | $213 | $1,000 | $600 | $300 |
| Inclusive of pre and post-trial, and appeal when applicable | $500 | $388 | $1,750 | $1,200 | $525 |
| Cost if dispute was resolved through mediation | $63 | $40 | $50 | $75 | $68 |
| **$10-$25 MILLION AT RISK** | | | | | |
| Initial case management | N/A | $50 | $150 | $100 | $65 |
| Inclusive of discovery, motions, and claim construction | $500 | $375 | $1,500 | $1,300 | $450 |
| Inclusive of pre and post-trial, and appeal when applicable | $750 | $600 | $3,500 | $2,325 | $800 |
| Cost if dispute was resolved through mediation | $100 | $50 | $100 | $138 | $83 |
| **MORE THAN $25 MILLION AT RISK** | | | | | |
| Initial case management | N/A | $50 | $400 | $360 | $100 |
| Inclusive of discovery, motions, and claim construction | $750 | $600 | $2,500 | $2,750 | $675 |
| Inclusive of pre and post-trial, and appeal when applicable | $1,200 | $1,000 | $6,500 | $6,750 | $1,350 |
| Cost if dispute was resolved through mediation | $100 | $100 | $200 | $250 | $125 |