# Exhibit K

Subject:[External] - FW: New Claim (Prepared Food Photos Inc v. Pool World Inc - 2:23-cv-00160-TOR)
From:EDM, Aurora Claims (CLAIM, Claims)
To:Service, CLEDMProd[███████conduent.com];

This email is from an external source. Use caution responding to it, opening attachments or clicking links.

From: Lauren Hausman <lauren@copycatlegal.com>
Sent: Wednesday, September 20, 2023 8:58:10 AM (UTC-08:00) Pacific Time (US & Canada)
To: EDM, Aurora Claims (CLAIM, Claims) <auroraclaims@thehartford.com>
Cc: Daniel DeSouza <███@copycatlegal.com>; Max Archer <███@riverside-law.com>
Subject: New Claim (Prepared Food Photos Inc v. Pool World Inc - 2:23-cv-00160-TOR)

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I hope this email finds you well. This law firm represents Prepared Food Photos in the above referenced lawsuit. It is our understanding that the Defendant maintains/maintained a policy through your company, as disclosed to us during the lawsuit. We are writing to notify you of the lawsuit, because in the event of an adverse judgment, our client will seek to recover against whatever insurance policy may have been in place at the time. Thus, this letter is being sent to you to provide you with an opportunity to resolve the matter pre-judgment, or otherwise discuss any questions you may have.

Thank you,

<https://urldefense.com/v3/__https://copycatlegal.com/__;!!PZ0xAML5PpHLxYfx mvfEjrhN5g!QC60_ZmzHkeUY1FHnGSVMXMzWU-fYKvhDfVAptjc9gmApqncz683N1_hk1P40wn-yR2FlzlzvP4gcyJCKf2BwWgBbw$>

K-141

<https://urldefense.com/v3/__https://copycatlegal.com/__;!!PZ0xAML5PpHLxYfx
mvfEjrhN5g!QC60_ZmzHkeUY1FHnGSVMXMzWU-fYKvhDfVAptjc9gmApqncz683N1_hk1P40wn-
yR2FlzlzvP4gcyJCKf2BwWgBbw$>

Lauren Hausman, Esq.

Associate


Copycat Legal PLLC

3111 North University Drive,

Suite 301

Coral Springs, Florida 33065

T  ████████████████████████

E  ██████████████████████████████████████

www.copycatlegal.com
<https://urldefense.com/v3/__http://www.copycatlegal.com/__;!!PZ0xAML5PpHLx
YfxmvfEjrhN5g!QC60_ZmzHkeUY1FHnGSVMXMzWU-fYKvhDfVAptjc9gmApqncz683N1_hk1P40
wn-yR2FlzlzvP4gcyJCKflqrLXTfg$>

********************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

********************************************************************************
***************************