Max K. Archer, WSBA # 54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorney for Plaintiff*

Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-00160-TOR<br><br>**PLAINTIFF'S MOTION FOR CASE TO BE STAYED AND REFERRED TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this motion for the case to be

1

referred to a Magistrate Judge for Settlement Conference with defendant Pool World, Inc. ("Defendant"), and hereby states as follows:

1. On June 2, 2023, Plaintiff filed its Complaint. See ECF No. 1.

2. Defendant filed its Answer on June 26, 2023. See ECF No. 7.

3. To date, the parties have exchanged numerous rounds of discovery, filed multiple motions with the Court, and have disclosed that they both intend to take multiple depositions.

4. While the parties have been unable to resolve the matter themselves, Plaintiff has suggested the parties consider mediation/settlement conference with a magistrate before both sides incur the time and expense of numerous depositions, and prior to moving into summary judgment motions.

5. Pursuant to LCivR 16(a)(5)(C), "[i]n selected cases, the presiding judge may refer matters for mediation to a magistrate judge, a district judge, or a bankruptcy judge designated by the Court."

6. Courts in the United States District Court for the Eastern District of Washington have previously stayed cases and referred the matters to a Magistrate Judge to conduct a settlement conference. See Swisher v. JP Morgan Chase Bank, No. 11-CV-5105-TOR, 2012 U.S. Dist. LEXIS 176922 (E.D. Wash. Dec. 13, 2012); see also Hubbard v. Corp. of Gonzaga Univ., No. CV-13-0072-LRS, 2014 U.S. Dist. LEXIS 41453 (E.D. Wash. Mar. 26, 2014).

7. Prior to filing this Motion, undersigned counsel conferred with counsel for Defendant, Paul Levy, Esq. and Stephen Kirby, Esq., who indicated that they consent to the relief sought herein.

8. As there are numerous, fast-approaching deadlines, Plaintiff believes it would be in the best interest to stay the matter immediately.

9. This motion is being made in good faith and will not prejudice either party.

10. Accordingly, for the purposes of judicial economy, and the potential benefit to both parties, Plaintiff hereby requests that the Court enter an Order staying the matter and referring the case to Magistrate Judge to conduct a remote settlement conference within the next sixty (60) days.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order: (a) staying the case; (b) referring the case to a Magistrate Judge for Settlement Conference; and (c) for such further relief as the Court deems proper.

Dated: February 23, 2024.

Max K. Archer, WSBA # 54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorney for Plaintiff*

By: /s/ Max K. Archer
Max K. Archer Esq.

Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

By: /s/ Lauren M. Hausman
Lauren M. Hausman Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Max K. Archer
Max K. Archer Esq.

/s/ Lauren M. Hausman
Lauren M. Hausman Esq.