IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br>  Plaintiff, <br><br> v. <br><br> POOL WORLD, INC., <br><br>  Defendant. | Civil Action No. 2:23-cv-00160-TOR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CASE TO BE STAYED AND REFERRED TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

**THIS CAUSE** came before the Court upon the Plaintiff's Motion for Case to be Stayed and Referred to Magistrate Judge for Settlement Conference ("Motion to Stay") [ECF No. 35]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. The matter is **STAYED.**

3. The clerk is directed to refer this matter to a Magistrate Judge for a settlement conference, which is to be held within sixty (60) days from entry of this Order.

**SO ORDERED.**

Dated: _____.

_____
THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

1