# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for-profit corporation,<br><br>Defendants. | CASE NO: 2:23-CV-0160-TOR<br><br>ORDER OF REFERRAL FOR MEDIATION |

The parties have advised the Court that mediation is appropriate and request this matter be referred to a Magistrate Judge in this district to conduct the mediation. ECF No. 35. Accordingly, pursuant to the parties' request and LCivR 16(a)(5), this matter is referred to Magistrate Judge James A. Goeke for scheduling a (remote) settlement conference. Magistrate Judge Goeke will issue a separate order outlining the date, requirements, and procedures for the settlement conference.

ORDER OF REFERRAL FOR MEDIATION ~ 1

At the parties' request, the deadlines, hearings, and trial set forth in the Jury Trial Scheduling Order, ECF No. 17, are **SUSPENDED**. If the case does not settle, the Court will enter a new scheduling order.

**IT IS SO ORDERED.** The District Court Executive shall enter this order and provide copies to counsel and Magistrate Judge Goeke.

DATED February 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF REFERRAL FOR MEDIATION ~ 2