# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>POOL WORLD, INC., a Washington for-profit corporation,<br><br>　　　　　　Defendant. | Case No.  2:23-CV-0160-TOR<br><br>CIVIL MINUTES<br><br>DATE:  3/4/2024<br><br>LOCATION:  Spokane<br><br>TELEPHONIC SCHEDULING CONFERENCE |

| | | | |
|---|---|---|---|
| | **JUDGE JAMES A. GOEKE** | | |
| Melissa Orosco | Heather Foe | N/A | Not Reported |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lauren Hausman<br>Max Archer<br><br>**Plaintiff's Counsel** | | Paul Levy<br>Steve Kirby<br><br>**Defendant's Counsel** | |

[  ] Open Court　　　　　[  ] Chambers　　　　　[X] Telephonic

　　All parties present by phone.

　　Parties are all able to attend a one-day settlement conference on May 14, 2024, at 9:00 a.m. in Spokane. The Court made everyone aware all parties who have authority to accept settlement need to be available during the mediation.

# [ X ] ORDER FORTHCOMING

| CONVENED: 3:05 PM | ADJOURNED: 3:13 PM | TIME: 8 MINS | CALENDARED [  ] |
|---|---|---|---|