Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe St.
Spokane, Washington 99201
(509) 795-4863
kirby@kirbylawoffice.com

Phillip R. Malone (Pro Hac Vice)
Juelsgaard Intellectual Property
 And Innovation Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
pmalone@stanford.edu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for profit corporation,<br><br>Defendant. | No. 2:23-cv-00160-TOR<br><br>**PAUL ALAN LEVY'S NOTICE OF UNAVAILABILITY** |

YOU ARE HEREBY ADVISED that Paul Alan Levy will be absent from the office from July 17, 2024 through August 9, 2024. Mr. Levy therefore requests that no depositions, motions, court hearings, discovery, or other matters be scheduled or served during this period which requires his attention in person or by pleading.

1

2       /s/    Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
3 1600 20th Street NW
Washington, D.C. 20009
4 (202) 588-7725
plevy@citizen.org
5
   /s/ Stephen Kirby
6 Stephen Kirby
Kirby Law Office, PLLC
7 WSBA #43228
1312 N. Monroe St.
8 Spokane, WA 99201
(509) 795 4863
9 kirby@kirbylawoffice.com

10     /s/    Philip R. Malone
Phillip R. Malone (Pro Hac Vice)
11 Juelsgaard Intellectual Property
  And Innovation Clinic
12 Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
13 Stanford, California 94305-8610
Telephone: (650) 724-1900
14 pmalone@stanford.edu

15 June 30, 2024

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of June, 2024, I am filing this Notice by the Court's ECF system, which will effect service on counsel for plaintiff, Max Archer and Lauren Hausman.

/s/ Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

June 30, 2024