Paul Alan Levy (Pro Hac Vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
202-588-7725
plevy@citizen.org

Stephen Kirby, WSBA #43228
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
(509) 795 4863 | (510) 588 4732
kirby@kirbylawoffice.com

Phillip R. Malone (Pro Hac Vice)
Juelsgaard Intellectual Property And Innovation Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
pmalone@stanford.edu

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>POOL WORLD, INC., a Washington for-profit corporation<br><br>Defendants. | Case No.: 2:23-cv-00160-TOR<br><br>NOTICE OF UNAVAILABILITY STEPHEN KIRBY AUG 2024 |

NOTICE OF UNAVAILABILITYSTEPHEN KIRBY AUG 2024 - 1
No. 2:23-cv-00160-TOR

Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, Washington 98202
509.795.4863

YOU ARE HEREBY ADVISED that Stephen Kirby will be absent from the office from August 16, 2024 through August 23, 2024. The undersigned therefore requests that no depositions, motions, court hearings, discovery, or other matters be scheduled or served during this period which requires his attention in person or by pleading.

Dated this 1 of July, 2024

Kirby Law Office, PLLC

*s/Stephen Kirby*
Stephen Kirby, WSBA #43228
*Attorney for Defendant*
Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, WA 99201
Telephone: (509) 795 4863
Email: kirby@kirbylawoffice.com

NOTICE OF UNAVAILABILITY STEPHEN KIRBY AUG 2024 - 2
No. 2:23-cv-00160-TOR

Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, Washington 98202
509.795.4863

I hereby certify that on July 1 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        Kirby Law Office, PLLC

        *s/Stephen Kirby*
        Stephen Kirby, WSBA #43228
        *Attorney for Defendant*
        Kirby Law Office, PLLC
        1312 N. Monroe St.
        Spokane, WA 99201
        Telephone: (509) 795 4863
        Email: kirby@kirbylawoffice.com

NOTICE OF UNAVAILABILITYSTEPHEN KIRBY AUG 2024 - 3
No. 2:23-cv-00160-TOR

Kirby Law Office, PLLC
1312 N. Monroe St.
Spokane, Washington 98202
509.795.4863