# Exhibit Y

Rebecca Jones
January 04, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,      Case No:   1:23-cv-11085-RGS

vs.

WENEEDAVACATION.COM, LLC

      Defendant.

_____/


REMOTE DEPOSITION OF
REBECCA JONES


VOLUME 1 (Pages 1 - 138)

Thursday, January 4, 2024
9:04 a.m. to 1:31 p.m.

LOCATION:   Remote via Zoom
Lincoln, Rhode Island

Stenographically Reported By:
Annemarie L. Grant, CCR-KY


Job No. 343017

Rebecca Jones
January 04, 2024

Page 30

1    Q.    And are you prepared to testify today
2  about Number 25, "Financial statements, profit and
3  loss statements, net income statements, balance
4  sheets, financial forecasts, projections, internal
5  memoranda, ledgers, journals, bookkeeping entries and
6  business plans regarding received or expected revenues
7  in connection from the licensing, sale, or other
8  exploitation of PFP's library of photos from January
9  2019 to present"?
10              MS. HAUSMAN:  We objected to that.
11              And then Adrienne, I do think --
12  unless I'm missing something -- it may have just been
13  a duplicate of 23.
14              MS. LOVE:  It was.  Yeah, you might be
15  right.  I was just looking to see if it was just
16  directed --
17              MS. HAUSMAN:  I was looking to see if
18  there was any indication it was different, but...
19              MS. LOVE:  Yeah.  So 23 was just
20  directed to Clambake7, while 25 was directed to the
21  library of photos.
22              MS. HAUSMAN:  Oh, okay.  I see.  Sorry
23  about that.
24              MS. LOVE:  Yeah, no problem.
25              MS. HAUSMAN:  We object either way, so

Page 31

1  yes.  Sorry.
2              MS. LOVE:  No problem.  I didn't catch
3  it right away either there when we were talking about
4  it.
5  BY MS. LOVE:
6      Q.    Number -- sorry.  And today are you
7  prepared to testify about Number 26, "The specific
8  knowledge held by the persons identified in PFP's
9  Rule 26(a)(1) disclosures"?
10      A.    (No audible reply.)
11      Q.    Oh, Rebecca, I think you're on mute.
12      A.    Sorry.  Yes.  Just realized that.
13      Q.    No problem.
14      Okay.  And are you prepared to testify
15  today about Number 27, "Prepared Food's search for
16  documents and materials responsive to WNV's first
17  request for production"?
18      A.    Yes.
19      Q.    Okay.  Now, I marked this as
20  Exhibit 1.  I'm going to go ahead and stop the screen
21  share.  And if we need to pull that back up, we will.
22              So what did you do to prepare for this
23  deposition?
24      A.    I met with my attorneys.
25      Q.    Did you meet with anybody at Prepared

Page 32

1  Food?
2      A.    No.
3      Q.    And did you review any documents in
4  anticipation of this deposition?
5      A.    I did.
6      Q.    What documents did you review?
7      A.    The complaint, the answer, the initial
8  disclosures, and discovery documents.
9      Q.    Did you just review the initial
10  disclosures or documents included in the initial
11  disclosures?
12      A.    Just the initial disclosures.
13      Q.    And what discovery documents did you
14  review?
15      A.    There was the requests and the
16  answers, responses.
17      Q.    And did you review any other documents
18  other than the legal documents, the legal responses
19  that Prepared Food filed?
20      A.    I looked over some internal documents.
21  That was it.
22      Q.    What internal documents did you look
23  at?
24      A.    A spreadsheet that we keep of the
25  sightings.

Page 33

1      Q.    What are the sightings?
2      A.    When the researchers find -- like
3  their daily log basically.
4      Q.    And how many years does the
5  spreadsheet go back?
6      A.    We have a few different spreadsheets,
7  so I reviewed each of the spreadsheets back to 2016.
8      Q.    And those spreadsheets, what did those
9  spreadsheets include?  What information is on those
10  spreadsheets?
11      A.    So unfortunately, the initial
12  spreadsheets don't contain as much information as the
13  ones from like 2019 forward.  But they all contain
14  information such as the potential infringer's name,
15  address.  I think it has the website URL.  Yeah.
16              And then the ones from 2019 forward
17  contain the image name.
18      Q.    And are these spreadsheets separated
19  by year?
20      A.    Yes.  No, I'm sorry.  2016 is its own;
21  2017 is its own.  And then 2019 forward is all
22  combined.
23      Q.    When -- in 2019 forward, are they
24  separated by tabs at the bottom by year?
25      A.    No.

