# Exhibit N

| stateprovince | country | billingstateprovince | billingcountry | FileID | title | DownLoadDate | Website | currencycode | creditsused | rowsAmount | valueofcredits | download_count | settledValue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bristol | United Kingdom | Bristol | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 05/24/09 | istockphoto | GBP | 6 | ▓ | $8.92 | 2 | $10.47 |
| FL | United States | FL | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/08/09 | istockphoto | USD | 1 | ▓ | $1.17 | 1 | $1.17 |
| NC | United States | ME | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/12/09 | istockphoto | USD | 6 | ▓ | $7.40 | 1 | $7.40 |
| MN | United States |  | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/22/09 | istockphoto | USD | 3 | ▓ | $2.83 | 1 | $2.83 |
| Ayrshire | United Kingdom | Ayrshire | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 07/13/09 | istockphoto | GBP | 1 | ▓ | $1.49 | 1 | $1.69 |
| HI | United States | Hawaii | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/14/09 | istockphoto | USD | 3 | ▓ | $4.13 | 1 | $4.13 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/17/09 | istockphoto | USD | 6 | ▓ | $6.30 | 1 | $6.30 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/24/09 | istockphoto | USD | 6 | ▓ | $6.30 | 1 | $6.30 |
| AB | Canada | B.C. | Canada | 9411946 | Close-up of grilled vegetable kabobs | 08/04/09 | istockphoto | CAD | 6 | ▓ | $1.37 | 1 | $1.65 |
| Suffolk | United Kingdom | Suffolk | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 08/20/09 | istockphoto | GBP | 12 | ▓ | $13.60 | 1 | $15.22 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 09/15/09 | istockphoto | USD | 6 | ▓ | $8.25 | 1 | $8.25 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 10/22/09 | istockphoto | USD | 12 | ▓ | $14.80 | 1 | $14.80 |
| IA | United States | IA | United States | 9411946 | Close-up of grilled vegetable kabobs | 11/02/09 | istockphoto | USD | 6 | ▓ | $6.80 | 1 | $6.80 |
| London | United Kingdom | London | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 11/06/09 | istockphoto | GBP | 3 | ▓ | $4.13 | 1 | $4.67 |
| Oslo | Norway | Oslo | Norway | 9411946 | Close-up of grilled vegetable kabobs | 11/24/09 | istockphoto | GBP | 1 | ▓ | $1.23 | 1 | $1.41 |
| MI | United States | Michigan | United States | 9411946 | Close-up of grilled vegetable kabobs | 12/14/09 | istockphoto | USD | 6 | ▓ | $7.40 | 1 | $7.40 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 12/15/09 | istockphoto | USD | 12 | ▓ | $4.38 | 1 | $4.38 |
| IL | United States | Illinois | United States | 9411946 | Close-up of grilled vegetable kabobs | 12/17/09 | istockphoto | USD | 12 | ▓ | $13.60 | 1 | $13.60 |
| Wellington | New Zealand | Wellington | New Zealand | 9411946 | Close-up of grilled vegetable kabobs | 01/12/10 | istockphoto | USD | 3 | ▓ | $3.15 | 1 | $3.15 |
| Hants | United Kingdom | Hants | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 01/21/10 | istockphoto | GBP | 6 | ▓ | $8.49 | 1 | $9.62 |
| ON | Canada | Ontario | Canada | 9411946 | Close-up of grilled vegetable kabobs | 01/21/10 | istockphoto | CAD | 6 | ▓ | $8.40 | 1 | $9.34 |
| FL | United States | Tennessee | United States | 9411946 | Close-up of grilled vegetable kabobs | 01/21/10 | istockphoto | USD | 1 | ▓ | $1.32 | 1 | $1.32 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/14/10 | istockphoto | USD | 6 | ▓ | $8.77 | 1 | $8.77 |
| MN | United States | Minnesota | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/15/10 | istockphoto | USD | 10 | ▓ | $12.33 | 1 | $12.33 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/16/10 | istockphoto | USD | 1 | ▓ | $1.50 | 1 | $1.50 |
| CA | United States |  | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/23/10 | istockphoto | USD | 3 | ▓ | $2.83 | 1 | $2.83 |
| IN | United States | Indiana | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/07/10 | istockphoto | USD | 10 | ▓ | $12.33 | 1 | $12.33 |
| AB | Canada | Alberta | Canada | 9411946 | Close-up of grilled vegetable kabobs | 03/22/10 | istockphoto | CAD | 10 | ▓ | $13.00 | 1 | $14.47 |
| AZ | United States | AZ | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/23/10 | istockphoto | USD | 10 | ▓ | $9.50 | 1 | $9.50 |
| UT | United States | UT | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/23/10 | istockphoto | USD | 1 | ▓ | $1.42 | 1 | $1.42 |
| Scotland | United Kingdom | Scotland | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 03/24/10 | istockphoto | GBP | 6 | ▓ | $8.74 | 1 | $9.78 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/02/10 | istockphoto | USD | 10 | ▓ | $14.17 | 1 | $14.17 |
