# Exhibit P

From: Veronica Healey <XXXXX@gettyimages.com>
Sent: Thursday, April 13, 2023 1:40 PM
To: Rebecca Jones <XXXX@preparedfoodphotos.com>; Chloe Colwill <XXXXXX@gettyimages.com>
Subject: RE: [EXTERNAL] Licensing Inquiry - Pool World Inc.

Rebecca,

We have not been able confirm a license with the information provided. As per normal, it is quite possible that the use has been licensed accordingly by an agency or designer.

Regards,
Veronica

From: Rebecca Jones <XXXXX@preparedfoodphotos.com>
Sent: Tuesday, April 11, 2023 12:13 PM
To: Chloe Colwill <XXXXXX@gettyimages.com>; Veronica Healey <XXXXX@gettyimages.com>
Subject: [EXTERNAL] Licensing Inquiry - Pool World Inc.

Veronica and Chloe,

Please advise if the above named entity has a license for this image:

iStock Asset ID No. 179290342 Our FIle Name: ProduceVegetableGrilled002

Thank you,
Rebecca

Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.

111