# Exhibit Q

Max K. Archer, WSBA #54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714

Lauren Hausman (*Pro Hac Vice*)
CopyCat Legal, PLLC
3111 N. University Dr., Ste. 301
Coral Springs, FL 33065
(877) 437-6228
lauren@copycatlegal.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for profit corporation,<br><br>Defendant. | NO. 2:23-cv-00160-TOR<br><br>PLAINTIFF'S INITIAL DISCLOSURES |

Pursuant to Fed. R. Civ. P. 26(a)(1) and the Parties Joint Litigation and Discovery Plan, ECF No. 13, Plaintiff Prepared Food Photos, Inc., fka, Adlife

PLAINTIFF'S INITIAL DISCLOSURES • Page 1

Marketing & Communications Co., Inc. ("Plaintiff") hereby provides to Defendant Pool World, Inc. ("Defendant") the following initial disclosures.

Plaintiff's initial disclosures are based on information now reasonably available to Plaintiff. Plaintiff reserves the right to supplement, amend, or modify these initial disclosures if and when Plaintiff obtains information through discovery or otherwise becomes aware of additional information.

## INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The following individuals are believed to have discoverable information that Plaintiff may use to support its claims or defenses. Plaintiff reserves the right to identify additional individuals if it learns that any such persons have information that Plaintiff may use to support its claims or defenses.

| Individual and Location | Subject Matter |
|---|---|
| Joel Albrizio<br>c/o Riverside Law Group PLLC<br>905 W. Riverside Ave., Ste. 404<br>Spokane, WA 99201 | Information concerning Plaintiff's creation of the subject photograph, Plaintiff's efforts to sell its professional photography, and Plaintiff's discovery of Defendant's use of the subject photograph. |
| Rebecca Jones<br>c/o Riverside Law Group PLLC<br>905 W. Riverside Ave., Ste. 404<br>Spokane, WA 99201 | Information concerning Plaintiff's creation of the subject photograph, Plaintiff's efforts to sell its professional photography, and Plaintiff's discovery of Defendant's use of the subject photograph. |

PLAINTIFF'S INITIAL DISCLOSURES • Page 2

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

114

| Individual and Location | Subject Matter |
|---|---|
| Agents, employees, officers, executives, and owners of Pool World, Inc.<br>c/o Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>c/o Kirby Law Office PLLC<br>1312 N Monroe Street<br>Spokane, WA 99201-2623 | Information concerning Defendant's affirmative defenses, Defendant's publication of the subject photograph, Defendant's profits/revenue generated therefrom, and Defendant's prior payment of licensing fees for photographs. |

**LOCATION AND DESCRIPTION OF DOCUMENTS AND THINGS**

Plaintiff will make available to Defendant for inspection and copying, as provided by Fed. R. Civ. P. 34, all non-privileged documents, data collections, and tangible things in its possession, custody or control that may be used by it (other than solely for impeachment purposes) to support its claims or defenses in this case. These documents are generally located on Plaintiff's computers and/or e-mail accounts. The categories of documents upon which Plaintiff currently intends to rely include the following:

1. Copyright Office registration materials for the subject photograph.

2. Documents showing Defendant's display of the subject photograph.

3. Communications with Defendant with respect to the subject photograph.

4. Prior licensing information with respect to Plaintiff's professional photography.

PLAINTIFF'S INITIAL DISCLOSURES • Page 3

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

## COMPUTATION OF DAMAGES

Plaintiff seeks actual damages/disgorgement of Defendant's profits in this lawsuit. Defendant's profits are currently unknown (as discovery is pending). Plaintiff is not currently aware when Defendant first published the subject photograph. However, based on facts currently known to Plaintiff, it appears Defendant published the subject photograph prior to the date of copyright registration for the photograph. Plaintiff does not license individual photographs but rather the entirety of its image library to paying subscribers. The library is offered at a starting price of $999.00/month with a 12-month minimum commitment. Plaintiff would calculate its actual damages by multiplying the license it would have charged (a minimum of $999.00/month) by the number of years the photograph was published.

