# Exhibit X

# Paul Levy

**From:** Paul Levy
**Sent:** Monday, August 19, 2024 1:30 PM
**To:** Lauren Hausman; Nick Sansone; ███@kirbylawoffice.com; Phil Malone
**Cc:** Max Archer; Daniel DeSouza
**Subject:** RE: Prepared Food Photos, Inc. v. Pool World Inc.

Lauren, I want to consult our client, but off the top of my head, considering that you have already postponed the litigation for six months by seeking a stay pending a mediation that wasted everybody's time, we are not amenable to a stay.

Moreover, I see no reason for a stay motion at this time. There is currently no litigation schedule, and we have no intention of scheduling any depositions before the judge rules on your motion. Nor would it make any sense to file a motion to compel seeking a decision before September 30. Once the judge focuses on your motion, however, we do intend to put other issues before him.


Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
███@citizen.org
https://www.citizen.org/article/internet-free-speech/


**From:** Lauren Hausman <███@copycatlegal.com>
**Sent:** Friday, August 16, 2024 5:31 PM
**To:** Paul Levy <███@citizen.org>; Nick Sansone <███@citizen.org>; ███@kirbylawoffice.com; Phil Malone <███@law.stanford.edu>
**Cc:** Max Archer <███@rnwlg.com>; Daniel DeSouza <███@copycatlegal.com>
**Subject:** Prepared Food Photos, Inc. v. Pool World Inc.

Hi Paul,

Hope you had a nice week. I wanted to ask your position on the following – I am in the process of drafting a motion to stay the proceedings pending the outcome of the motion for dismissal. Would defendant oppose this motion, or can I file it as unopposed?

Thank you,
Lauren



**Lauren Hausman, Esq.**
Attorney

1

CopyCat Legal PLLC  
3111 North University Drive,  
Suite 301  
Coral Springs, Florida 33065

T  877-HERO-CAT (877-437-6228)  
E  ██████@copycatlegal.com  
www.copycatlegal.com

You Create.  
Copycat Protects.™



2

188