1  Paul Alan Levy (pro hac vice)
   Public Citizen Litigation Group
2  1600 20th Street NW
   Washington, D.C. 20009
3  (202) 588-7725
   plevy@citizen.org
4
   Stephen Kirby
5  Kirby Law Office, PLLC
   WSBA #43228
6  1312 N. Monroe St.
   Spokane, Washington 99201
7  (509) 795-4863
   kirby@kirbylawoffice.com
8
   Phillip R. Malone (pro hac vice)
9  Juelsgaard Intellectual Property
     and Innovation Clinic
10 Mills Legal Clinic at Stanford Law School
   Crown Quadrangle, 559 Nathan Abbott Way
11 Stanford, California 94305-8610
   (650) 724-1900
12 pmalone@stanford.edu

13              UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF WASHINGTON
14
   PREPARED FOOD PHOTOS, INC.,        )
15 f/k/a ADLIFE MARKETING             )
   & COMMUNICATIONS CO., INC.,        )
16 a Florida for profit corporation,  )   No. 2:23-cv-00160-TOR
                                      )
17              Plaintiff,            )   **PAUL ALAN LEVY'S**
                                      )   **NOTICE OF UNAVAILABILITY**
18         v.                         )
                                      )
19 POOL WORLD, INC., a Washington for )
   profit corporation,                )
20                                    )
                Defendant.            )
21
        YOU ARE HEREBY ADVISED that Paul Alan Levy will be absent from the office
22
   from October 28 through November 5, 2024, and outside the United States from December
23
24 18 through December 30, 2024.  Mr. Levy therefore requests that no depositions, motions,

25 court hearings, discovery, or other matters that require his attention in person or by pleading

26 be scheduled or served during this period.
27
28

      /s/    Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

     /s/ Stephen Kirby
Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe St.
Spokane, Washington 99201
(509) 795-4863
kirby@kirbylawoffice.com

    /s/   Philip R. Malone
Phillip R. Malone (pro hac vice)
Juelsgaard Intellectual Property
 and Innovation Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
(650) 724-1900
pmalone@stanford.edu

October 2, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 2st day of October, 2024, I am filing this Notice by the Court's ECF system, which will effect service on counsel for plaintiff, Max Archer and Lauren Hausman.

                                  /s/   Paul Alan Levy
                              Paul Alan Levy (pro hac vice)
                              Public Citizen Litigation Group
                              1600 20th Street NW
                              Washington, D.C. 20009
                              (202) 588-7725
                              plevy@citizen.org