UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for-profit corporation,<br><br>Defendant. | CASE NO: 2:23-CV-0160-TOR<br><br>**ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT** |

On September 30, 2024, the Court issued an Order Denying Plaintiff's Motion to Dismiss without Prejudice. The order provided that a new scheduling order would follow in due course. Accordingly, the Court directs that the parties meet and confer and file a Joint Status Report no later than October 23, 2024, addressing **each one of the subjects listed below.**

    a. suggested deadline[1] for adding additional parties, amending the pleadings, and seeking class certification;

---

[1] All suggested deadlines shall be in date certain format, e.g. January 1, 2024.

ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT - 1

b. whether all non-government corporate parties have filed the necessary ownership statement, see Fed. R. Civ. P. 7.1;

c. whether the case involves a minor or incompetent party and whether the appointment of a guardian *ad litem* is necessary, see LCivR 17(c);

d. discovery:
- confirmation that initial disclosures, see Fed. R. Civ. P. 26(a)(1), have been made, or a date by which they will be made;
- subjects on which discovery may be needed;
- any issues about preserving discoverable information, including electronically stored information;
- claims of privilege, protection of confidentiality, and proposed confidentiality agreements;
- proposed agreements reached under Fed. R. Evid. 502;
- proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);
- suggested expert disclosure deadlines; and
- suggested discovery cut-off;

e. anticipated motions and suggested dispositive motion filing deadline;

f. trial:
- whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, <u>a jury demand must be filed within 30 days after removal, see LCivR 38(d)</u>;
- suggested trial date(s) and location;
- anticipated length of trial;
- requests for bifurcation; and
- the need for special audio/visual courtroom technology;

g. the likelihood for settlement and the point at which the parties can conduct meaningful dispute resolution, and

h. any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.

ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT - 2

The Court will <u>not</u> set a Telephonic Scheduling Conference; instead, a scheduling order will be issued after reviewing the parties' Joint Status Report.

DATED October 8, 2024.



THOMAS O. RICE
United States District Judge