# INDEX OF EXHIBITS
# TO LEVY FIFTH AFFIRMATION

Exhibit DD
Example of a Redacted Disbursement Memorandum . . . . . . . . . . . . . . . . . . . . . . 25

Exhibit EE
Affidavit Attesting to Document Destruction Policy. . . . . . . . . . . . . . . . . . . . . . . 27

Exhibit FF
Examples of Redacted Bank of America Statements
(and list of provided documentation of payments) . . . . . . . . . . . . . . . . . . . . . . . . 32

Exhibit GG
Third Request for Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

Exhibit HH
Subscription Agreement at $499 per month from 2017. . . . . . . . . . . . . . . . . . . . . 61

Exhibit II
Subscription Agreement at $1188 per year ($99 per month) from 2019. . . . . . . . 68

Exhibit JJ
May 2025 Email to Subscribers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

Exhibit KK
Spreadsheets from Payment Processor Stripe . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

**24**