# Exhibit DD

(redacted)



COPYCAT LEGAL PLLC
3111 N UNIVERSITY DR STE 301
CORAL SPRINGS FL 33065

01/31/23
*****0567
IMAGES  38
CYCLE-031



CHECKING ACCOUNT TRANSACTIONS

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 01/06 | FED W/I-202301060007330 -ORG- | | 60,000.00 |
| | Company name redacted | | |

# Exhibit EE

Max K. Archer, WSBA # 54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorney for Plaintiff*

Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | Civil Action No. 2:23-cv-00160-TOR |
| Plaintiff, | DECLARATION OF DOUG FLEURANT |
| v. | |
| POOL WORLD, INC., | |
| Defendant. | |

Doug Fleurant does hereby declare pursuant to 28 U.S.C. § 1746:

1.     I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

28

2.      I am the President of plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff").

3.      From June 1994 to February 2017, Plaintiff had a contractual relationship with Multi-Ad (which upon information and belief changed its name over the years).

4.      Plaintiff currently utilizes QuickBooks as its accounting software and to keep track of revenues received from the licensing of its photographic library. Plaintiff has utilized QuickBooks since approximately January 2012.

5.      Prior to Plaintiff using QuickBooks, it utilized MYOB accounting software for many years (with the exact start date unknown at this time).

6.      I have attempted to locate and search for any Multi-Ad accounting records or other documents showing revenue from Multi-Ad and have confirmed that Plaintiff does not have any such records at this time.

7.      Plaintiff maintains a 4-year document retention policy (applicable to both paper and electronic records, including Plaintiff's accounting files). As a result, Plaintiff has not preserved licensing/revenue records pertaining to Multi-Ad as Plaintiff's contractual agreement with Multi-Ad ended approximately 8 years ago.

2

8.    Accordingly, Plaintiff has no documents it can produce showing the annual amounts of licensing income it received from Multi-Ad (and its many name iterations

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 1/16/2025 _____

/s/    Douglas Fleurant, Pres
        ID comP2gG115njhLWJxojx8iIFN

Douglas Fleurant

3

# eSignature Details

**Signer ID:**       **comP2gG115njhLWJxojx8hFN**
Signed by:          Prepared Foods
Sent to email:      doug@preparedfoodphotos.com
IP Address:         108.49.36.189
Signed at:          Jan 16 2025, 2:49 pm EST

# Exhibit FF

(redacted)



**Bank of America Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

〽 Customer service: 1.888.400.9009

✦ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ADLIFE MARKETING AND COMMUNICATIONS
COMPANY INC
ADLIFE OPERATING ACCOUNT
38 CHURCH ST
PAWTUCKET, RI 02860-3906

## Your Full Analysis Business Checking - Small Business

for April 1, 2018 to April 30, 2018          Account number: ▮▮▮▮ 8307

**ADLIFE MARKETING AND COMMUNICATIONS    COMPANY INC    ADLIFE OPERATING ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2018 | ▮▮▮▮▮ |
| Deposits and other credits | ▮▮▮▮▮ |
| Withdrawals and other debits | ▮▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮▮ |

**Bank of America** 🎟
**Merrill Lynch**

# Your checking account

ADLIFE MARKETING AND COMMUNICATIONS   |   Account # ▓▓▓▓▓ 8307   |   April 1, 2018 to April 30, 2018

## Deposits and other credits



| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 04/04/18 | BOFA MERCH SVCS DES:DEPOSIT ID:313296656884  INDN:ADLIFE MARKETING& COMM  CO ID:0941687665 CCD | | 902394011371343  Includes Agency Receipts | 5,323.28 |

*continued on the next page*

34

ADLIFE MARKETING AND COMMUNICATIONS  |  Account # ▇▇▇ 8307  |  April 1, 2018 to April 30, 2018

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|



continued on the next page

35

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

PREPARED FOOD PHOTOS, INC
PAYROLL ACCOUNT
38 CHURCH ST
PAWTUCKET, RI 02860-3906

📱 Customer service: 1.888.400.9009

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking - Small Business

for June 1, 2023 to June 30, 2023                                   Account number: ▮▮▮▮ 6038

**PREPARED FOOD PHOTOS, INC    PAYROLL ACCOUNT**

## Account summary





**BANK OF AMERICA**

**Your checking account**

PREPARED FOOD PHOTOS, INC  |  Account ████ 6038  |  June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ████ | ████ | | ████ | ████ |
| ████ | ████ | | ████ | ████ |
| 06/07/23 | STRIPE    DES:TRANSFER ID:ST-Y3D6J9V9T3N6  INDN:PREPARED FOOD PHOTOS I  CO ID:1800948598 CCD | | 906657023445792 | 5,544.90 |
| 06/08/23 | STRIPE    DES:TRANSFER ID:ST-A4C4X2V1E7E8  INDN:PREPARED FOOD PHOTOS I  CO ID:1800948598 CCD | | 906658022651835 | 1,939.46 |
| ████ | ████ | | ████ | ████ |
| ████ | ████ | | ████ | ████ |
| ████ | ████ | | ████ | ████ |
| ████ | ████ | | ████ | ████ |
| ████ | ████ | | ████ | ████ |



continued on the next page

37

PREPARED FOOD PHOTOS, INC | Account # ▓▓▓▓ 6038 | June 1, 2023 to June 30, 2023

## Deposits and other credits - continued



| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|--------------|--------|

continued on the next page

38

## Your checking account

**BANK OF AMERICA** ⫸

PREPARED FOOD PHOTOS, INC | Account # ▓▓▓▓ 6038 | June 1, 2023 to June 30, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓▓▓ ▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓ | | | | ▓▓▓ |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| ▓▓▓ | ▓▓▓▓▓▓▓ | | ▓▓▓▓▓ | ▓▓ |
| ▓▓▓ | ▓▓ ▓▓ ▓▓ | | ▓▓▓▓▓ | ▓▓ |
| ▓▓▓ | ▓▓▓▓▓ | | ▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓ ▓▓ ▓▓ ▓▓ | | ▓▓▓▓▓ | ▓▓ |
| ▓▓▓ | ▓▓ ▓▓ | | ▓▓▓▓▓ | ▓▓ |

continued on the next page

39



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BAD ADZ, INC
38 CHURCH ST
PAWTUCKET, RI  02860-3906

# Your Full Analysis Business Checking

for January 1, 2021 to January 31, 2021          Account number: ▮▮▮▮ 7221

**BAD ADZ, INC**

## Account summary



**BANK OF AMERICA** 

## Your checking account

BAD ADZ, INC  |  Account #▮▮▮▮ 7221  |  January 1, 2021 to January 31, 2021

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| | | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 01/04/21 | MERCH BANKCARD  DES:NET SETLMT ID:520004211829 INDN:BADADZ DIGITAL  CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT   52000421  1829 BADADZ DIGITAL       BC | CO | 902304015852885 Co-Mingled Funds Bad-Adz & PFP | 4,386.75 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 01/06/21 | MERCH BANKCARD  DES:NET SETLMT ID:520004211829 INDN:BADADZ DIGITAL  CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT   52000421  1829 BADADZ DIGITAL       BC | CO | 902306008688145 Co-Mingled Funds Bad-Adz & PFP | 5,445.73 |

continued on the next page

41

BAD ADZ, INC | Account # ▮▮▮▮ 7221 | January 1, 2021 to January 31, 2021

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|

42



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.888.400.9009

🖥 bankofamerica.com

💼 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ADLIFE MARKETING AND COMMUNICATIONS
COMPANY INC
ADLIFE OPERATING ACCOUNT
38 CHURCH ST
PAWTUCKET, RI  02860-3906

# Your Full Analysis Business Checking - Small Business

for July 1, 2019 to July 31, 2019                    Account number: ▉▉▉▉ 8307

**ADLIFE MARKETING AND COMMUNICATIONS    COMPANY INC    ADLIFE OPERATING ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on July 1, 2019 | ▉▉▉ |
| Deposits and other credits | ▉▉▉ |
| Withdrawals and other debits | ▉▉▉ |
| ▉▉ | ▉▉▉ |
| ▉▉▉ | ▉▉ |
| ▉▉▉▉ | ▉▉▉ |



**Bank of America** 🦅
**Merrill Lynch**

## Your checking account

ADLIFE MARKETING AND COMMUNICATIONS  |  Account ███████ 8307  |  July 1, 2019 to July 31, 2019

**We are changing how we notify you if your account is overdrawn**

Starting in August, we will stop sending overdraft postcards to you through the mail but will continue to email you anytime you do not have enough money in your account to cover your transactions.

Do not worry – they will continue to be sent to the primary email address we have for you. If you want us to use a different one, you can always change it in Mobile or Online Banking.

