Max K. Archer, WSBA #54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorneys for Plaintiff*

Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>POOL WORLD, INC., a Washington for profit corporation,<br><br>Defendant. | NO. 2:23-cv-00160-TOR<br><br>FIRST AMENDED COMPLAINT<br><br>JURY DEMAND |

COMES NOW, Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing

& Communications Co., Inc. ("Plaintiff"), by and through its attorneys of record,

COMPLAINT • Page 1

Max K. Archer of Riverside Law Group, PLLC and Lauren Hausman of CopyCat Legal PLLC, and alleges, avers, and claims as follows:

## I.    THE PARTIES

1.    Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Broward County, Florida.

2.    Defendant Pool World, Inc. ("Defendant") is a corporation organized and existing under the laws of the State of Washington with its principal place of business located at 13524 E Sprague Ave., Spokane, WA 99216. Defendant's agent for service of process is Grady Early, 13524 E Sprague Ave., Spokane, WA 99216.

## II.    JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.    This Court has personal jurisdiction over Defendant because it has maintained sufficient minimum contacts with Washington such that the exercise of personal jurisdiction over it would not offend traditional notions of fair play and substantial justice.

5.    Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district. The Ninth Circuit has interpreted Section 1400(a) to mean that venue is proper in any judicial

district in which the defendant would be amenable to personal jurisdiction. *Brayton Purcell LLP v. Recordon & Recordon*, 606 F. 3d 1124, 1128 (9th Cir. 2010)).

Venue is thus proper in this District because personal jurisdiction exists over Defendant in this District.

### III.    FACTS

**A.    PLAINTIFF'S BUSINESS AND HISTORY.**

6.     Through its commercial website (www.preparedfoodphotos.com), Plaintiff offers a monthly subscription service which provides access to/license of approximately 18,000 professional images for the food industry.

7.     Plaintiff owns each of the photographs available for license on its website and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.

**B.    THE WORK AT ISSUE IN THIS LAWSUIT.**

8.     In 2001, Plaintiff created a photograph titled "ProduceVegetableGrilled002" (the "Work"). A copy of the Work is exhibited below:

COMPLAINT • Page 3



9.     The Work was registered by Plaintiff with the Register of Copyrights

on September 29, 2016 and was assigned Registration No. VA 2-019-412. A true

and correct copy of the Certification of Registration pertaining to the Work is

attached hereto as **Exhibit "A."**

10.     Plaintiff is the owner of the Work and has remained the owner at all

times material hereto.

**C.     DEFENDANT'S UNLAWFUL ACTIVITIES.**

11.     Defendant is the largest pool and spa business in the Inland

Northwest. It has been in operation since 1976 and has expanded to four (4) store

locations with more than sixty (60) employees.

12.     Defendant advertises/markets its business primarily through its

website (https://poolworld.biz/), social media (e.g.,

https://www.facebook.com/PoolWorldInc/), and other forms of advertising.

COMPLAINT • Page 4

13.    On a date prior to Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on its website (at https://poolworld-grillworld.com/):





14.    A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

15.    Defendant is not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with Defendant's website, social media, or for any other purpose.

16.    Defendant utilized the Work for commercial use – namely, in connection with the marketing of Defendant's business.

17.    Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

18.    Through its ongoing diligent efforts to identify unauthorized use of its

COMPLAINT • Page 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

photographs, Plaintiff discovered Defendant's unauthorized use/display of the

Work in June 2022. Following Plaintiff's discovery, Plaintiff (through its agents)

notified Defendants in writing of such unauthorized use. To date, Plaintiff has been

unable to negotiate a reasonable license for the past infringement of its Work.

19.    All conditions precedent to this action have been performed or have

been waived.

## IV.    CAUSE OF ACTION

### COUNT 1 – COPYRIGHT INFRINGEMENT

20.    Plaintiff re-alleges and incorporates paragraphs 1 through 19 as set

forth above.

21.    The Work is an original work of authorship, embodying copyrightable

subject matter, that is subject to the full protection of the United States copyright

laws (17 U.S.C. § 101 *et seq.*).

