**Exhibit "B"**

Page 1
Pool World Is Grill World In Spokane And Coeur d'Alene.
https://poolworld-grillworld.com/



# Pool World IS Grill World!!

 

Anytime is grill time . . . so if this is the year you're going to step up and get yourself a real grill, Pool World . . . Grill World, is the place to go!!  We have 3 convenient locations in Spokane and 1 in Coeur d'Alene.



Pool World IS Grill World and we offer the best grills in the business - Traeger Wood Pellet Smokers and Weber Gas Grills.

We also have a full line of grilling accessories like barbequing utensils, aprons, grill covers, rubs, sauces, shakes and cookbooks!

**Traeger Grills**    **Traeger's Environmental Responsibility**    **Weber Grills**    **Great Grilling Recipes**

Spokane Valley Location
13524 E Sprague AVE
(509) 928-6585
Spokane, WA  99216

Central Spokane Location
5701 E Sprague
(509) 534-4833
Spokane, WA  99212

North Spokane Location
9111 N Country Homes Blvd.
(509) 466-8220
Spokane, WA  99218

Coeur d'Alene Idaho Location
235 W Sunset
(208) 765-5220
Coeur d'Alene, ID  83815

Toll Free: 1-800-876-4340
Online:
www.poolworld.biz

Captured by FireShot Pro: 14 जून 2022, 00:43:19
https://getfireshot.com