1
2
3
4
5

Max K. Archer, WSBA # 54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorney for Plaintiff*

6
7
8
9
10
11

Daniel DeSouza, *pro hac vice*
Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

12
13
14

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

15
16
17
18
19
20
21
22
23
24
25

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,

v.

POOL WORLD, INC.,

      Defendant.

Civil Action No. 2:23-cv-00160-TOR

**JOINT MOTION TO
AMEND/EXTEND SCHEDULING
ORDER DEADLINES**

      Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing &

1

Communications Co., Inc. ("Plaintiff") and defendant Pool World, Inc. ("Defendant") (collectively, the "Parties") hereby file this joint motion to amend the current Amended Jury Trial Scheduling Order (the "Scheduling Order") [E.C.F. No. 64], and state as follows:

1.    One of Plaintiff's primary witnesses is currently experiencing severe family medical issues. Said primary witness is necessary for discovery responses and depositions. As such, the witness is crucial to the advancement of this matter. Due to unforeseen personal circumstances, the witness is largely unavailable for the next few months.

2.    Additionally, the Parties are now re-engaging in resolution discussion.

3.    Pursuant to the current Scheduling Order, the discovery cutoff is June 10, 2025.

4.    With the current cutoff, given the availability of one of Plaintiff's primary witnesses, the Parties are concerned about not sufficiently concluding the necessary discovery to either be prepared for trial or arrive at an amicable settlement.

5.    Given the Parties' mutual desire to amend the scheduling order, good cause exists for such amendment.

6.    Accordingly, the Parties request that the Court amend the Scheduling

Order setting the following dates:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cut-Off | June 10, 2025 | August 29, 2025 |
| Dispositive and *Daubert* Motions | June 17, 2025 | September 12, 2025 |
| Witness Exhibit Lists | August 26, 2025 | November 7, 2025 |
| Objections to Witnesses/Exhibits | September 2, 2025 | November 21, 2025 |
| Deposition Designations (Generally) | August 26, 2025 | November 7, 2025 |
| Deposition Designations (Cross-Designations) | September 2, 2025 | November 21, 2025 |
| Objections | September 9, 2025 | December 3, 2025 |
| Motions in Limine | August 5, 2025 | October 17, 2025 |
| Joint Proposed Pretrial Order | September 22, 2025 | December 19, 2025 |
| Trial Briefs, *voir dire*, joint proposed jury instructions | September 22, 2025 | December 19, 2025 |
| Pretrial Conference | October 8, 2025 | January 7, 2026 |
| Trial | October 14, 2025 | January 19, 2026 |

**WHEREFORE**, the Parties respectfully request that the Court enter an Order amending the Scheduling Order as described above.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RIVERSIDE LAW GROUP, PLLC
Max K. Archer, WSBA #54081
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Telephone: (509) 504-8714
Email: mka@riverside-law.com
Attorney for Plaintiff


Daniel DeSouza, *pro hac vice*
Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
Attorneys for Plaintiff

By: /s/ Lauren Hausman
    Lauren Hausman Esq.

/s/    Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org


/s/ Stephen Kirby
Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe Street
Spokane, Washington 99201
(509) 795 4863
kirby@kirbylawoffice.com


/s/ Phillip R. Malone
Phillip R. Malone (pro hac vice)
Juelsgaard Intellectual Property and
Innovation Clinic
Mills Legal Clinic at Stanford Law
School
Crown Quadrangle, 559 Nathan
Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
pmalone@stanford.edu


Attorneys for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 21, 2025, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, which will electronically

serve all counsel of record.

<u>/s/ Lauren Hausman</u>

Lauren Hausman, Esq.