Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe Street
Spokane, Washington 99201
(509) 795-4863
kirby@kirbylawoffice.com

Phillip R. Malone (pro hac vice)
Juelsgaard Intellectual Property
  and Innovation Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
(650) 724-1900
pmalone@stanford.edu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING
& COMMUNICATIONS CO., INC.,
a Florida for profit corporation,

              Plaintiff,

          v.

POOL WORLD, INC., a Washington for
profit corporation,

              Defendant.

No. 2:23-cv-00160-TOR

**PROPOSED ORDER GRANTING MOTION TO EXTEND PAGE LIMITS**

Hearing: July 11, 2025
6:30 PM

The motion to increase the page limits for Pool World's planned motion for summary judgment based on the statute of limitations is granted. The motion and opposition may exceed twenty pages but shall not exceed thirty pages.

Dated: _____

_____
United States District Judge