# Levy Affirmation
# Exhibit LL

| stateprovince | country | billingstateprovince | billingcountry | FileID | title | DownloadDate | Website | currencycode | creditsused | royaltyamount | valueofcredits | download_count | settledvalue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bristol | United Kingdom | Bristol | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 05/21/09 | iStockphoto | GBP | 6 | 1.78 | $8.92 | 2 | $10.47 |
| FL | United States | FL | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/08/09 | iStockphoto | USD | 1 | 0.23 | $1.17 | 1 | $1.17 |
| NC | United States | ME | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/12/09 | iStockphoto | USD | 6 | 1.5 | $7.40 | 1 | $7.40 |
| MN | United States | | | 9411946 | Close-up of grilled vegetable kabobs | 06/22/09 | iStockphoto | USD | 3 | 0.57 | $2.85 | 1 | $2.85 |
| Ayrshire | United Kingdom | Ayrshire | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 07/13/09 | iStockphoto | GBP | 1 | 0.3 | $1.49 | 1 | $1.68 |
| HI | United States | Hawaii | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/14/09 | iStockphoto | USD | 3 | 0.86 | $4.13 | 1 | $4.13 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/17/09 | iStockphoto | USD | 6 | 1.26 | $6.30 | 1 | $6.30 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/21/09 | iStockphoto | USD | 6 | 1.26 | $6.30 | 1 | $6.30 |
| AB | Canada | B.C. | Canada | 9411946 | Close-up of grilled vegetable kabobs | 08/01/09 | iStockphoto | CAD | 1 | 0.27 | $1.37 | 1 | $1.65 |
| Suffolk | United Kingdom | Suffolk | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 08/20/09 | iStockphoto | GBP | 12 | 2.76 | $13.60 | 1 | $15.22 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 09/15/09 | iStockphoto | USD | 6 | 1.64 | $8.25 | 1 | $8.25 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 10/22/09 | iStockphoto | USD | 12 | 3 | $14.80 | 1 | $14.80 |
| IA | United States | IA | United States | 9411946 | Close-up of grilled vegetable kabobs | 11/02/09 | iStockphoto | USD | 6 | 1.38 | $6.80 | 1 | $6.80 |
| London | United Kingdom | London | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 11/06/09 | iStockphoto | GBP | 6 | 0.84 | $4.13 | 1 | $4.67 |
| Oslo | Norway | Oslo | Norway | 9411946 | Close-up of grilled vegetable kabobs | 11/21/09 | iStockphoto | GBP | 1 | 0.25 | $1.23 | 1 | $1.41 |
| MI | United States | Michigan | United States | 9411946 | Close-up of grilled vegetable kabobs | 12/14/09 | iStockphoto | USD | 6 | 1.5 | $7.40 | 1 | $7.40 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 12/15/09 | iStockphoto | USD | 3 | 0.87 | $4.38 | 1 | $4.38 |
| IL | United States | Illinois | United States | 9411946 | Close-up of grilled vegetable kabobs | 12/17/09 | iStockphoto | USD | 12 | 2.76 | $13.60 | 1 | $13.60 |
| Wellington | New Zealand | Wellington | New Zealand | 9411946 | Close-up of grilled vegetable kabobs | 01/12/10 | iStockphoto | USD | 3 | 0.63 | $3.15 | 1 | $3.15 |
| Hants | United Kingdom | Hants | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 01/12/10 | iStockphoto | GBP | 6 | 1.68 | $8.49 | 1 | $9.62 |
| ON | Canada | Ontario | Canada | 9411946 | Close-up of grilled vegetable kabobs | 01/21/10 | iStockphoto | CAD | 6 | 1.68 | $8.40 | 1 | $9.34 |
| FL | United States | Tennessee | United States | 9411946 | Close-up of grilled vegetable kabobs | 01/21/10 | iStockphoto | USD | 1 | 0.3 | $1.52 | 1 | $1.52 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 01/25/10 | iStockphoto | USD | 6 | 1.74 | $8.77 | 1 | $8.77 |
| MN | United States | Minnesota | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/15/10 | iStockphoto | USD | 10 | 2.5 | $12.33 | 1 | $12.33 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/16/10 | iStockphoto | USD | 1 | 0.3 | $1.50 | 1 | $1.50 |
