# Levy Affirmation
# Exhibit MM

AdLife Royalty Amounts for 2010 - 2012

| Row Labels | Sum of Royalty Amount |
|---|---|
| 2010 | $15,476.88 |
| 2011 | $10,346.00 |
| 2012 | $7,715.99 |
| **Grand Total** | **$33,538.87** |

AdLife Royalty Amounts for 2013 - 2016

| Row Labels | Sum of Royalty Amount |
|---|---|
| 2013 | $9,716.09 |
| 2014 | $16,850.97 |
| 2015 | $13,596.97 |
| 2016 | $5,471.91 |
| Grand Total | $45,635.94 |

78