Rebecca Jones
January 04, 2024

Page 62

1  subscriber agreement that we reviewed today, in terms
2  of pricing and term?
3        A.     Yes.  Yeah.
4        Q.     And what do you think a fair market
5  value would be for a licensee to pay for one photo?
6        A.     I don't know because we don't
7  calculate our library that way.
8        Q.     But in your opinion, what do you think
9  it would be fair for a licensee to pay for one photo?
10       A.     I don't know.
11       Q.     And are you aware that PFP licensed
12 photos through a third party from 1997 to 2016?
13       A.     Yes.
14       Q.     And what company or companies did PFP
15 license those photos through?
16       A.     iStock, which was also known as Getty.
17 And there was another company, had multiple names.
18 Multi-Ad is one name; it was also called Creative
19 Outlet, I believe.  LSA is, I think, the same company
20 name.  Yeah.
21       Q.     Okay.  So let's start with iStock.  So
22 wait.  Let me clarify.
23              So iStock and Getty are the same
24 company.  And then there was one other company or two
25 other companies?

Page 63

1        A.     One other company.
2        Q.     Okay.  One other company.  And that
3  company was either Multi-Ad, Creative Outlet, or LSA
4  or --
5        A.     Correct.
6        Q.     -- any combination of them at any
7  given time, right?  Got it.
8        A.     Correct.
9        Q.     And let's start with iStock/Getty.
10 How much was a license through iStock/Getty for one
11 photo?
12       A.     I don't know.  Their -- their
13 subscription model is completely different from ours.
14 They had credits that you could purchase, I believe.
15 And -- yeah, theirs is completely different from ours.
16       Q.     And how did they set -- how did the
17 relationship between PFP and iStock/Getty work?  Did
18 you have some kind of contract with them?
19       A.     We did.
20       Q.     And what kind of profits did you earn
21 from the licensing of the PFP photos?
22       A.     I don't know what you...
23       Q.     In other words, did you have a
24 percentage --
25       A.     Yes.

Page 64

1        Q.     -- of the sales that they got?
2              And what was that percentage?
3        A.     I don't know the exact percentage.  I
4  just know that there was a -- like a residual
5  percentage that we received off of what they reported
6  to us as the number of licenses.  And they sent a
7  check.
8        Q.     So they sent a report monthly?
9        A.     Yes.
10       Q.     And that report had a list of the
11 number of licenses that they had licensed in that
12 month; is that correct?
13       A.     I'm not certain what was contained in
14 the report.
15       Q.     Have you ever seen one of these
16 reports?
17       A.     I have not.
18       Q.     Does PFP still have these reports?
19       A.     I'm not certain.
20       Q.     And who would you ask to find out at
21 PFP about these reports?
22       A.     Joel Albrizio.
23       Q.     Was there ever any analysis done to
24 determine whether PFP could earn more money through
25 the subscriber agreement model than the iStock/Getty

Page 65

1  image subscription model?
2        A.     I don't know.
3        Q.     Who would know that?
4        A.     Joel Albrizio.
5        Q.     And has PFP ever sold a photograph?
6        A.     An individual photograph?
7        Q.     Yes?
8        A.     Not to my knowledge.
9        Q.     And has PFP ever offered free
10 photographs?
11       A.     No.
12       Q.     Would it surprise you if they offered
13 free photographs before 2016?
14       A.     Yes.
15              (Deposition Exhibit No. 5 was marked.)
16              MS. LOVE:  Okay.  I'm going to mark --
17 I'm going to share my screen and mark a Wayback image
18 as Exhibit 5?  Annemarie, is that correct?  Am I on
19 Exhibit 5?
20              THE STENOGRAPHER:  Yes, that's 5.
21 BY MS. LOVE:
22       Q.     Okay.  This is a Wayback image of
23 adlife.com.  Can you see that, Rebecca?
24       A.     Somewhat.  It's a little bit -- yeah.
25       Q.     I can zoom in on certain areas.  So