| MO | United States | Missouri | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/06/10 | istockphoto | USD | 10 | ▓ | $13.00 | 1 | $13.00 |
| ON | Canada | ontario | Canada | 9411946 | Close-up of grilled vegetable kabobs | 04/13/10 | istockphoto | CAD | 6 | ▓ | $9.00 | 1 | $10.33 |
| Oslo | Norway | Oslo | Norway | 9411946 | Close-up of grilled vegetable kabobs | 04/19/10 | istockphoto | GBP | 6 | ▓ | $7.40 | 1 | $8.46 |
| GA | United States | GA | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/19/10 | istockphoto | USD | 3 | ▓ | $4.25 | 1 | $4.25 |
| NV | United States | NV | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/19/10 | istockphoto | USD | 1 | ▓ | $1.42 | 1 | $1.42 |
| CO | United States | CO | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/30/10 | istockphoto | USD | 1 | ▓ | $1.32 | 1 | $1.32 |
| Leics | United Kingdom | West Yorkshire | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 05/04/10 | istockphoto | GBP | 10 | ▓ | $9.06 | 2 | $10.13 |
| BC | Canada | BC | Canada | 9411946 | Close-up of grilled vegetable kabobs | 05/26/10 | istockphoto | USD | 3 | ▓ | $3.90 | 1 | $3.90 |
| PQ | Canada | NULL | NULL | 9411946 | Close-up of grilled vegetable kabobs | 05/27/10 | istockphoto | USD | 1 | ▓ | $0.95 | 1 | $0.95 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/12/10 | istockphoto | USD | 1 | ▓ | $1.15 | 1 | $1.15 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/24/10 | istockphoto | USD | 1 | ▓ | $0.95 | 1 | $0.95 |
| NY | United States | New York | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/01/10 | istockphoto | USD | 1 | ▓ | $1.42 | 1 | $1.42 |
| NV | United States | NV | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/09/10 | istockphoto | USD | 10 | ▓ | $14.60 | 1 | $14.60 |
| jerusalem | Israel | jerusalem | Israel | 9411946 | Close-up of grilled vegetable kabobs | 07/14/10 | istockphoto | USD | 6 | ▓ | $9.08 | 2 | $9.08 |
| Gauteng | South Africa | Gauteng | South Africa | 9411946 | Close-up of grilled vegetable kabobs | 07/14/10 | istockphoto | USD | 1 | ▓ | $1.38 | 1 | $1.38 |
| VA | United States | AP | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/20/10 | istockphoto | USD | 1 | ▓ | $1.32 | 1 | $1.32 |
| london | United Kingdom | london | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 07/23/10 | istockphoto | GBP | 1 | ▓ | $1.22 | 1 | $1.77 |
| Co. Galway | Ireland | Co. Galway | Ireland | 9411946 | Close-up of grilled vegetable kabobs | 07/25/10 | istockphoto | EUR | 6 | ▓ | $7.80 | 1 | $8.79 |
| CO | United States | CO | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/25/10 | istockphoto | USD | 10 | ▓ | $10.00 | 1 | $10.00 |
| IN | United States | IN | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/11/10 | istockphoto | USD | 1 | ▓ | $1.50 | 1 | $1.50 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Qlc | Australia | Qld | Australia | 9411946 | Close-up of grilled vegetable kabobs | 10/12/10 | iStockphoto | AUD | 6 | $7.57 |
| London | United Kingdom | NULL | NULL | 9411946 | Close-up of grilled vegetable kabobs | 10/27/10 | iStockphoto | GBP | 1 | $1.30 |
| VIC | Australia | VIC | Australia | 9411946 | Close-up of grilled vegetable kabobs | 01/16/11 | iStockphoto | AUD | 3 | $4.50 |
| WA | United States | Washington | United States | 9411946 | Close-up of grilled vegetable kabobs | 01/18/11 | iStockphoto | USD | 6 | $9.00 |
| CA | United States | CA | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/17/11 | iStockphoto | USD | 1 | $1.32 |
| CT | United States | CT | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/28/11 | iStockphoto | USD | 1 | $1.46 |
| cundinamarca | Colombia | antioquia | Colombia | 9411946 | Close-up of grilled vegetable kabobs | 04/13/11 | iStockphoto | USD | 1 | $1.30 |
| antioquia | Colombia | antioquia | Colombia | 9411946 | Close-up of grilled vegetable kabobs | 04/13/11 | iStockphoto | USD | 1 | $12.00 |
| gush dan | Israel | gush dan | Israel | 9411946 | Close-up of grilled vegetable kabobs | 05/02/11 | iStockphoto | USD | 10 | $10.21 |
| TX | United States | Texas | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/09/11 | iStockphoto | USD | 7 | $10.30 |
| PA | United States | PA | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/10/11 | iStockphoto | USD | 10 | $12.00 |
| IN | United States | Indiana | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/12/11 | iStockphoto | USD | 7 | $10.21 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/27/11 | iStockphoto | USD | 10 | $11.23 |
| NC | United States | NC | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/31/11 | iStockphoto | USD | 3 | $3.60 |