This means of calculating Plaintiff's damages has been adopted by numerous federal courts. See Prepared Foods Photos, Inc. v. Patriot Fine Foods LLC, No. 21-82129-CV, 2022 U.S. Dist. LEXIS 205649 (S.D. Fla. Mar. 22, 2022) (finding that $11,988.00 was Prepared Food Photos' actual damages for what amounted to a 4-month use of the subject photograph and applying a 2x multiplier for statutory damages); Prepared Food Photos, Inc. v. 193 Corp., No. 1:22-cv-03832, 2022 U.S. Dist. LEXIS 205690 (N.D. Ill. Sep. 21, 2022) (awarding Plaintiff $35,964.00 in actual damages, representing the $11,988.00 annual license fee x 3 years of usage of pre-registration usage of a single photo; Prepared Food Photos, Inc. v. Miami Beach

PLAINTIFF'S INITIAL DISCLOSURES • Page 4

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

411 Corp., No. 22-23197-CIV-ALTONAGA/Damian, 2022 U.S. Dist. LEXIS 216003 (S.D. Fla. Nov. 28, 2022) (awarding Plaintiff $35,964.00 in actual damages, representing the $11,988.00 annual license fee x 3 years of usage of a single photo); Prepared Food Photos, Inc. v. Fat Daddy Co., No. 22-61671-CIV-SINGHAL, 2022 U.S. Dist. LEXIS 216004 (S.D. Fla. Nov. 29, 2022) (awarding Plaintiff $23,976.00 in statutory damages, representing the $11,988.00 annual license fee for a 1-year use with a 2x multiplier applied thereto); Prepared Food Photos, Inc. v. Perry Wings Plus, Inc., No. 22-CV-61883-RAR, 2022 U.S. Dist. LEXIS 227304, at *24 (S.D. Fla. Dec. 19, 2022) (awarding $71,928.00 in statutory damages, representing the $11,988.00 annual license fee for a 3-year use with a 2x multiplier applied thereto); Prepared Food Photos, Inc. v. Silver Star of Brooklyn / Brooklyn's Best Inc., No. 1:22-cv-04196-WFK-CLP, 2023 U.S. Dist. LEXIS 22037 (E.D.N.Y. Jan. 23, 2023) (awarding $71,928.00 in statutory damages, representing the $11,988.00 annual license fee for 3-year use with a 2x multiplier applied thereto); Prepared Food Photos, Inc. v. Chi.-Mkt.-Distrib., Inc., Civil Action No. 1:22-cv-03299-CNS-MEH, 2023 U.S. Dist. LEXIS 88407 (D. Colo. May 19, 2023) (awarding Plaintiff $35,964.00 in actual damages, representing the $11,988.00 annual license fee x 3 years of usage of a single photo); Prepared Food Photos, Inc. v. Exec. Dining Club, Inc., No. 22-cv-9446 (ER), 2023 U.S. Dist. LEXIS 99676 (S.D.N.Y. May 25, 2023) (awarding Plaintiff $71,928.00 in statutory damages, representing the $11,988.00 annual license fee for 3-year use with a 2x multiplier applied thereto); Prepared

PLAINTIFF'S INITIAL DISCLOSURES • Page 5

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

Food Photos, Inc. v. Shadowbrook Farm LLC, No. 1:22-CV-00704 (LEK/ATB), 2023 U.S. Dist. LEXIS 110171 (N.D.N.Y. June 27, 2023) (awarding Plaintiff $23,976.00 in statutory damages, representing the $11,988.00 annual license fee for a 1-year use with a 2x multiplier applied thereto); Prepared Food Photos, Inc. v. WaDaYaNeed, LLC, No. 1:22-CV-01270 (LEK/ATB), 2023 U.S. Dist. LEXIS 110993 (N.D.N.Y. June 28, 2023) (awarding Plaintiff $23,976.00 in statutory damages, representing the $11,988.00 annual license fee for a 1-year use with a 2x multiplier applied thereto).

Plaintiff thus seeks $11,988.00 in actual damages for each annualized period the subject photograph was displayed by Defendant, exclusive of attorneys' fees, costs, and prejudgment interest, which Plaintiff will also seek as damages. Plaintiff reserves the right to revise and/or add to its computation of damages as the facts of this action are developed through discovery.

## INSURANCE AGREEMENTS

Plaintiff is not aware of any insurance agreement relevant to the claims asserted in this lawsuit.

//

//

//

//

//

PLAINTIFF'S INITIAL DISCLOSURES • Page 6

RIVERSIDE LAW GROUP
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

118

RESPECTFULLY SUBMITTED this 15th day of August, 2023.

RIVERSIDE LAW GROUP, PLLC

By: _____
Max K. Archer, WSBA 54081
Attorneys for Plaintiff
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone:  509-504-8714
E-Mail:  mka@riverside-law.com

PLAINTIFF'S INITIAL DISCLOSURES • Page 7



905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com

119

## CERTIFICATE OF SERVICE

I certify that on August 15, 2023, I e-mailed the foregoing document to the attorneys of record for Defendant.

/s/ *Max K. Archer*
Max K. Archer, WSBA 54081

PLAINTIFF'S INITIAL DISCLOSURES • Page 8



905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: 509-504-8714
E-Mail: mka@riverside-law.com