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| ████ | ████████████████ | | ████████ | ████ |
| ████ | ██████████ | ████ | ████████ | ████ |
| ████ | ████████████████ | | ████████ | ██ |
| ████ | █████████████████████ | | ████████ | ██ |
| 07/02/19 | BOFA MERCH SVCS DES:DEPOSIT ID:313296656884 INDN:ADLIFE MARKETING& COMM CO ID:0941687665 CCD | | 902383012341693 *Includes Agency receipts* | 6,575.17 |
| ████ | ██████████ | ████ | ████████ | ████ |
| ████ | ████████████████ | ████ | ████████ | ██ |
| ████ | ██████ | ████ | ████████ | ████ |
| ████ | ████████ | | ████████ | ██ |
| ████ | ██████ | ████ | ████████ | ████ |

*continued on the next page*

44

ADLIFE MARKETING AND COMMUNICATIONS  |  Account # ████ 8307  |  July 1, 2019 to July 31, 2019

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|



| 07/09/19 | STRIPE    DES:TRANSFER ID:ST-O8H9B2E9H8A9  INDN:ADLIFE MARKETING COMMU CO ID:1800948598 CCD | | 902389018959629 | 969.73 |

continued on the next page

45



**Bank of America**
**Merrill Lynch**

# Your checking account

ADLIFE MARKETING AND COMMUNICATIONS  |  Account #  ▮▮▮▮ 8307  |  July 1, 2019 to July 31, 2019

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|

*continued on the next page*

46



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

<div>

**Customer service information**

📞 Customer service: 1.888.400.9009

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118
</div>

ADLIFE MARKETING AND COMMUNICATIONS
COMPANY INC
38 CHURCH ST
PAWTUCKET, RI 02860-3906

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Fundamentals Checking

for February 1, 2021 to February 28, 2021    Account number: ▮▮▮▮ 0848

**ADLIFE MARKETING AND COMMUNICATIONS    COMPANY INC**

## Account summary



<div style="border:1px solid #000">

BUSINESS ADVANTAGE

# Thanks. We're here to listen to you.

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.
To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-10-20-0899.B | 3293362
</div>

## Your checking account


**BANK OF AMERICA**

**ADLIFE MARKETING AND COMMUNICATIONS  |  Account #⬛⬛⬛ 0848  |  February 1, 2021 to February 28, 2021**

Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/21 | Subscriber name redacted  T ID:0000000000499A0 INDN:ADLIFE MARKETING       CO ID:1630011690 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 499.00 |



BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-20-0848 B | 3293316

48



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

ADLIFE MARKETING AND COMMUNICATIONS
COMPANY INC
38 CHURCH ST
PAWTUCKET, RI 02860-3906

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Fundamentals Checking

for February 1, 2021 to February 28, 2021                Account number: ███████ 0848

**ADLIFE MARKETING AND COMMUNICATIONS    COMPANY INC**

### Account summary



BUSINESS ADVANTAGE

## Thanks. We're here to listen to you.

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.
To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-10-20-0899.B | 3293362

## Your checking account

**BANK OF AMERICA**

ADLIFE MARKETING AND COMMUNICATIONS   |   Account #▮▮▮▮▮ 0848   |   February 1, 2021 to February 28, 2021

Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 02/01/21 | Subscriber name redacted    NT ID:0000000000499A0  INDN:ADLIFE MARKETING    CO ID:▮▮▮▮▮▮▮▮▮ CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 499.00 |



BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-20 0848 B  |  3293316

50

01.2021 BOA Bad-Adz Operating #7221_Redacted.pdf
01.2022 BOA PFP Operating #8307_Redacted.pdf
01.2023 BOA PFP Operating #8037_Redacted.pdf
01.2023 BOA Res #0848_Redacted .pdf
01.2024 BOA Payroll #6038_Redacted.pdf
01.2024 BOA Res #0848_Redacted .pdf
02.2021 BOA Bad-Adz Operating #7221_Redacted.pdf
02.2021 BOA PFP Reserve #0848_Redacted.pdf
02.2022 BOA PFP Operating #8307_Redacted.pdf
02.2022 BOA PFP Reserve #0848_Redacted.pdf
02.2023 BOA PFP Operating #8037_Redacted .pdf
02.2023 BOA Res #0848_Redacted .pdf
02.2024 BOA Payroll #6038_Redacted.pdf
02.2024 BOA Res #0848_Redacted .pdf
03.2021 BOA Bad-Adz Operating #7221_Redacted.pdf
03.2021 BOA PFP Reserve #0848_Redacted.pdf
03.2022 BOA PFP Operating #8307_Redacted.pdf
03.2022 BOA PFP Reserve #0848_Redacted.pdf
03.2023 BOA PFP Operating #8037_Redacted .pdf
03.2023 BOA Res #0848_Redacted .pdf
03.2024 BOA Payroll #6038_Redacted.pdf
03.2024 BOA Res #0848_Redacted .pdf
04.2021 BOA PFP Operating #8307_Redacted.pdf
04.2022 BOA PFP Operating #8307_Redacted.pdf
04.2022 BOA PFP Reserve #0848_Redacted.pdf
04.2023 BOA Payroll #6038_Redacted.pdf
04.2023 BOA Res #0848_Redacted.pdf
04.2024 BOA Payroll #6038_Redacted.pdf
04.2024 BOA Res #0848_Redacted .pdf
05.2021 BOA Bad-Adz Operating #7221_Redacted.pdf
05.2021 BOA PFP Operating #8307_Redacted.pdf
05.2021 BOA PFP Reserve #0848_Redacted.pdf
05.2022 BOA PFP Operating #8307_Redacted.pdf
05.2022 BOA PFP Reserve #0848_Redacted.pdf
05.2023 BOA Payroll #6038_Redacted.pdf
05.2023 BOA Res #0848_Redacted .pdf
05.2024 BOA Payroll #6038_Redacted.pdf
05.2024 BOA Res #0848_Redacted .pdf
06.2021 BOA PFP Operating #8307_Redacted.pdf
06.2021 BOA PFP Reserve #0848_Redacted.pdf
06.2022 BOA PFP Operating #8307_Redacted.pdf
06.2022 BOA PFP Reserve #0848_Redacted.pdf

06.2023 BOA Payroll #6038_Redacted.pdf
06.2024 BOA Payroll #6038_Redacted.pdf
06.2024 BOA Res #0848_Redacted .pdf
6.2020 BOA Operating #8307_Redacted.pdf
6.2020 BOA Reserve #0848_Redacted .pdf
07.2021 BOA PFP Operating #8307_Redacted.pdf
07.2021 BOA PFP Reserve #0848_Redacted.pdf
07.2022 BOA PFP Operating #8307_Redacted.pdf
07.2022 BOA PFP Reserve #0848_Redacted.pdf
07.2023 Bad-Adz Operating #7221_Redacted.pdf
07.2023 BOA Res #0848_Redacted .pdf
07.2024 BOA Payroll #6038_Redacted.pdf
07.2024 BOA Res #048B_Redacted .pdf
08.2021 BOA PFP Operating #8307_Redacted.pdf
08.2021 BOA PFP Reserve #0848_Redacted.pdf
08.2022 BOA PFP Operating #8307_Redacted.pdf
08.2022 BOA PFP Reserve #0848_Redacted.pdf
08.2023 BOA Payroll #6038_Redacted.pdf
08.2023 BOA Res #0848_Redacted .pdf
08.2024 BOA Payroll #6038_Redacted.pdf
08.2024 BOA Res #0848_Redacted.pdf
8.2020 BOA Operating #8307_Redacted.pdf
09.2021 BOA PFP Operating #8307_Redacted.pdf
09.2022 BOA PFP Operating #8307_Redacted.pdf
09.2022 BOA PFP Reserve #0848_Redacted.pdf
09.2023 BOA Payroll #6038_Redacted.pdf
09.2023 BOA Res #0848_Redacted .pdf
09.2024 BOA Payroll #6038_Redacted.pdf
09.2024 BOA Res #0848_Redacted .pdf
9.2020 BOA Operating #8307_Redacted.pdf
9.2020 BOA Reserve #0848_Redacted (1).pdf
10.2020 BOA Operating #8307_Redacted.pdf
10.2020 BOA Reserve #0848_Redacted.pdf
10.2021 BOA PFP Operating #8307_Redacted.pdf
10.2021 BOA PFP Reserve #0848_Redacted.pdf
10.2022 BOA PFP Operating #8307_Redacted.pdf
10.2022 BOA PFP Reserve #0848_Redacted.pdf
10.2023 BOA Payroll #6038_Redacted.pdf
10.2023 BOA Res #0848_Redacted .pdf
10.2024 BOA Payroll #6038_Redacted.pdf

10.2024 BOA Res #0848_Redacted.pdf
11.2020 BOA Operating #6038_Redacted.pdf
11.2021 BOA PFP Operating #8307_Redacted.pdf
11.2021 BOA PFP Reserve #0848_Redacted.pdf
11.2022 BOA PFP Operating #8307_Redacted.pdf
11.2023 BOA Payroll #6038_Redacted.pdf
11.2023 BOA Res #0848_Redacted .pdf
11.2024 BOA Payroll #6038_Redacted.pdf
11.2024 BOA Res #0848_Redacted .pdf
12.2021 BOA PFP Operating #8307_Redacted.pdf
12.2022 BOA PFP Operating #8307_Redacted.pdf
12.2022 BOA PFP Reserve #0848_Redacted.pdf
12.2023 BOA Payroll #6038_Redacted.pdf
12.2023 BOA Res #0848_Redacted .pdf

Copy of 12.2020 BOA Reserve #0848 _Redacted.pdf

.TIF
.TIF
(2).TIF
(3).pdf
2).pdf
Monthly Subscription Receipts 04.01.2023 to 12.165.2024.xlsx
Monthly Subscription Receipts 06.02.2020 to 11.06.2020.xlsx

.TIF

51

# Exhibit GG

Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe St.
Spokane, Washington 99201
(509) 795 4863
kirby@kirbylawoffice.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for profit corporation,<br><br>Defendant. | No. 2:23-cv-00160-TOR<br><br>**DEFENDANT'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Federal Rule of Civil Procedure 34(b), Defendant Pool World, Inc., requests that Plaintiff Prepared Food Photos, Inc., produce the following documents, within thirty days of service of this request.