22.    Plaintiff owns a valid copyright in the Work, having registered the

Work with the Register of Copyrights and owning sufficient rights, title, and

interest to such copyright to afford Plaintiff standing to bring this lawsuit and

assert the claim(s) herein.

23.    As a result of Plaintiff's reproduction, distribution, and public display

of the Work, Defendant had access to the Work prior to its own reproduction,

distribution, and public display of the Work on Defendant's website.

24.    Defendant reproduced, distributed, and publicly displayed the Work

without authorization from Plaintiff.

25.    By its actions, Defendant directly infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes and for the commercial purposes.

26.    Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

27.    Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

28.    Defendant's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

### V.    **JURY DEMAND**

Plaintiff demands a trial by jury on all issued so triable.

### VI.    **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1.      A declaration that Defendant has infringed on Plaintiff's copyrights in the Work;

2.      An award of actual damages and disgorgement of profits as the Court deems proper;

3.      Awarding Plaintiff its costs pursuant to 17 U.S.C. § 505;

4.      Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

5.      Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

6.      For such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this March 24, 2025.

RIVERSIDE LAW GROUP, PLLC

Max K. Archer, WSBA #54081
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Telephone: (509) 504-8714
Email: mka@riverside-law.com
*Attorney for Plaintiff*

Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

By: /s/ Lauren M. Hausman
    Lauren M. Hausman Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.

COMPLAINT • Page 9

**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-019-412**

**Effective Date of Registration:**
September 29, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-092816. |
| **Previous or Alternate Title:** | Group registration of photos published JAN 14, 2001 through DEC 30, 2001; 250 photos total. |
| **Content Title:** | PizzaCheese002,    12-16-2001; |
| | PizzaCheese008,    02-23-2001; |
| | PizzaPepperoni005, 05-20-2001; |
| | PizzaVeggie001,    05-20-2001; |
| | |
| | CalzoneSteak001, 09-17-2001; |
| | ChickenWingBBQ013, 07-08-2001; |
| | ChickenWingBuffalo006, 08-09-2001; |
| | ChickenWingBuffalo008, 02-08-2001; |
| | |
| | Cauliflower007,       04-13-2001; |
| | ProduceVegetableAsst012, 11-28-2001; |
| | ChickenWingBuffalo015,  04-21-2001; |
| | ChickenWingBuffalo027,  07-21-2001; |
| | |
| | ChickenWingBuffalo028, 05-27-2001; |
| | ChickenWingBuffalo036, 05-27-2001; |
| | ChickenWingHot005, 05-28-2001; |
| | ChickenWingHot006, 06-19-2001; |
| | |
| | ChickenWingHot007, 03-23-2001; |
| | ChickenBreastDinner001, 12-23-2001; |
| | ChickenBroccoliDinner002, 04-26-2001; |
| | ChickenFriedDinner002, 04-10-2001; |
| | |
| | ChickenFriedDinner003, 11-28-2001; |
| | ChickenFriedDinner004, 12-22-2001; |
| | ChickenBreastBnlsSknls012, 06-26-2001; |
| | Stuffing003, 09-15-2001; |
| | |
| | TurkeyBurgerGrlMrk001, 06-11-2001; |
| | TurkeyBurgerGrlMrk002, 05-09-2001; |
| | VegetableKabob001, 04-15-2001; |
| | MahiMahi003, 05-28-2001; |
| | |
| | TurkeyBurgerGrlMrk003, 09-18-2001; |
| | TurkeyWhole021, 12-29-2001; |
| | TurkeyWhole024, 10-30-2001; |

TurkeyWhole026, 11-27-2001;

TurkeyDinner001, 12-21-2001;
TurkeyDinner002, 09-15-2001;
TurkeyDinner004, 09-21-2001;
TurkeyDinner011, 12-21-2001;

TurkeyDinner012, 10-15-2001;
TurkeyDinner020, 08-23-2001;
TurkeyDinner028, 08-22-2001;
BurritoGrilledStuffed001, 08-22-2001;