| CA | United States | | | 9411946 | Close-up of grilled vegetable kabobs | 02/23/10 | iStockphoto | USD | 3 | 0.57 | $2.85 | 1 | $2.85 |
| IN | United States | Indiana | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/07/10 | iStockphoto | USD | 10 | 2.5 | $12.33 | 1 | $12.33 |
| AB | Canada | Alberta | Canada | 9411946 | Close-up of grilled vegetable kabobs | 03/22/10 | iStockphoto | CAD | 10 | 2.6 | $13.00 | 1 | $14.47 |
| AZ | United States | AZ | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/23/10 | iStockphoto | USD | 10 | 1.9 | $9.50 | 1 | $9.50 |
| UT | United States | Ut | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/23/10 | iStockphoto | USD | 1 | 0.28 | $1.42 | 1 | $1.42 |
| Scotland | United Kingdom | Scotland | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 03/24/10 | iStockphoto | GBP | 6 | 1.74 | $8.74 | 1 | $9.78 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/05/10 | iStockphoto | USD | 10 | 2.8 | $14.17 | 1 | $14.17 |
| MO | United States | Missouri | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/06/10 | iStockphoto | USD | 10 | 2.6 | $13.00 | 1 | $13.00 |
| ON | Canada | ontario | Canada | 9411946 | Close-up of grilled vegetable kabobs | 04/13/10 | iStockphoto | CAD | 6 | 1.8 | $9.00 | 1 | $10.33 |
| Oslo | Norway | Oslo | Norway | 9411946 | Close-up of grilled vegetable kabobs | 04/16/10 | iStockphoto | GBP | 6 | 1.5 | $7.40 | 1 | $8.46 |
| GA | United States | GA | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/19/10 | iStockphoto | USD | 3 | 0.84 | $4.25 | 1 | $4.25 |
| NV | United States | NV | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/19/10 | iStockphoto | USD | 1 | 0.28 | $1.42 | 1 | $1.42 |
| CO | United States | CO | United States | 9411946 | Close-up of grilled vegetable kabobs | 04/30/10 | iStockphoto | USD | 1 | 0.3 | $1.52 | 1 | $1.52 |
| Leeds | United Kingdom | West Yorkshire | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 05/04/10 | iStockphoto | GBP | 6 | 1.8 | $9.06 | 2 | $10.23 |
| BC | Canada | BC | Canada | 9411946 | Close-up of grilled vegetable kabobs | 05/26/10 | iStockphoto | USD | 3 | 0.78 | $3.90 | 1 | $3.90 |
| PQ | Canada | NULL | NULL | 9411946 | Close-up of grilled vegetable kabobs | 05/27/10 | iStockphoto | USD | 1 | 0.19 | $0.95 | 1 | $0.95 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/12/10 | iStockphoto | USD | 1 | 0.23 | $1.15 | 1 | $1.15 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/24/10 | iStockphoto | USD | 1 | 0.19 | $0.95 | 1 | $0.95 |
| NY | United States | New York | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/01/10 | iStockphoto | USD | 1 | 0.28 | $1.42 | 1 | $1.42 |
| NV | United States | NV | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/09/10 | iStockphoto | USD | 10 | 2.9 | $14.60 | 1 | $14.60 |
| Jerusalem | Israel | Jerusalem | Israel | 9411946 | Close-up of grilled vegetable kabobs | 07/14/10 | iStockphoto | USD | 6 | 1.8 | $9.08 | 2 | $9.08 |
| Gauteng | South Africa | Gauteng | South Africa | 9411946 | Close-up of grilled vegetable kabobs | 07/14/10 | iStockphoto | USD | 1 | 0.28 | $1.38 | 1 | $1.38 |
| VA | United States | AP | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/20/10 | iStockphoto | USD | 1 | 0.3 | $1.52 | 1 | $1.52 |
| london | United Kingdom | london | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 07/23/10 | iStockphoto | GBP | 1 | 0.3 | $1.52 | 1 | $1.77 |
| Co. Galway | Ireland | Co. Galway | Ireland | 9411946 | Close-up of grilled vegetable kabobs | 07/26/10 | iStockphoto | EUR | 6 | 1.56 | $7.80 | 1 | $8.79 |
| CO | United States | CO | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/28/10 | iStockphoto | USD | 10 | 2 | $10.00 | 1 | $10.00 |
| IN | United States | IN | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/11/10 | iStockphoto | USD | 1 | 0.3 | $1.50 | 1 | $1.50 |