| AZ | United States | Arizona | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/08/11 | iStockphoto | USD | 1 | $1.23 |
| VT | United States | Vermont | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/27/11 | iStockphoto | USD | 10 | $13.33 |
| Antrim | United Kingdom | Antrim | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 06/29/11 | iStockphoto | GBP | 3 | $4.63 |
| NJ | United States | New Jersey | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/30/11 | iStockphoto | USD | 1 | $1.29 |
| MT | United States | MT | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/07/11 | iStockphoto | USD | 1 | $1.30 |
| IL | 223 | IL | 223 | 9411946 | Close-up of grilled vegetable kabobs | 07/15/11 | iStockphoto | USD | 10 | $13.33 |
| TX | United States | Texas | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/20/11 | iStockphoto | USD | 10 | $14.33 |
| Limerick | Ireland | Limerick | Ireland | 9411946 | Close-up of grilled vegetable kabobs | 08/08/11 | iStockphoto | EUR | 1 | $1.70 |
| CA | United States | CA | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/18/11 | iStockphoto | USD | 1 | $1.32 |
| QLD | Australia | QLD | Australia | 9411946 | Close-up of grilled vegetable kabobs | 09/06/11 | iStockphoto | USD | 3 | $4.30 |
| Western Cape | South Africa | Western Cape | South Africa | 9411946 | Close-up of grilled vegetable kabobs | 09/19/11 | iStockphoto | USD | 1 | $1.30 |
| OH | United States | Ohio | United States | 9411946 | Close-up of grilled vegetable kabobs | 09/21/11 | iStockphoto | USD | 10 | $11.23 |
| CA | United States | CA | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/05/12 | iStockphoto | USD | 10 | $13.20 |
| Kent | United Kingdom | Kent | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 03/12/12 | iStockphoto | GBP | 10 | $16.94 |
| NY | United States | New York | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/03/12 | iStockphoto | USD | 10 | $14.99 |
| IN | United States | Indiana | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/09/12 | iStockphoto | USD | 1 | $1.03 |
| Berlin | Germany | Berlin | Germany | 9411946 | Close-up of grilled vegetable kabobs | 05/15/12 | iStockphoto | EUR | 1 | $1.47 |
| MA | United States | NJ | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/08/12 | iStockphoto | USD | 7 | $10.65 |
| MN | United States | Minnesota | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/12/11 | iStockphoto | USD | 1 | $1.33 |
| AZ | United States | AZ | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/14/12 | iStockphoto | USD | 10 | $14.67 |
| WA | United States | Washington | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/09/12 | iStockphoto | USD | 1 | $1.50 |
| UT | United States | Utah | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/11/12 | iStockphoto | USD | 1 | $1.23 |
| NULL | United Kingdom | NULL | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 06/06/13 | iStockphoto | GBP | 1 | $0.19 |
| NY | United States | NY | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/20/13 | iStockphoto | USD | 4 | $7.01 |
| moray | United Kingdom | moray | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 07/02/13 | iStockphoto | GBP | 7 | $2.68 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/02/13 | iStockphoto | USD | 3 | $5.22 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/22/13 | iStockphoto | USD | 3 | $4.62 |
| ile de france | France | ile de France | France | 9411946 | Close-up of grilled vegetable kabobs | 07/22/13 | iStockphoto | EUR | 3 | $4.75 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/01/13 | iStockphoto | USD | 3 | $5.07 |
| WI | 223 | WI | 223 | 9411946 | Close-up of grilled vegetable kabobs | 08/08/13 | iStockphoto | USD | 1 | $1.39 |
| AK | United States | AK | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/20/13 | iStockphoto | USD | 10 | $14.00 |
| IL | United States | Illinois | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/20/13 | iStockphoto | USD | 2 | $3.00 |
| MA | United States | MA | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/28/13 | iStockphoto | USD | 4 | $6.16 |
| MN | United States | MN | United States | 9411946 | Close-up of grilled vegetable kabobs | 09/01/13 | iStockphoto | USD | 3 | $4.62 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 10/01/13 | iStockphoto | USD | 1 | $1.67 |
| NY | United States | NY | United States | 9411946 | Close-up of grilled vegetable kabobs | 10/29/13 | iStockphoto | USD | 1 | $1.58 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 11/06/13 | iStockphoto | USD | 4 | $5.21 |

91