**Definitions**

As used in this request:

1. The term "and/or" shall be construed both disjunctively and conjunctively.

2. The term "communication" shall be construed to mean any disclosure, transfer, or exchange of information or opinion, however made.

3. The term "document" shall be construed to mean any written, recorded, or graphic material of any kind, including, but not limited to, electronically stored information, whether

prepared by you or by any other person, that is in your possession, custody, or control. The term "document" includes, but is not limited to, agreements, contracts, letters, telegrams, inter-office communications, memoranda, reports, records, instructions, specifications, notes, notebooks, scrapbooks, diaries, plans, drawings, sketches, images, photographs, writings, sworn statements, deposition transcripts, affidavits, blueprints, invoices, purchase orders, bills of lading, recordings, published or unpublished speeches or articles, publications, transcripts of telephone conversations, phone mail, electronic mail, ledgers, financial statements, tax returns, microfilm, microfiche, tape or disc recordings, screenshots, computer print-outs and recordings of meetings, conferences, and telephone or other conversations or communications. The term "document" also includes all "electronically stored information."

4. The phrase "any and all documents" means every document or group of documents or electronically stored information that is known to you or that can be located or discovered by reasonably diligent efforts.

5. The term "electronically stored information" or "ESI" refers to all computer or electronically stored or generated data and information and shall include all attachments to and enclosures with any requested item, and all drafts thereof. Electronically stored information includes, but is not limited to, all information stored in any format and on any storage media including, but not limited to, hard drives, floppy disks, flash drives, USB drives, compact discs, digital video discs, digital versatile discs, or cloud-based storage. The format of electronically stored information includes, but is not limited to, word processing documents, electronic spreadsheets, electronic presentation documents, email

messages, image files, text files, videos, text messages, voicemails, messages sent via messaging services / applications (such as WeChat, WhatsApp, Messenger, Facebook Messenger, etc.), sound files, and material or information stored in databases or accessible from databases, of any description. Electronically stored information also includes all associated metadata that is routinely maintained or saved with the document, including document title or name, file name, date and time of creation, date and time of last edit, identity of author, identity of owner, identities of editors, identities of recipients, changes, history of changes, e-mail header information, history of who viewed an email and when, and email routing information.

6. The term "including" means including, but not limited to.

7. The term "person" includes a natural person, individual, firm, association, organization, partnership, business, trust, limited liability company, proprietorship, joint venture, corporation, public entity, governmental body, group of natural persons or other entities, or any other business enterprise.

8. The term "relating to" shall be construed to mean containing, constituting, considering, comprising, concerning, discussing, regarding, describing, reflecting, studying, commenting or reporting on, mentioning, analyzing, touching on, bearing on, referring, alluding, or pertaining to, in whole or in part.

9. The terms "you," "yours," or "anyone acting on your behalf" includes you, your staff, agents, employees, and/or representatives, your insurance company, their staff, agents, representatives, and/or employees, your attorneys, their staff, agents, representatives, and/or employees, your investigators, and anyone else acting on your behalf. Nothing in this

definition shall be construed to require you to produce privileged material.

**Instructions**

1. Plaintiff shall respond to these requests and produce the documents for inspection and copying within thirty (30) days of the service of the requests.

2. The documents to be produced in response to these requests include all documents within your possession, custody, or control. This includes documents in the possession, custody, or control of Plaintiff's attorneys, agents, employees, investigators, consultants, and experts, as well as a firm, company, corporation, or business in which Plaintiff owns a controlling interest or over which you exercise control in fact.

3. Plaintiff is required to use reasonable diligence to locate the documents, including those that are not in its immediate possession.

4. For the convenience of the parties and to reduce production costs, please produce documents which may exist in hard copy form in an electronic format (e.g. PDF or the equivalent).

5. Pursuant to FRCP 34(b), please produce all electronically stored information in its native electronic format, with all metadata preserved and all accompanying load files.

6. If you claim that a privilege applies, or a reason for withholding a document is applicable, please set forth in writing and with your response to the request: (1) The date of the document, (2) the type of document, (3) the subject matter of the document, (4) the name, employment, and title of each person who prepared or received the document or any copy thereof, and (5) the basis for the claim of privilege or other ground for withholding the document. If it is claimed that only part of the document is privileged or otherwise need not

be produced, please produce the remaining part of the document.

7.  For any record or document responsive or relating to these requests which is known to have been destroyed or lost, or is otherwise unavailable, identify each such document as completely as possible, including the author, address, date, type of document, number of pages, and subject matter, and explain in detail the events leading to the destruction or the loss, or the reason for the unavailability of such document, including the date it was lost, and identity of all persons having knowledge of the contents of the document.

8.  Do not make any redactions on the produced documents unless they involve a valid privilege and you produce an appropriate privilege log.

9.  Please organize and labels the documents to correspond to the categories in the demand.  This can usually be accomplished by producing a list at the time of production which identifies by Bates-stamp number which documents are responsive to which requests.

10.   These requests are continuing in nature.  If, after producing the requested documents, Plaintiff obtains or becomes aware of further documents responsive to these requests, Plaintiff is required to produce to Defendant such additional documents.

11.   Unless otherwise specified, these requests are limited to the time period from June 2009 up to and including the date you respond to these requests.

**REQUESTS FOR PRODUCTION**

14.  Produce all communications, and records of communications, with persons that entered into subscription agreements that were the subject of Requests for Production Nos. 4 and 5.

---

Defendant's Third Requests for Production                    -5-                    Case No. 2::23-cv-00160-TOR

**RESPONSE:**

15.  Produce any and all documents reflecting payments pursuant to subscription agreements that were the subject of Requests for Production Nos. 4 and 5.

**RESPONSE:**

16.  Produce all communications among your staff, or with your representatives, or with any other person, about subscription agreements (or proposed subscription agreements) that were the subject of Requests for Production Nos. 4 and 5.

**RESPONSE:**

17. Produce any and all documents reflecting the downloading or use of your photos pursuant to subscription agreements that were the subject of Request for Production Nos. 4 and 5.

**RESPONSE:**

1

2                                         /s/    Paul Alan Levy
                                          Paul Alan Levy (pro hac vice)
3                                         Public Citizen Litigation Group
                                          1600 20th Street NW
4                                         Washington, D.C. 20009
                                          (202) 588-7725
5                                         plevy@citizen.org

6                                              /s/ Stephen Kirby
                                          Stephen Kirby
7                                         Kirby Law Office, PLLC
                                          WSBA #43228
8                                         1312 N. Monroe St.
                                          Spokane, WA 99201
9                                         (509) 795 4863
                                          kirby@kirbylawoffice.com

10   January 18, 2024

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of January, 2024, I am serving this Third Set of Requests for Production on counsel for plaintiff Max Archer and Lauren Hausman at their email addresses, mka@riverside-law.com and lauren@copycat.legal, respectively.

                                 /s/  Paul Alan Levy
                              Paul Alan Levy (pro hac vice)
                              Public Citizen Litigation Group
                              1600 20th Street NW
                              Washington, D.C. 20009
                              (202) 588-7725
                              plevy@citizen.org

January 18, 2024

# Exhibit HH

(redacted)

**END-USER SUBSCRIPTION AGREEMENT**

This End-User Subscription Agreement (the "Agreement") is by and between Adlife Marketing & Communications Company, Inc., with business offices located at 38 Church Street, Pawtucket, Rhode Island 02860 ("Adlife"), and ███████████████████████ with business offices located at ███████████ the "Subscriber"). This Agreement shall be effective as of the ████ executed by Adlife and Subscriber ("Effective Date"). Each of Adlife and Subscriber is a "Party" and together they are the "Parties" to this Agreement.

If you are entering into this Agreement on behalf of a company or other legal entity, you represent that you have the authority to bind such entity and its affiliates to these terms and conditions. If you do not have such authority, or if you do not agree with these terms and conditions, you must not accept this Agreement and may not use the services provided under this Agreement.