Chestnut004, 12-21-2001;
ProduceFarmStand001, 08-09-2001;
ProduceFarmStand002, 08-22-2001;
ProduceVegetableGrilled002, 08-09-2001;
EasterBasket002, 04-24-2001;
PotatoBaked013, 08-09-2001;
BBQJuly4001, 04-30-2001;
TableJuly4001, 04-29-2001;

RiceBroccoliCheese001, 07-10-2001;
RiceBrownMushroom001, 01-22-2001;
RicePilaf003, 08-14-2001;
FajitaChicken001, 04-10-2001;

FajitaChicken003, 02-15-2001;
Guacamole002, 07-17-2001;
Nacho001, 06-29-2001;
Nacho007, 01-26-2001;

NachoMultiColor001, 08-27-2001;
Quesadilla001, 08-20-2001;
SalsaBlackBean001, 05-22-2001;
SalsaChipFootball001, 01-21-2001;

SalsaCorn001, 07-29-2001;
SevenLayerSalad001, 02-12-2001;
TacoTurkey001, 04-09-2001;
Taquito001, 04-22-2001;

BreadPumpernickel008, 03-10-2001;
BreadPumpernickel009, 12-10-2001;
BreadOil001, 07-21-2001;
BreadOil002, 07-16-2001;

BreadOlive001, 02-27-2001;
BreadOlive002, 09-30-2001;
BreadPane001, 04-08-2001;
BreadPane002, 04-08-2001;

BreadPane003, 12-08-2001;
BreadParisian001, 08-13-2001;
BreadParisian002, 06-28-2001;
BreadParisian003, 02-15-2001;

BreadParisian004, 03-26-2001;
BreadPistachioLoaf001, 01-21-2001;



BreadPita002, 02-27-2001;
BreadPita003, 08-13-2001;


BreadPita005, 04-21-2001;
BreadPita006, 03-14-2001;
BreadPita007, 11-23-2001;
BreadPita008, 12-30-2001;

BreadPortuguese001, 08-18-2001;
BreadPortuguese002, 12-15-2001;
BreadPortuguese003, 07-10-2001;
BreadPumpernickel001, 04-15-2001;
BreadPumpernickel002, 08-13-2001;
BreadPumpernickel003, 12-13-2001;
BreadPumpernickel004, 01-16-2001;
BreadPumpernickel006, 02-18-2001;

BreadPumpernickel007,     04-20-2001;
BreadItalianMountainTop002, 08-13-2001;
BreadItalianMountainTop003, 08-18-2001;
BreadItalianMountainTop004, 09-21-2001;

BreadItalianSemolina001, 08-13-2001;
BreadItalianSesame001,  09-28-2001;
BreadItalianTwisted001,  08-13-2001;
BreadItalianWheat001,    05-12-2001;

BreadItalianWheat002, 08-12-2001;
BreadJalapeno001,    08-13-2001;
BreadLemonLoaf001,   01-21-2001;
BreadLightRye,       03-09-2001;

BreadMarble001,   08-13-2001;
BreadMarbleRye001, 03-26-2001;
BreadMarbleRye002, 08-13-2001;
BreadMarbleRye003, 08-13-2001;

BreadMarbleRye004,  09-29-2001;
BreadMarbleRye005,  03-08-2001;
BreadMonkey002,    02-12-2001;
BreadMultigrain001, 06-29-2001;

BreadMultigrain002, 08-09-2001;
BreadMultigrain003, 02-23-2001;
BreadNaan001,      06-17-2001;
BreadNut001,       08-13-2001;

BreadNutAsst001, 10-08-2001;
BreadNutAsst002, 08-12-2001;
BreadOatmeal001, 03-10-2001;
BreadOatmeal002, 08-13-2001;

BreadOatmeal003, 04-10-2001;
BreadFrenchBaguette003, 06-29-2001;
BreadFrenchParisian002, 08-13-2001;
BreadFrenchWheat001, 08-12-2001;

BreadFrenchWheat002, 08-12-2001;
BreadGarlic001,      09-21-2001;
BreadGarlic002,      08-13-2001;
BreadGarlic003,      08-13-2001;