| Qld | Australia | Qld | Australia | 9411946 | Close-up of grilled vegetable kabobs | 10/12/10 | iStockphoto | AUD | 6 | 1.56 | $7.87 | 1 | $9.01 |
| London | United Kingdom | NULL | NULL | 9411946 | Close-up of grilled vegetable kabobs | 10/27/10 | iStockphoto | GBP | 1 | 0.26 | $1.30 | 1 | $1.50 |
| VIC | Australia | VIC | Australia | 9411946 | Close-up of grilled vegetable kabobs | 01/16/11 | iStockphoto | AUD | 3 | 0.81 | $4.50 | 1 | $5.02 |
| WA | United States | Washington | United States | 9411946 | Close-up of grilled vegetable kabobs | 01/18/11 | iStockphoto | USD | 6 | 1.62 | $9.00 | 1 | $9.00 |
| CA | United States | CA | United States | 9411946 | Close-up of grilled vegetable kabobs | 02/17/11 | iStockphoto | USD | 1 | 0.27 | $1.52 | 1 | $1.52 |
| CT | United States | CT | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/28/11 | iStockphoto | USD | 1 | 0.26 | $1.46 | 1 | $1.46 |
| cundinamarca | Colombia | antioquia | Colombia | 9411946 | Close-up of grilled vegetable kabobs | 04/13/11 | iStockphoto | USD | 1 | 0.27 | $1.50 | 1 | $1.50 |
| antioquia | Colombia | antioquia | Colombia | 9411946 | Close-up of grilled vegetable kabobs | 04/13/11 | iStockphoto | USD | 10 | 2.7 | $15.00 | 1 | $15.00 |
| gush dan | Israel | gush dan | Israel | 9411946 | Close-up of grilled vegetable kabobs | 05/02/11 | iStockphoto | USD | 7 | 1.82 | $10.21 | 1 | $10.21 |
| TX | United States | Texas | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/09/11 | iStockphoto | USD | 7 | 1.89 | $10.50 | 1 | $10.50 |
| PA | United States | PA | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/10/11 | iStockphoto | USD | 10 | 2.7 | $15.00 | 1 | $15.00 |
| IN | United States | Indiana | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/12/11 | iStockphoto | USD | 7 | 1.82 | $10.21 | 1 | $10.21 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/27/11 | iStockphoto | USD | 10 | 2 | $11.25 | 1 | $11.25 |
| NC | United States | NC | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/31/11 | iStockphoto | USD | 3 | 0.66 | $3.60 | 1 | $3.60 |
| AZ | United States | Arizona | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/08/11 | iStockphoto | USD | 1 | 0.22 | $1.25 | 1 | $1.25 |
| VT | United States | Vermont | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/27/11 | iStockphoto | USD | 10 | 2.4 | $13.33 | 1 | $13.33 |
| Antrim | United Kingdom | Antrim | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 06/29/11 | iStockphoto | GBP | 3 | 0.84 | $4.65 | 1 | $5.01 |
| NJ | United States | New Jersey | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/30/11 | iStockphoto | USD | 1 | 0.23 | $1.29 | 1 | $1.29 |
| MT | United States | MT | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/07/11 | iStockphoto | USD | 1 | 0.27 | $1.50 | 1 | $1.50 |
| IL | United States | IL | 223 | 9411946 | Close-up of grilled vegetable kabobs | 07/15/11 | iStockphoto | USD | 10 | 2.4 | $13.33 | 1 | $13.33 |
| TX | United States | Texas | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/20/11 | iStockphoto | USD | 10 | 2.6 | $14.33 | 1 | $14.33 |
| Limerick | Ireland | Limerick | Ireland | 9411946 | Close-up of grilled vegetable kabobs | 08/08/11 | iStockphoto | EUR | 1 | 0.27 | $1.52 | 1 | $1.70 |
| CA | United States | ca | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/18/11 | iStockphoto | USD | 1 | 0.27 | $1.52 | 1 | $1.52 |
| QLD | Australia | QLD | Australia | 9411946 | Close-up of grilled vegetable kabobs | 09/06/11 | iStockphoto | USD | 3 | 0.81 | $4.50 | 1 | $4.50 |
| Western Cape | South Africa | Western Cape | South Africa | 9411946 | Close-up of grilled vegetable kabobs | 09/19/11 | iStockphoto | USD | 1 | 0.27 | $1.50 | 1 | $1.50 |