WHEREAS, Adlife has developed and maintains an Internet based subscription program allowing subscribers full access to stock photography on the website for the specific purposes of advertising subject to the conditions in this Agreement (the "Services"), provided said Subscriber is in good standing;

NOW, THEREFORE, the Parties hereto, for good and valuable consideration, the receipt, adequacy, and sufficiency of which are hereby acknowledged, and intending to be legally bound, hereby agree as follows:

1. **License Grant.**

> a) **License to Use Service.** Adlife hereby grants to Subscriber a nonexclusive, nontransferable, license during the Term (the "License") to access and use the Services in accordance with this Agreement. All rights not expressly granted to Subscriber under the License are reserved by Adlife. The License granted to Subscriber pursuant to this Agreement will permit use of the Services by a number of Subscriber employees or affiliates ("End-users"), not to exceed five (5) End-users. Subscribers with greater than five (5) End-users should contact Adlife to purchase a separate Enterprise license.

> SUBSCRIBER SHALL BE RESPONSIBLE FOR THE FAILURE OF ANY SUBSCRIBER EMPLOYEE OR AFFILIATE TO PERFORM ITS OBLIGATIONS UNDER THIS AGREEMENT. UPON TERMINATION OF THIS AGREEMENT, SUBSCRIBER AND ITS END-USERS SHALL IMMEDIATELY CEASE USE OF ANY AND ALL ADLIFE IMAGES.

> b) **Designated End-users.** Each End-user will be designated as an End-user within the subscription Services structure. The License to use the Services by each End-user may not be shared or used by more than five (5) End-users, but may be re-issued from time to time to new End-users upon prior written notification to and acceptance by Adlife. Any unauthorized access to Services, or other abuse or impermissible activity on the Site or in connection with the Services may result in immediate suspension or termination of End-user accounts pursuant to Section 6 of this Agreement. Subscriber will promptly notify Adlife of any unauthorized use of the Services in breach of this Agreement, any unauthorized use of accounts, or any other known or suspected breach of security.

> c) **Limitations on Use.** The Services are for use only by Subscriber and its assigned End- users. Except as permitted by this Agreement, the Services may not be transferred, distributed, resold, sublicensed, or used to create any derivative works. Subscriber may use the Site and Services only for its internal business purposes and shall not use the Services in association with sending spam or otherwise duplicative or unsolicited messages; use the Services in association with infringing, obscene, threatening, libelous, or otherwise unlawful or tortuous material, including

material harmful to children or material in violation of third party privacy rights; or attempt to gain unauthorized access to the Site, Services, or its related systems or networks.

2. **Service Details.**

The subscription plan enables the Subscriber to download vector files or JPG images (each a "Work" or "Works") of any available size. The Subscriber has the right to move a file (or files containing it) physically, but copies can be made only for back-up or archival purposes. Files downloaded from the Site may be used by the Subscriber for advertising or similar purposes as permitted by the License Agreement.

If a Work is in violation of a third-party right, Adlife may instruct Subscriber to cease all use, distribution and possession of such Work, and Subscriber must promptly comply with such instructions. Adlife reserves all rights not expressly granted in these terms.

Permitted Usage:

- Prints, posters and other reproductions for personal use, advertising and promotional applications, including printed files, product packaging, presentations, film and video presentations, commercials, catalogues, brochures, promotional greeting cards and promotional postcards (provided they are not for resale, license or other distribution); ▢

- Print media applications, such as books and book covers, magazines, newspapers, editorials, and newsletters; ▢

- On–line or electronic publications, including web pages, provided, that Subscriber takes all reasonable actions to prevent website visitors from downloading or revising Work that is published on a website; or ▢

- Any other uses approved in writing by Adlife.▢

Subscribers with questions as to the permitted usage of a specific file should immediately contact Adlife. ▢

Subscriber shall not: ▢

- Use files on products for sale, such as t-shirts, cups, posters, etc., or in places designed for the sale or promotion of such products; ▢

- Use files or their elements as a part of a trademark or trade sign (in full or in part), a company's name, a logo, or a product's trade name; ▢

- Post the Work online in a downloadable format; ▢

- Use files in such a way that would allow a third party to download, transmit, distribute, or preform some other similar means of file exchange, including but not limited to the use of portable storage devices; or ▢

- Use the Services to directly compete with Adlife or to solicit customers or accounts of Adlife. ▢

Subscriber may use the license granted under this Agreement for the benefit of one of its clients, provided that Subscriber's client must also comply with these terms and comply with all license and use restrictions. Subscriber is solely responsible and liable for any and all use of the

63

Work by its client. If Subscriber intends to use the same Work for the benefit of clients with more than twelve (12) locations or if Subscriber intends to use the same Work with more than twelve (12) unique clients, then Subscriber must purchase a separate Enterprise license. ⏎

Clients of Subscribers may only use licensed Works as long as the Subscriber maintains an active subscription to the Service. Upon termination, Subscriber and Subscriber's clients must discontinue use of the Works, except that clients of Subscribers may continue to distribute pre-printed stock items containing the Work or Works for a period of six months following the termination of the Subscriber's subscription. ⏎

Each client of Subscriber must be designated, in writing, to Adlife as a client of the Subscriber. Any unauthorized access to Services, or other abuse or impermissible activity on the Site or in connection with the Services may result in immediate suspension or termination of Subscriber accounts pursuant to Section 6 of this Agreement. Subscriber will promptly notify Adlife of any unauthorized use of the Services in breach of this Agreement, any unauthorized use of accounts, or any other known or suspected breach of security. ⏎

3.  **Adlife Proprietary Information.** The Site, Services, and its Contents ("Adlife IP") are owned or licensed by Adlife and protected by U.S. and international copyright, trademark, service mark, patent and/or other proprietary rights and laws. Except as expressly provided in this Agreement, nothing contained herein shall be construed as conferring to Subscriber any license or right under copyright or other intellectual property law. No part of the Adlife IP may be altered, copied, photocopied, reproduced, translated or reduced to any electronic medium or machine-readable form, in whole or in part, except as specifically provided in this Agreement. Subscriber shall not take any action that shall interfere with or diminish Adlife's right in any of the Adlife IP. ⏎

4.  **Term, Suspension, and Termination.**

    a) **Term.** Unless terminated earlier pursuant to this Section 5 of this Agreement, the initial term ("Initial Term") of this Agreement shall be for a period of twelve (12) months from the Effective Date and shall thereafter automatically continue under this Agreement annually, for successive twelve-month (12) periods ("Subsequent Term") unless either Party provides a thirty-day (30) written notice of termination prior to the end of each twelve-month period. The Initial Term and Subsequent Term shall together be known as the "Term". ⏎

    b) **Suspension with Right to Cure.** In addition to any other rights and remedies outlined in this Agreement, Adlife reserves the right to suspend the License and Subscriber's access to the Services upon ten (10) days' written notice to Subscriber ("Cure Period") if Subscriber's account becomes delinquent by non-payment for more than fifteen (15) days and such delinquency is not cured within the Cure Period or any other default by Subscriber hereof. Delinquent invoices are subject to interest of one percent (1.0%) per month on any outstanding balance, or the maximum permitted by law, whichever is less, plus all expenses of collection. Subscriber will continue to be charged for the remainder of the term for any delinquent accounts or for breach of this Agreement, to the extent applicable.

5.  **Fees and Payment.**

    a) **Subscription Fees.** The Subscription Fees are **$499.00** per month, as the same may be amended from time to time, after the first twelve months following the Effective Date.  The initial monthly subscription fee of **$499.00** will be remitted commensurate with the execution of this agreement via Credit Card.

    b) **Additional End-users.** Subscriber may add End-user licenses at any time during the Initial or Subsequent Terms. Subscriber will be charged in full for any portion of a calendar month during

which End-user licenses have been added. Although Subscriber may decrease End-user licenses at any time, there will be no refunds issued to Subscriber, regardless of nonpayment, nonuse, or other conduct or inaction, and all Subscription Fees will continue to be due through the end of the Initial or Subsequent Terms. ⬚

c) **Enterprise Licenses**. Enterprise licenses are available for Subscribers who need greater than five (5) End-user licenses or who need to use any Work for the benefit of clients with more than twelve (12) locations or with more than twelve (12) unique clients. Please contact Adlife to obtain a separate Enterprise license. ⬚

d) **Taxes and Duties**. Adlife's fees are exclusive of all taxes, levies, or duties imposed by taxing authorities, and Subscriber will be responsible for payment of all such taxes, levies, or duties, excluding only United States (federal or state), local, or other taxes based solely on Adlife's income. ⬚

e) **Exclusive, Unlicensed, and Prohibited Use.** Exclusive use of Adlife photography is available at a rate starting at $8,000 per image, per medium/channel of use. Any unlicensed or prohibited use of any Adlife photography will carry with it a minimum penalty of at least $8,000 per image, per medium/channel of use. ⬚

6. **Amendments.** The Parties agree that, in order to continually improve its Services, Adlife may, from time to time, amend its Site and Services in its discretion and will make commercially reasonable efforts to notify Subscribers of said amendments. Subscriber is encouraged to continually check the Site for notices of changes, updates, and improvements. ⬚

7. **Disclaimer of Warranties**. Adlife does not represent or warrant that this Site or Services will be error-free, or free of viruses or other harmful components. The Site and Services are provided on an "as is" and "as available" basis. Adlife expressly disclaims all warranties, including the warranties of merchantability, and fitness for a particular purpose and non-infringement. Adlife disclaims all responsibility for any loss, injury, claim, liability, or damage of any kind resulting from, arising out of or any way related to (a) any errors in or omissions from this Site and Services; (b) the unavailability of this Site, Services, or any portion thereof; (c) Subscriber's use of this Site or Services; (d) Subscriber's use of any equipment or software in connection with the Site or Services; or (e) any third party web sites or content therein directly or indirectly accessed through links contained on the Site or through the Services.