BreadGarlic004,      08-13-2001;
BreadGarlic005,      08-13-2001;
BreadGarlic007,      08-27-2001;
BreadGarlic008,      07-14-2001;

BreadGarlic010,      04-16-2001;
BreadGarlic011,      04-16-2001;
BreadGarlic012,      03-19-2001;
BreadGarlic013,      03-14-2001;

BreadGarlicBasket001, 11-13-2001;
BreadHoneyWheat001,  06-29-2001;
BreadHoneyWheatBaguette001, 07-11-2001;
BreadIrishSoda001,       07-17-2001;

BreadIrishSoda003,       08-13-2001;
BreadIrishSoda004,       02-27-2001;
BreadIrishSoda005,       03-09-2001;
BreadIrishSoda007,       12-20-2001;

BreadIrishSoda008,     12-20-2001;
BreadIrishSodaBasket001, 03-09-2001;
BreadIrishSodaBasket002, 08-13-2001;
BreadItalian001,       02-12-2001;

BreadItalian002,  08-13-2001;
BreadItalian003,  04-16-2001;
BreadItalian004,  08-13-2001;
BreadItalianMountainTop001, 08-13-2001;

BreadItalian005,  03-12-2001;
BreadItalian006,  04-08-2001;
BreadItalian007,  08-13-2001;
BreadItalian008,  08-13-2001;

BreadItalian009,  05-12-2001;
BreadItalian010,  08-13-2001;
BreadItalian011,  04-13-2001;
BreadItalian012,  11-08-2001;

BreadItalian013,  11-08-2001;
BreadItalian014,  08-23-2001;
BreadItalian015,  08-23-2001;
BreadItalian016,  04-13-2001;

BreadItalian017,  04-13-2001;
BreadItalian018,  04-10-2001;
BreadItalian019,  04-13-2001;
BreadItalian020,  01-14-2001;

BreadItalian021,      08-27-2001;
Vegetables,          11-11-2001;
BreadCornLoavesMini001, 11-11-2001;



BreadCornLoavesMini002, 11-11-2001;

BreadCornLoavesMini003, 11-11-2001;
BreadCornLoavesMini004, 11-11-2001;
BreadCornLoavesMini005, 11-11-2001;
BreadCornucopia001, 08-13-2001;

BreadCornucopia02, 08-13-2001;
BreadCranberry001, 08-13-2001;
BreadCranberryOrange001, 08-13-2001;
BreadCranberryOrange002, 11-26-2001;

BreadCranberry003, 11-13-2001;
BreadCranberryOrangeStreuselTopping001, 10-08-2001;
BreadCranberryOrangeStreuselTopping002, 10-08-2001;
BreadEnglishMuffin001, 03-19-2001;

BreadEnglishToasting001, 08-13-2001;
BreadEnglishToasting002, 06-18-2001;
BreadFocaccia001,        02-13-2001;
BreadFocaccia002,        02-13-2001;

BreadFocaccia003, 08-13-2001;
BreadFocaccia004, 02-13-2001;
BreadFocaccia005, 02-14-2001;
BreadFocaccia006, 02-13-2001;

BreadFocaccia007, 10-09-2001;
BreadFocaccia008, 10-09-2001;
BreadFocaccia009, 07-09-2001;
BreadFocaccia010, 06-13-2001;

BreadFrench001,    12-13-2001;
BreadFrench002,    04-25-2001;
BreadFrench003,    08-13-2001;
BreadFrench004,    01-30-2001;

BreadFrench005,    08-13-2001;
BreadFrench006,    08-13-2001;
BreadFrench007,    08-13-2001;
BreadFrench009,    08-13-2001;

BreadFrench010,    04-27-2001;
BreadFrench011,    12-15-2001;
BreadFrench012,    08-10-2001;
BreadFrench013,    05-17-2001;

BreadFrenchBaguette001, 08-17-2001;
BreadFrenchBaguette002, 04-08-2001;
BreadBaguette004,        08-26-2001;
BreadBaguette006,        10-13-2001;