| OH | United States | Ohio | United States | 9411946 | Close-up of grilled vegetable kabobs | 09/21/11 | iStockphoto | USD | 10 | 2 | $11.25 | 1 | $11.25 |
| CA | United States | CA | United States | 9411946 | Close-up of grilled vegetable kabobs | 03/05/12 | iStockphoto | USD | 10 | 2.4 | $13.20 | 1 | $13.20 |
| Kent | United Kingdom | Kent | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 03/22/12 | iStockphoto | GBP | 10 | 2.7 | $14.99 | 1 | $16.94 |
| NY | United States | New York | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/03/12 | iStockphoto | USD | 1 | 0.19 | $1.05 | 1 | $1.05 |
| IN | United States | Indiana | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/09/12 | iStockphoto | USD | 1 | 0.26 | $1.47 | 1 | $1.47 |
| Berlin | Germany | Berlin | Germany | 9411946 | Close-up of grilled vegetable kabobs | 05/15/12 | iStockphoto | EUR | 7 | 1.82 | $9.92 | 1 | $10.65 |
| MA | United States | NJ | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/08/12 | iStockphoto | USD | 1 | 0.24 | $1.35 | 1 | $1.35 |
| MN | United States | Minnesota | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/12/12 | iStockphoto | USD | 10 | 2.6 | $14.67 | 1 | $14.67 |
| AZ | United States | AZ | United States | 9411946 | Close-up of grilled vegetable kabobs | 06/14/12 | iStockphoto | USD | 1 | 0.27 | $1.50 | 1 | $1.50 |
| WA | United States | Washington | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/09/12 | iStockphoto | USD | 1 | 0.22 | $1.25 | 1 | $1.25 |
| UT | United States | Utah | United States | 9411946 | Close-up of grilled vegetable kabobs | 05/11/13 | iStockphoto | USD | 1 | 0.12 | $0.19 | 1 | $0.19 |
| NULL | United Kingdom | NULL | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 06/06/13 | iStockphoto | GBP | 6 | 1.16 | $6.34 | 1 | $7.01 |
| NY | United States | | | 9411946 | Close-up of grilled vegetable kabobs | 06/20/13 | iStockphoto | USD | 7 | 0.84 | $2.68 | 1 | $2.68 |
| moray | United Kingdom | moray | United Kingdom | 9411946 | Close-up of grilled vegetable kabobs | 07/02/13 | iStockphoto | GBP | 3 | 0.84 | $4.62 | 1 | $5.23 |
| OH | United States | OH | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/02/13 | iStockphoto | USD | 3 | 0.84 | $4.62 | 1 | $4.62 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 07/02/13 | iStockphoto | USD | 3 | 0.84 | $4.75 | 1 | $4.75 |
| ile de france | France | ile de france | France | 9411946 | Close-up of grilled vegetable kabobs | 07/25/13 | iStockphoto | EUR | 3 | 0.78 | $4.39 | 1 | $5.07 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/01/13 | iStockphoto | USD | 1 | 0.25 | $1.39 | 1 | $1.39 |
| WI | United States | WI | 221 | 9411946 | Close-up of grilled vegetable kabobs | 08/08/13 | iStockphoto | USD | 7 | 2.52 | $14.00 | 1 | $14.00 |
| AK | United States | AK | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/08/13 | iStockphoto | USD | 2 | 0.54 | $3.00 | 1 | $3.00 |
| IL | United States | Illinois | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/20/13 | iStockphoto | USD | 6 | 1.12 | $6.16 | 1 | $6.16 |
| MA | United States | MA | United States | 9411946 | Close-up of grilled vegetable kabobs | 08/28/13 | iStockphoto | USD | 3 | 0.84 | $4.62 | 1 | $4.62 |
| MN | United States | MN | United States | 9411946 | Close-up of grilled vegetable kabobs | 09/05/13 | iStockphoto | USD | 1 | 0.3 | $1.67 | 1 | $1.67 |
| CA | United States | California | United States | 9411946 | Close-up of grilled vegetable kabobs | 10/01/13 | iStockphoto | USD | 1 | 0.3 | $1.67 | 1 | $1.67 |
| NY | United States | NY | United States | 9411946 | Close-up of grilled vegetable kabobs | 10/29/13 | iStockphoto | USD | 1 | 0.28 | $1.58 | 1 | $1.58 |
| PA | United States | Pennsylvania | United States | 9411946 | Close-up of grilled vegetable kabobs | 11/06/13 | iStockphoto | USD | 6 | 0.92 | $5.21 | 1 | $5.21 |