8. **Limitation of Liability; Indemnification.**

a) THE LIABILITY OF ADLIFE TO SUBSCRIBER FOR ANY AND ALL CAUSE(S) OF ACTION, REGARDLESS OF THE FORM OF ACTION (INCLUDING CONTRACT, TORT, NEGLIGENCE OR ANY OTHER), ARISING OUT OF OR RESULTING FROM THE PERFORMANCE OR BREACH OF THIS AGREEMENT WILL IN NO EVENT EXCEED THE AVERAGE MONTHLY SUBSCRIPTION FEES IN THE THEN-CURRENT TERM CONVERTED TO AN ANNUAL BASIS (I.E. AVERAGE MONTHLY SUBSCRIPTION FEES X 12). ⬚

b) ADLIFE SHALL NOT BE LIABLE TO SUBSCRIBER OR TO ANY THIRD PARTY FOR ANY SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, CONSEQUENTIAL DAMAGES, OR DAMAGES FROM LOST PROFITS, LOST USE, OR ANY OTHER DAMAGES OF ANY KIND WHATSOEVER IN ANY WAY DUE TO, RESULTING FROM, OR ARISING IN CONNECTION WITH THIS AGREEMENT OR THE USE OF OR INABILITY TO USE THIS SITE OR SERVICES, EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. ⬚

c) Subscriber agrees to indemnify, defend and hold harmless Adlife, its officers, directors, employees, agents, licensors, suppliers and any third party information providers to the Site or Services from and against all claims, losses, expenses, damages and costs, including reasonable attorneys' fees (collectively, "Losses"), resulting from or in connection with: (i) any breach of any obligation of Subscriber; (ii) violation of any applicable laws by Subscriber, its officers, directors, employees, agents, contractors, or affiliates, End-users, or clients ("Subscriber Responsible Parties"); or (iii) any misuse, loss, damage, corruption, or destruction of the Services by Subscriber Responsible Parties or any breach of security relating to the same. ⏎

9.   **Additional Miscellaneous Provisions.**

a) **Governing Law; Jurisdiction; Venue; Attorney's Fees.** This Agreement shall be construed in accordance with, and governed by, the laws of the State of Rhode Island, except for that body of law addressing conflicts of law. The Parties submit to the jurisdiction of said courts and waive any defense of forum non conveniens. The Parties waive all rights to jury trials. ⏎

b) **Assignments.** This Agreement shall be binding upon and shall be for the benefit of Adlife and Subscriber and both Parties' respective legal representatives, successors, and permitted assigns; provided, that Subscriber shall not be entitled to assign, sublicense, or delegate this Agreement, in whole or in part, without Adlife's prior written consent. Any attempted assignment, delegation, or assumption of this Agreement not in accordance with this Section will be of no force or effect. ⏎

c) **Personal Information.** Adlife agrees to protect Subscriber's Personal Information, as that term is defined in Adlife's Privacy Policy, in accordance with the terms of the Adlife Privacy Policy, which can be found here. https://preparedfoodphotos.com/privacy.policy.php ⏎

d) **Entire Agreement; Waiver; Relationship of the Parties.** This Agreement constitutes the entire agreement between the Parties as to the subject matter hereof. No waiver of any provision of this Agreement shall be deemed, or shall constitute, a waiver of any other provision, nor shall any waiver constitute a continuing waiver. No waiver shall be binding unless executed in writing by the Parties. Nothing contained in this Agreement shall be construed as creating a joint venture, partnership, agency, or employment relationship between the Parties, and neither Party shall have any right to bind the other or incur any obligation on the other's behalf without the other's prior written consent. Except as expressly provided for herein, this Agreement is not for the benefit of any third party, but nothing in this Agreement shall prevent or interfere with any consumer bringing an action against Subscriber for violation of law.

e) **Severability of Terms.** If any provision of the Agreement is found by a court of competent jurisdiction to be invalid, the Parties nevertheless agree that the court should endeavor to give effect to the Parties' intentions as reflected in the provision, and the other provisions of the Agreement remain in full force and effect. ⏎

f) **Amendment.** Notwithstanding Section 6, this Agreement may be modified only in writing, signed by a duly authorized representative of each Party. ⏎

g) **Notices and Contact Information.** Any demand, notice, or other communication required or permitted hereunder shall be effective if in writing and either delivered to the addressee or the email set forth in the "Contact Us" section of the Site (for Adlife); or, if to Subscriber, at email set forth in the Subscriber registration page. Either Party may change its notice email address by providing the other Party with notice of the change. ⏎

10. **Acknowledgement.** You acknowledge that you have read this Agreement, understand it and agree to be bound by its terms and conditions. You further agree that it is the complete and exclusive statement of the agreement between you and Adlife, which supersedes any proposal or prior agreement, oral or written, and other communication between you and Adlife relating to the subject matter of this Agreement.

This Agreement may be executed in counterparts and the Parties agree that electronic signatures are binding. The Parties have caused this Agreement to be executed by their authorized representatives as of the date set forth below.

**Adlife Marketing & Communications Company, Inc.**

By: _Douglas Fleurant, CFO_

Title: Chief Financial Officer

Date: January 5, 2017

Title: Vice President of Merchandising

Date: _1/5/2017_

# Exhibit II

(redacted)

**END-USER SUBSCRIPTION AGREEMENT**

This End-User Subscription Agreement (the "Agreement") is by and between Adlife Marketing & Communications Company, Inc., with business offices located at 38 Church Street, Pawtucket, Rhode Island 02860 ("Adlife"), and ▓▓▓▓▓▓ with business offices located at ▓▓▓▓▓ the "Subscriber"). This Agreement shall be effective as of the date executed by Adlife and Subscriber ("Effective Date"). Each of Adlife and Subscriber is a "Party" and together they are the "Parties" to this Agreement.

If you are entering into this Agreement on behalf of a company or other legal entity, you represent that you have the authority to bind such entity and its affiliates to these terms and conditions. If you do not have such authority, or if you do not agree with these terms and conditions, you must not accept this Agreement and may not use the services provided under this Agreement.

WHEREAS, Adlife has developed and maintains an Internet based subscription program allowing subscribers full access to stock photography on the website for the specific purposes of advertising subject to the conditions in this Agreement (the "Services"), provided said Subscriber is in good standing;

NOW, THEREFORE, the Parties hereto, for good and valuable consideration, the receipt, adequacy, and sufficiency of which are hereby acknowledged, and intending to be legally bound, hereby agree as follows:

1. **License Grant.**

a) **License to Use Service.** Adlife hereby grants to Subscriber a nonexclusive, nontransferable, license during the Term (the "License") to access and use the Services in accordance with this Agreement. All rights not expressly granted to Subscriber under the License are reserved by Adlife. The License granted to Subscriber pursuant to this Agreement will permit use of the Services by a number of Subscriber employees or affiliates ("End-users"), not to exceed five (5) End-users. Subscribers with greater than five (5) End-users should contact Adlife to purchase a separate Enterprise license.

SUBSCRIBER SHALL BE RESPONSIBLE FOR THE FAILURE OF ANY SUBSCRIBER EMPLOYEE OR AFFILIATE TO PERFORM ITS OBLIGATIONS UNDER THIS AGREEMENT. UPON TERMINATION OF THIS AGREEMENT, SUBSCRIBER AND ITS END-USERS SHALL IMMEDIATELY CEASE USE OF ANY AND ALL ADLIFE IMAGES.

b) **Designated End-users.** Each End-user will be designated as an End-user within the subscription Services structure. The License to use the Services by each End-user may not be shared or used by more than five (5) End-users, but may be re-issued from time to time to new End-users upon prior written notification to and acceptance by Adlife. Any unauthorized access to Services, or other abuse or impermissible activity on the Site or in connection with the Services may result in immediate suspension or termination of End-user accounts pursuant to Section 6 of this Agreement. Subscriber will promptly notify Adlife of any unauthorized use of the Services in breach of this Agreement, any unauthorized use of accounts, or any other known or suspected breach of security.

c) **Limitations on Use.** The Services are for use only by Subscriber and its assigned End- users. Except as permitted by this Agreement, the Services may not be transferred, distributed, resold, sublicensed, or used to create any derivative works. Subscriber may use the Site and Services only for its internal business purposes and

69

shall not use the Services in association with sending spam or otherwise duplicative or unsolicited messages; use the Services in association with infringing, obscene, threatening, libelous, or otherwise unlawful or tortuous material, including material harmful to children or material in violation of third party privacy rights; or attempt to gain unauthorized access to the Site, Services, or its related systems or networks.