BreadBaguette007, 09-18-2001;
BreadBaguette008, 02-12-2001;
BreadBaguette009, 12-10-2001;
BreadBanana001,    07-20-2001;

BreadBanana003,    08-09-2001;

BreadBananaNut001, 05-20-2001;
BreadBananaNut002, 08-13-2001;
BreadBananaNut003, 04-11-2001;

BreadBananaNut004, 10-09-2001;
BreadBasket001,    10-09-2001;
BreadBasket002,    07-17-2001;
BreadBasket003,    08-26-2001;

BreadBasket004,    12-12-2001;
BreadBasket005,    08-13-2001;
BreadBasket007,    08-13-2001;
BreadBasket008,    05-13-2001;

BreadBavarian001,    08-13-2001;
BreadBlueberry001,    08-13-2001;
BreadBlueberry002,    02-27-2001;
BreadBlueberryNut001, 08-13-2001;

BreadBlueberryNut002, 02-27-2001;
BreadBraided001,    12-14-2001;
BreadBraided002,    02-13-2001;
BreadCappuchino001,    08-13-2001;

BreadChabaso001,    08-13-2001;
BreadChallah001,    08-13-2001;
BreadChallah002,    08-13-2001;
BreadCiabatta002,    07-17-2001;

BreadCiabattaSpread001, 05-28-2001;
BreadCiabattaSpread002, 05-28-2001;
BreadCinnamon001,    07-21-2001;
BreadCinnamon003,    08-13-2001;

BreadCinnamon004,    07-22-2001;
BreadCinnamon005,    04-14-2001;
BreadCoffee001,    08-14-2001;
BreadCorn001,    06-12-2001;

BreadCorn002,    08-13-2001;
BreadCorn004,    04-15-2001.

## Completion/Publication

**Year of Completion:** 2001
**Date of 1st Publication:** January 14, 2001
**Nation of 1st Publication:** United States

## Author

• **Author:** Adlife Marketing & Communications Co., Inc.. Employer-for-Hire of Joel Albrizio
**Author Created:** photograph
**Work made for hire:** Yes
**Domiciled in:** United States



## Copyright Claimant

**Copyright Claimant:**   Adlife Marketing & Communications Co., Inc.
38 Church Street, PAWTUCKET, RI, 02860-3906

## Rights and Permissions

**Organization Name:**   SHORES & OLIVER PC
**Name:**   Milton M. Oliver, Esq.
**Email:**   milton.oliver@shoresoliver.com
**Telephone:**   (774)521-3058
**Alt. Telephone:**   (781)910-9664
**Address:**   PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification

**Name:**   Miilton M. Oliver, Esq.
**Date:**   October 07, 2016
**Applicant's Tracking Number:**   873-057-311

**Correspondence:**   Yes



**Exhibit "B"**

Page 1
Pool World Is Grill World In Spokane And Coeur d'Alene.
https://poolworld-grillworld.com/



# Pool World IS Grill World!!

 

Anytime is grill time . . . so if this is the year you're going to step up and get yourself a real grill, Pool World . . . Grill World, is the place to go!!  We have 3 convenient locations in Spokane and 1 in Coeur d'Alene.



Pool World IS Grill World and we offer the best grills in the business - Traeger Wood Pellet Smokers and Weber Gas Grills.

We also have a full line of grilling accessories like barbequing utensils, aprons, grill covers, rubs, sauces, shakes and cookbooks!

**Traeger Grills**    **Traeger's Environmental Responsibility**    **Weber Grills**    **Great Grilling Recipes**

Spokane Valley Location
13524 E Sprague AVE
(509) 928-6585
Spokane, WA  99216

Central Spokane Location
5701 E Sprague
(509) 534-4833
Spokane, WA  99212

North Spokane Location
9111 N Country Homes Blvd.
(509) 466-8220
Spokane, WA  99218

Coeur d'Alene Idaho Location
235 W Sunset
(208) 765-5220
Coeur d'Alene, ID  83815

Toll Free: 1-800-876-4340
Online:
www.poolworld.biz

Captured by FireShot Pro: 14 जून 2022, 00:43:19
https://getfireshot.com