2. **Service Details.**

The subscription plan enables the Subscriber to download vector files or JPG images (each a "Work" or "Works") of any available size. The Subscriber has the right to move a file (or files containing it) physically, but copies can be made only for back-up or archival purposes. Files downloaded from the Site may be used by the Subscriber for advertising or similar purposes as permitted by the License Agreement.

If a Work is in violation of a third-party right, Adlife may instruct Subscriber to cease all use, distribution and possession of such Work, and Subscriber must promptly comply with such instructions. Adlife reserves all rights not expressly granted in these terms.

Permitted Usage:

* Prints, posters and other reproductions for personal use, advertising and promotional applications, including printed files, product packaging, presentations, film and video presentations, commercials, catalogues, brochures, promotional greeting cards and promotional postcards (provided they are not for resale, license or other distribution);

* Print media applications, such as books and book covers, magazines, newspapers, editorials, and newsletters;

* On–line or electronic publications, including web pages, provided, that Subscriber takes all reasonable actions to prevent website visitors from downloading or revising Work that is published on a website; or

* Any other uses approved in writing by Adlife.

Subscribers with questions as to the permitted usage of a specific file should immediately contact Adlife.

Subscriber shall not:

* Use files on products for sale, such as t-shirts, cups, posters, etc., or in places designed for the sale or promotion of such products;

* Use files or their elements as a part of a trademark or trade sign (in full or in part), a company's name, a logo, or a product's trade name;

* Post the Work online in a downloadable format;

* Use files in such a way that would allow a third party to download, transmit, distribute, or preform some other similar means of file exchange, including but not limited to the use of portable storage devices; or

* Use the Services to directly compete with Adlife or to solicit customers or accounts of Adlife.

Subscriber may use the license granted under this Agreement for the benefit of one of its clients, provided that Subscriber's client must also comply with these terms and comply with all license and use restrictions. Subscriber is solely responsible and liable for any and all use of the Work by its client. If Subscriber intends to use the same Work for the benefit of clients with more than twelve (12) locations or if Subscriber intends to use the same Work with more than twelve (12) unique clients, then Subscriber must purchase a separate Enterprise license.

Clients of Subscribers may only use licensed Works as long as the Subscriber maintains an active subscription to the Service. Upon termination, Subscriber and Subscriber's clients must discontinue use of the Works, except that clients of Subscribers may continue to distribute pre-printed stock items containing the Work or Works for a period of six months following the termination of the Subscriber's subscription.

Each client of Subscriber must be designated, in writing, to Adlife as a client of the Subscriber. Any unauthorized access to Services, or other abuse or impermissible activity on the Site or in connection with the Services may result in immediate suspension or termination of Subscriber accounts pursuant to Section 6 of this Agreement. Subscriber will promptly notify Adlife of any unauthorized use of the Services in breach of this Agreement, any unauthorized use of accounts, or any other known or suspected breach of security.

3. **Adlife Proprietary Information.** The Site, Services, and its Contents ("Adlife IP") are owned or licensed by Adlife and protected by U.S. and international copyright, trademark, service mark, patent and/or other proprietary rights and laws. Except as expressly provided in this Agreement, nothing contained herein shall be construed as conferring to Subscriber any license or right under copyright or other intellectual property law. No part of the Adlife IP may be altered, copied, photocopied, reproduced, translated or reduced to any electronic medium or machine- readable form, in whole or in part, except as specifically provided in this Agreement. Subscriber shall not take any action that shall interfere with or diminish Adlife's right in any of the Adlife IP.

4. **Term, Suspension, and Termination.**

a) **Term.** Unless terminated earlier pursuant to this Section 5 of this Agreement, the initial term ("Initial Term") of this Agreement shall be for a period of twelve (12) months from the Effective Date and shall thereafter automatically continue under this Agreement annually, for successive twelve-month (12) periods ("Subsequent Term") unless either Party provides a thirty-day (30) written notice of termination prior to the end of each twelve-month period. The Initial Term and Subsequent Term shall together be known as the "Term".

b) **Suspension with Right to Cure.** In addition to any other rights and remedies outlined in this Agreement, Adlife reserves the right to suspend the License and Subscriber's access to the Services upon ten (10) days' written notice to Subscriber ("Cure Period") if Subscriber's account becomes delinquent by non-payment for more than fifteen (15) days and such delinquency is not cured within the Cure Period or any other default by Subscriber hereof. Delinquent invoices are subject to interest of one percent (1.0%) per month on any outstanding balance, or the maximum permitted by law, whichever is less, plus all expenses of collection. Subscriber will continue to be charged for the remainder of the term for any delinquent accounts or for breach of this Agreement, to the extent applicable.

5. **Fees and Payment.**

a) **Subscription Fees.** The annual Subscription Fee is **$1,188.00 (One Thousand One Hundred and eighty-eight dollars and 00 cents)**. This fee is to be paid contemporaneously with the execution of this agreement. The same may be amended from time to time, after the first twelve months following the Effective Date.

b) **Additional End-users.** Subscriber may add End-user licenses at any time during the Initial or Subsequent Terms. Subscriber will be charged in full for any portion of a calendar month during which End-user licenses have been added. Although Subscriber may decrease End-user licenses at any time, there will be no refunds issued to Subscriber, regardless of nonpayment, nonuse, or other conduct or inaction, and all Subscription Fees will continue to be due through the end of the Initial or Subsequent Terms.

c) **Enterprise Licenses.** Enterprise licenses are available for Subscribers who need greater than five (5) End-user licenses or who need to use any Work for the benefit of clients with more than twelve (12) locations or with more than twelve (12) unique clients. Please contact Adlife to obtain a separate Enterprise license.

d) **Taxes and Duties.** Adlife's fees are exclusive of all taxes, levies, or duties imposed by taxing authorities, and Subscriber will be responsible for payment of all such taxes, levies, or duties, excluding only United States (federal or state), local, or other taxes based solely on Adlife's income.

e) **Exclusive, Unlicensed, and Prohibited Use.** Exclusive use of Adlife photography is available at a rate starting at $8,000 per image, per medium/channel of use. Any unlicensed or prohibited use of any Adlife photography will carry with it a minimum penalty of at least $8,000 per image, per medium/channel of use.

6. **Amendments.** The Parties agree that, in order to continually improve its Services, Adlife may, from time to time, amend its Site and Services in its discretion and will make commercially reasonable efforts to notify Subscribers of said amendments. Subscriber is encouraged to continually check the Site for notices of changes, updates, and improvements.

7. **Disclaimer of Warranties.** Adlife does not represent or warrant that this Site or Services will be error-free, or free of viruses or other harmful components. The Site and Services are provided on an "as is" and "as available" basis. Adlife expressly disclaims all warranties, including the warranties of merchantability, and fitness for a particular purpose and non-infringement. Adlife disclaims all responsibility for any loss, injury, claim, liability, or damage of any kind resulting from, arising out of or any way related to (a) any errors in or omissions from this Site and Services; (b) the unavailability of this Site, Services, or any portion thereof; (c) Subscriber's use of this Site or Services; (d) Subscriber's use of any equipment or software in connection with the Site or Services; or (e) any third party web sites or content therein directly or indirectly accessed through links contained on the Site or through the Services.

8. **Limitation of Liability; Indemnification.**

a) THE LIABILITY OF ADLIFE TO SUBSCRIBER FOR ANY AND ALL CAUSE(S) OF ACTION, REGARDLESS OF THE FORM OF ACTION (INCLUDING CONTRACT, TORT, NEGLIGENCE OR ANY OTHER), ARISING OUT OF OR RESULTING FROM THE PERFORMANCE OR BREACH OF THIS AGREEMENT WILL IN NO EVENT EXCEED THE AVERAGE MONTHLY SUBSCRIPTION FEES IN THE THEN-CURRENT TERM

CONVERTED TO AN ANNUAL BASIS (I.E. AVERAGE MONTHLY SUBSCRIPTION FEES X 12).

b) ADLIFE SHALL NOT BE LIABLE TO SUBSCRIBER OR TO ANY THIRD PARTY FOR ANY SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, CONSEQUENTIAL DAMAGES, OR DAMAGES FROM LOST PROFITS, LOST USE, OR ANY OTHER DAMAGES OF ANY KIND WHATSOEVER IN ANY WAY DUE TO, RESULTING FROM, OR ARISING IN CONNECTION WITH THIS AGREEMENT OR THE USE OF OR INABILITY TO USE THIS SITE OR SERVICES, EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

c) Subscriber agrees to indemnify, defend and hold harmless Adlife, its officers, directors, employees, agents, licensors, suppliers and any third party information providers to the Site or Services from and against all claims, losses, expenses, damages and costs, including reasonable attorneys' fees (collectively, "Losses"), resulting from or in connection with: (i) any breach of any obligation of Subscriber; (ii) violation of any applicable laws by Subscriber, its officers, directors, employees, agents, contractors, or affiliates, End-users, or clients ("Subscriber Responsible Parties"); or (iii) any misuse, loss, damage, corruption, or destruction of the Services by Subscriber Responsible Parties or any breach of security relating to the same.

9.   **Additional Miscellaneous Provisions.**

a) **Governing Law; Jurisdiction; Venue; Attorney's Fees.** This Agreement shall be construed in accordance with, and governed by, the laws of the State of Rhode Island, except for that body of law addressing conflicts of law. The Parties submit to the jurisdiction of said courts and waive any defense of forum non conveniens. The Parties waive all rights to jury trials.

b) **Assignments.** This Agreement shall be binding upon and shall be for the benefit of Adlife and Subscriber and both Parties' respective legal representatives, successors, and permitted assigns; provided, that Subscriber shall not be entitled to assign, sublicense, or delegate this Agreement, in whole or in part, without Adlife's prior written consent. Any attempted assignment, delegation, or assumption of this Agreement not in accordance with this Section will be of no force or effect.

c) **Personal Information.** Adlife agrees to protect Subscriber's Personal Information, as that term is defined in Adlife's Privacy Policy, in accordance with the terms of the Adlife Privacy Policy, which can be found here.
https://preparedfoodphotos.com/privacy.policy.php

d) **Entire Agreement; Waiver; Relationship of the Parties.** This Agreement constitutes the entire agreement between the Parties as to the subject matter hereof. No waiver of any provision of this Agreement shall be deemed, or shall constitute, a waiver of any other provision, nor shall any waiver constitute a continuing waiver. No waiver shall be binding unless executed in writing by the Parties. Nothing contained in this Agreement shall be construed as creating a joint venture, partnership, agency, or employment relationship between the Parties, and neither Party shall have any right to bind the other or incur any obligation on the other's behalf without the other's prior written consent. Except as expressly provided for herein, this Agreement is not for the benefit of any third party, but nothing in this Agreement shall prevent or interfere with any consumer bringing an action against Subscriber for violation of law.

73

e) **Severability of Terms.** If any provision of the Agreement is found by a court of competent jurisdiction to be invalid, the Parties nevertheless agree that the court should endeavor to give effect to the Parties' intentions as reflected in the provision, and the other provisions of the Agreement remain in full force and effect.

f) **Amendment.** Notwithstanding Section 6, this Agreement may be modified only in writing, signed by a duly authorized representative of each Party.

g) **Notices and Contact Information.** Any demand, notice, or other communication required or permitted hereunder shall be effective if in writing and either delivered to the addressee or the email set forth in the "Contact Us" section of the Site (for Adlife); or, if to Subscriber, at email set forth in the Subscriber registration page. Either Party may change its notice email address by providing the other Party with notice of the change.

10. **Acknowledgement.** You acknowledge that you have read this Agreement, understand it and agree to be bound by its terms and conditions. You further agree that it is the complete and exclusive statement of the agreement between you and Adlife, which supersedes any proposal or prior agreement, oral or written, and other communication between you and Adlife relating to the subject matter of this Agreement.

This Agreement may be executed in counterparts and the Parties agree that electronic signatures are binding. The Parties have caused this Agreement to be executed by their authorized representatives as of the date set forth below.

Adlife Marketing & Communications Company, Inc.

By: *Douglas Durant, CFO*
Title: Chief Financial Officer
Date: 05-16-19

By: █████████████
Title: AS Manager
Date: 5-16-19

74

# Exhibit JJ

(redacted)



## April/May 2024 Retailer Check

**Rebecca Jones** <rebecca@preparedfoodphotos.com>                    Fri, May 10, 2024 at 12:38 PM
To: Doug Fleurant <doug@bad-adz.com>, joel albrizio <joel@bad-adz.com>
Bcc: n

**Subscriber email addresses redacted**

Hello!

Please see the listed retailers, and advise if any are, or have been your clients.

Also - if you have not sent in your quarterly list of clients, please do so.

Big Apple Meat Market (New York, NY)
Ernie's  Food Market (Staples, MN)
Extra Supermarket (Elizabeth, NJ)
Ideal Market (Johnstown, PA)
International Shop Fair Supermarkets (Central Islip, NY)
Key Food (Queens, NY)
Meat City Market (Piscataway, NJ)
North Oak Quality Meat Market (Gladstone, MO)
Price Chopper (Kansas City, MO)
Pyburn's Farm Fresh Foods (Houston, TX)
Sami's Fairfax Grocery (Los Angeles, CA)
Saubel's Markets (Shrewsbury, PA)
Shop Halal Meat (Garfield, NJ)

Food Giant – Foodland (Pinson, AL)
Franklin Food Market (Sioux Falls, SD)
Fresh Thyme Market (Canton, MI)
Fresh Thyme Market (Mayfield Heights, OH)
Gala Fresh Farms (Baldwin, NY)
Galt Hometown Grocery (Galt, MO)
Greer's CS Grove Hill (Grove Hill, AL)
Greer's St. Louis Market (Mobile, AL)
Ideal Market (Metairie, LA)
Lishman's City Market (Lacombe, LA)
Safeway Inc (Pleasanton, CA)

76

# Exhibit KK

(redacted)

MRR_per_Subscriber_-_monthly_2017-01-01_to_2017-12-31

**Names and email addresses redacted**

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2017-01 | 2017-02 | 2017-03 | 2017-04 | 2017-05 | 2017-06 | 2017-07 | 2017-08 | 2017-09 | 2017-10 | 2017-11 | 2017-12 | 2018-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cus_8SSUWmSTG7hPS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_91CS43gsW36o30 | 2016-08-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9kZEnvqTyTr99D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9vfLwEzwrtye1re | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 499.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9wYdMonjMK5H | 2017-01-18 | 2017-03-27 | usd | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9zxlLCRXSAG21w9 | 2017-01-25 | 2017-03-29 | usd | -499.00 | 499.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_A1jTWXLYTvRcch | 2017-01-30 | 2017-02-28 | usd | 499.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ACbySAMqKOppD7 | 2017-02-28 | 2018-06-12 | usd | 0.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 |
| | | cus_D1LBxmNRCOPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_E6DEL9h68HVPOK | 2018-12-05 | 2020-12-22 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ElxNs9VPkHGBMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EmK26vpnBYXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NbWOMblWUUSjs | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeU0clczyCFH5R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeUnJEAqBoDZ7f | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeX5OpfcGvwn3q | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXNRDB2BIGyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXVDGoVqC99Rt | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeYRR0gg1qPx18 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NsZ7y1CwuiquE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NKggowq15QdJBH | 2023-12-01 | 2024-12-19 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_OlllJdqqql2xXc | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

78

MRR_per_Subscriber_-_monthly_2018-01-01_to_2018-12-31

| Customer ID | Customer Start Date | Customer End Date | Currency | 2018-01 | 2018-02 | 2018-03 | 2018-04 | 2018-05 | 2018-06 | 2018-07 | 2018-08 | 2018-09 | 2018-10 | 2018-11 | 2018-12 | 2018-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| cus_8SSUMm5TG7iPS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_91CS43gaW36o30 | 2016-08-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_9kZEnvqTyTr9GD | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_9v4Lw5zwmye1re | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_9wYrlMonjMKSH | 2017-01-16 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_9xoLCRXSAG21w8 | 2017-01-25 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_A1jTWXLYTvRcch | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_AC5y5AMqKOppD7 | 2017-02-28 | 2018-06-12 | usd | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_DsL9xmNRCGPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 | 0.00 | 0.00 |
| cus_E6DEL9h68HvPCK | 2018-12-05 | 2020-12-22 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 |
| cus_EbiNs8VPkHGBMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_EmK26vpnBYXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NbWOMbIWUUSjs | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeU6cicayCFH9R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeUnJ5AaBoDZ7f | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeX9OpfdGvwn3q | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeXNRCE8BfGyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeXVDGoVsC99Rt | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeYRfr0gg1qPe18 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NeZZy1CwuikyvE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_NfGgowq15OdJBH | 2023-12-01 | 2024-12-19 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cus_Ol6jJdqqqd2xXk | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Names and email addresses redacted

79

MRR_per_Subscriber_-_monthly_2019-01-01_to_2019-12-31

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2019-01 | 2019-02 | 2019-03 | 2019-04 | 2019-05 | 2019-06 | 2019-07 | 2019-08 | 2019-09 | 2019-10 | 2019-11 | 2019-12 | 2020-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cus_6SSUMmSTGJ5PS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_91CS43gsW36o30 | 2016-08-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9hZEsnrqTyTr96D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9v4Lw6zwmye1rc | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9wYrIIMcnjMK5H | 2017-01-16 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9zoLCRXSAG21w6 | 2017-01-25 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_A1jTW0lLYTvRrcch | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ACbySAMeJKQspD7 | 2017-02-28 | 2018-06-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_D3LBixmNACCPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_E5DEL9h6BHVPOK | 2018-12-05 | 2020-12-22 | usd | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 |
| | | cus_EhrNs6VPkHGBMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EmK36vpnBYXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 29.99 | 29.99 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NbjWOMbtiWUUSjs | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeUjciczyCFH9R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. | 0.00 |
| | | cus_NeUnJEA8BoDZ7f | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeX9OpfdGvwn3q | 2023-04-04 | N/A | usd | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXHRDEs8fGyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXVOGoVqC99Ri | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 |
| | | cus_NeYRR9gg1qPe18 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. | 0.00 |
| | | cus_NeZ7y1CwuIcyuE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NfGgowq15QdtJBH | 2023-12-01 | 2024-12-15 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_Oi0jldqqql2xXk | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. | 0.00 | 0.00 | 0.00 |

**Names and email addresses redacted**

80

MRR_per_Subscriber_-_monthly_2020-01-01_to_2020-12-31

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2020-01 | 2020-02 | 2020-03 | 2020-04 | 2020-05 | 2020-06 | 2020-07 | 2020-08 | 2020-09 | 2020-10 | 2020-11 | 2020-12 | 2021-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cus_8SSUMmGTG7APS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_91GS43paW36o30 | 2016-08-16 | 2016-12-26 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9kZEnvqTyTs90D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9v4Lw6zwmye1rs | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9wYriMonjMK5H | 2017-01-18 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9txxLCRXEAG21w9 | 2017-01-25 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_A1jTWXlYTvHcch | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_AChySAMqKOppD7 | 2017-02-28 | 2018-06-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_CsLBxmNRCOPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_E6DE1ShSBHvPDK | 2018-12-05 | 2020-12-22 | usd | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 0.00 | 0.00 |
| | | cus_EixNs8VPkHGBMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EmK26vpn8YXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NbWOMbtMWUUSja | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NsU0dcayCFH9R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeUnJEAsBoDZ7f | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NsX9Opt3Gvwn3q | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXNRDE8BrOyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXVDGoVqC88Rt | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeYRR0gg1qPe18 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeZ7y1CvruHryuE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NfGpswq15OdJ8H | 2023-12-01 | 2024-12-19 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_Of0jjdqqqD2xXk | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Names and email addresses redacted**

MRR_per_Subscriber_-_monthly_2021-01-01_to_2021-12-31

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2021-01 | 2021-02 | 2021-03 | 2021-04 | 2021-05 | 2021-06 | 2021-07 | 2021-08 | 2021-09 | 2021-10 | 2021-11 | 2021-12 | 2022-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cus_8SSUMm5YG7kPS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9hCSA3gaW36o30 | 2016-08-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9kZEzvq1yTr96D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9v4Lw5zwmya1rs | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9wYrilMonjMK5H | 2017-01-16 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9zxLC8XSAG21vz9 | 2017-01-25 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_A1jYWXLYTvRezh | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ACby5AMqKOppD7 | 2017-02-28 | 2018-06-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_DsLBxmNRCOPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_E5DELSh6BHVPCK | 2018-12-05 | 2020-12-22 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ElxNs8VPkHGBMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EmK26vpnBYXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NbWOMtbtWUUSJs | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeU0ciccyCFH9R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeUnJEAsBoDZ7l | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeX9OpfdGvwn3q | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Names and email addresses redacted** | | cus_NeXNRDE8RlGyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXVDi0oVqC86Rt | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeYfR0gg1qPe18 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeZ7y1CwxkyuE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NtGgowq15QdJBH | 2023-12-01 | 2024-12-19 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_Ol3jIdqqql2xXk | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

MRR_per_Subscriber_-_monthly_2022-01-01_to_2022-12-31

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2022-01 | 2022-02 | 2022-03 | 2022-04 | 2022-05 | 2022-06 | 2022-07 | 2022-08 | 2022-09 | 2022-10 | 2022-11 | 2022-12 | 2023-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cus_8SSUMm5TG7GPS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_91CSi43gsW36o30 | 2016-08-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9kZErvqTyТi96D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9v4Lw6zwmys1rs | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9wYxlMonjMK5H | 2017-01-16 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9cxLCRXSAG21wG | 2017-01-25 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_AkjTWXLYTvRcch | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ACbySAMcjKDppD7 | 2017-02-28 | 2018-08-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_DsLBxnNRCOPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_E6DEL9h68HVPOK | 2018-12-05 | 2020-12-22 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ElxNs8vPxHGBMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EmHg6vprBYXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NbWOMbtiWUUSq | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeU0cicayCFH9R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeUnJEAaBoDZ7f | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeX9OpfdGvwn3q | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXhRDE8BlGyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeXVDGsVqC69Rt | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeYlRR0gg1qPs18 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NeZ1y1DinukyuE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NfGgovwq15GdJBH | 2023-12-01 | 2024-12-19 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_Of6jIdqqqj2xXk | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Names and email addresses redacted**

MRR_per_Subscriber_-_monthly_2023-01-01_to_2023-12-31

**Names and email addresses redacted**

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2023-01 | 2023-02 | 2023-03 | 2023-04 | 2023-05 | 2023-06 | 2023-07 | 2023-08 | 2023-09 | 2023-10 | 2023-11 | 2023-12 | 2024-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | cus_9BSUMmS7G7RPB | 2016-03-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_91CiS43gaW96b096 | 2016-06-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_PkZEmxljYIt90D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_9v4Lw6zwmya1ra | 2017-06-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_9wYtlMessjMKSH | 2017-01-16 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_9txLCRXSAG21w9 | 2017-01-25 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_A1jTWXGYTvRtcch | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_ACby5AMqKDppD7 | 2017-02-28 | 2018-06-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_DaLBxmNRCQPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_EBDEL9h69HVPOK | 2018-12-05 | 2020-12-22 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_ElxNs8VPhHGEMQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_EmX29vpn9YtCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_NbWCMbsWUtU5s | 2023-03-27 | N/A | usd | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_NdU9closyCFH3R | 2023-04-04 | 2024-12-12 | usd | 0.00 | 0.00 | 0.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 |
|  |  | cus_NdUnJEAsBo0Z7I | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 |
|  |  | cus_NsXBOpfd0vwm9q | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
|  |  | cus_NsXNfdDE65fXyq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | cus_NsXVGGoVqrCD9Rt | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
|  |  | cus_NsYRR0gg1qPe16 | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 |
|  |  | cus_NsZ7y1DwtJkqvE | 2023-04-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 |
|  |  | cus_Nf3gowq15QdJBH | 2023-12-01 | 2024-12-19 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 95.00 |
|  |  | cus_Of0jkdqqq2x0k | 2023-10-04 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 | 999.00 |

MRR_per_Subscriber_-_monthly_2024-01-01_to_2024-12-31

| Customer | Customer Email | Customer ID | Customer Start Date | Customer End Date | Currency | 2024-01 | 2024-02 | 2024-03 | 2024-04 | 2024-05 | 2024-06 | 2024-07 | 2024-08 | 2024-09 | 2024-10 | 2024-11 | 2024-12 | 2025-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cus_8SSUMmSTG76PS | 2016-05-15 | 2016-06-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_91CS43gsW36o50 | 2016-08-16 | 2016-12-20 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9kZEnvqTyTr90D | 2016-12-15 | 2017-01-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9v4Lw6zwmye1nc | 2017-03-13 | 2017-04-03 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9wYr6Mon)MKSH | 2017-01-16 | 2017-03-27 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_9zxLCRXSAG21w6 | 2017-01-26 | 2017-03-29 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_A1jTWXLYTvRcch | 2017-01-30 | 2017-02-28 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_ACby6hMqK0ppD7 | 2017-02-28 | 2018-06-12 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_DsLBxmNRCOPq4q | 2018-10-29 | 2018-12-07 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_E5DEL9h68HVPCK | 2018-12-05 | 2020-12-22 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EixNs8VPtHG3MQ | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_EmKZ6vpnBYXCHq | 2019-03-27 | 2019-05-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NbWOMbfWUUSj• | 2023-03-27 | N/A | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.21 |
| | | cus_NeU0cicayCFH6R | 2023-04-04 | 2024-12-12 | usd | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 299.00 | 0.00 | 0.00 |
| | | cus_NeUnJ6AzBoDZ7f | 2023-04-04 | N/A | usd | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 | 499.00 |
| | | cus_NzXGOpfdGvwn3q | 2023-04-04 | N/A | usd | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| | | cus_NeXNRD0l8Bti3yq3 | 2023-04-04 | 2023-10-02 | usd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | cus_NaXVDGoVqG96Rt | 2023-04-04 | N/A | usd | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| | | cus_NeYRR0gg1qPe18 | 2023-04-04 | N/A | usd | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 | 1666.66 |
| | | cus_NeZTy1Cwnkgu£ | 2023-04-04 | N/A | usd | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 |
| | | cus_NfGgcwq15GdJBH | 2023-12-01 | 2024-12-19 | usd | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 0.00 | 0.00 |
| | | cus_Ol6jJdqqd2xXk. | 2023-10-04 | N/A | usd | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 999.00 | 908.00 |

Names and email addresses redacted

85