# Levy Affirmation
# Exhibit QQ

1  Paul Alan Levy (pro hac vice)
   Public Citizen Litigation Group
2  1600 20th Street NW
   Washington, D.C. 20009
3  (202) 588-7725
   plevy@citizen.org
4
   Stephen Kirby
5  Kirby Law Office, PLLC
   WSBA #43228
6  1312 N. Monroe Street
   Spokane, Washington 99201
7  (509) 795-4863
   kirby@kirbylawoffice.com
8
   Phillip R. Malone (pro hac vice)
9  Juelsgaard Intellectual Property
     and Innovation Clinic
10 Mills Legal Clinic at Stanford Law School
   Crown Quadrangle, 559 Nathan Abbott Way
11 Stanford, California 94305-8610
   (650) 724-1900
12 pmalone@stanford.edu

13                    UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF WASHINGTON
14
   PREPARED FOOD PHOTOS, INC.,      )
15 f/k/a ADLIFE MARKETING           )
   & COMMUNICATIONS CO., INC.,      )
16 a Florida for profit corporation, )    No. 2:23-cv-00160-TOR
                                     )
17              Plaintiff,           )    **AFFIRMATION OF MARTHA**
                                     )    **SOLT**
18        v.                         )
                                     )
19 POOL WORLD, INC., a Washington for )
   profit corporation,               )
20                                    )   Hearing: August –, 2025
              Defendant.             )    6:30 PM
21
22     1. My name is Martha Solt.  I am Public Citizen Litigation Group's Office Assistant.

       2. I received from Paul Levy a spreadsheet that he told me Prepared Food Photos had
23
   produced in discovery, entitled "One-Off Infringement Tracking Sheet."  One of the
24
   columns in that spreadsheet contained amounts of money that had been paid to the plaintiff
25
26 in settlement of its demands for damages.   The first date on the spreadsheet was April 24,
27 2019.
28

---

Solt Affirmation                                    Case No. 2::23-cv-00160-TOR

3.  Mr. Levy asked me to total the amounts of settlements reported for each month and year. I attach as Exhibit S1 the spreadsheet that I created.

4.  Mr. Levy also gave a PDF document that he said Prepared Food Photos had produced in discovery, and then four Excel spreadsheets containing the same data: financial information about payments that the firm of CopyCat Legal had received on behalf of Prepared Food Photos, Inc., showing as well the apportionment of each receipt into payments to Prepared Food Photos and revenue retained by CopyCat Legal. Mr. Levy asked me to derive the monthly and yearly total revenues received.

5.  Because both the PDF and the Excel spreadsheets I received from Mr. Levy were locked, I could not manipulate them to automate the calculation of totals. However, I was unlock the data in the Excel spreadsheets as follows. I converted the spreadsheets to Adobe and then converted them back to Excel which allowed me to manipulate most of the cells. I then copied all of the credits, except for one carryover credit in each of the four spreadsheets to a consolidated spreadsheet. From the consolidated spreadsheet, it is possible to total the funds coming into these accounts. Exhibit S2 is the resulting spreadsheet

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2025.



Solt Affirmation
Exhibit S1

| One-off Infringement | | | | | | | |
|---|---|---|---|---|---|---|---|
| $ Amount | | Page # | | Year | Month | | | Monthly total |
| 250 | | 1 | | 2019 | April | | | |
| 3,000 | | 1 | | 2019 | April | 2019 | April | 3,250 |
| 1,200 | | 2 | | 2019 | May | | | |
| 2,500 | | 3 | | 2019 | May | | | |
| 1,000 | | 3 | | 2019 | May | | | |
| 3,200 | | 4 | | 2019 | May | | | |
| 2,500 | | 4 | | 2019 | May | | | |
| 1,000 | | 4 | | 2019 | May | | | |
| 2,500 | | 4 | | 2019 | May | | | |
| 1,000 | | 5 | | 2019 | May | | | |
| 1,000 | | 5 | | 2019 | May | | | |
| 1,000 | | 6 | | 2019 | May | | | |
| 8,000 | | 6 | | 2019 | May | | | |
| 4,000 | | 7 | | 2019 | May | | | |
| 500 | | 8 | | 2019 | May | | | |
| 8,000 | | 8 | | 2019 | May | | | |
| 2,800 | | 8 | | 2019 | May | | | |
| 3,500 | | 8 | | 2019 | May | | | |
| 3,000 | | 8 | | 2019 | May | | | |
| 8,000 | | 8 | | 2019 | May | | | |
| 1,000 | | 9 | | 2019 | May | | | |
| 1,000 | | 10 | | 2019 | May | | | |
| 2,000 | | 11 | | 2019 | May | | | |
| 1,000 | | 11 | | 2019 | May | | | |
| 1,500 | | 11 | | 2019 | May | | | |
| 400 | | 11 | | 2019 | May | 2019 | May | 61,600 |
| 1,500 | | 14 | | 2019 | June | | | |
| 8,000 | | 15 | | 2019 | June | | | |
| 5,000 | | 15 | | 2019 | June | | | |
| 12,000 | | 15 | | 2019 | June | | | |
| 4,000 | | 15 | | 2019 | June | | | |
| 2,000 | | 15 | | 2019 | June | | | |
| 2,000 | | 18 | | 2019 | June | | | |
| 2,000 | | 20 | | 2019 | June | | | |
| 400 | | 20 | | 2019 | June | | | |
| 1,000 | | 21 | | 2019 | June | | | |
| 1,980 | | 21 | | 2019 | June | | | |
| 2,500 | | 22 | | 2019 | June | | | |
| 20,000 | | 23 | | 2019 | June | | | |
| 1,500 | | 25 | | 2019 | June | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10,000 | | 25 | | 2019 | June | | |
| 500 | | 25 | | 2019 | June | 2019 | June | 74,380 |
| 2,200 | | 26 | | 2019 | July | | |
| 1,225 | | 27 | | 2019 | July | | |
| 2,000 | | 29 | | 2019 | July | | |
| 1,200 | | 31 | | 2019 | July | | |
| 1,000 | | 31 | | 2019 | July | | |
| 20,000 | | 32 | | 2019 | July | | |
| 1,500 | per image | 32 | | 2019 | July | | |
| 2,250 | | 32 | | 2019 | July | | |
| 1,500 | | 34 | | 2019 | July | | |
| 1,200 | | 34 | | 2019 | July | | |
| 750 | | 34 | | 2019 | July | | |
| 8,000 | | 35 | | 2019 | July | | |
| 20,000 | | 35 | | 2019 | July | | |
| 1,250 | | 35 | | 2019 | July | | |
| 1,750 | | 36 | | 2019 | July | | |
| 1,500 | | 36 | | 2019 | July | | |
| 1,500 | | 36 | | 2019 | July | | |
| 900 | | 36 | | 2019 | July | | |
| 2,000 | | 36 | | 2019 | July | | |
| 1,500 | | 36 | | 2019 | July | | |
| 2,500 | | 38 | | 2019 | July | 2019 | July | 75,725 |
| 2,500 | | 38 | | 2019 | August | | |
| 400 | | 38 | | 2019 | August | | |
| 8,000 | | 41 | | 2019 | August | | |
| 2,000 | | 41 | | 2019 | August | | |
| 1,500 | | 41 | | 2019 | August | | |
| 8,000 | | 42 | | 2019 | August | | |
| 1,500 | | 43 | | 2019 | August | 2019 | August | 23,900 |
| 1,500 | per image | 45 | | 2019 | September | | |
| 1,000 | | 45 | | 2019 | September | | |
| 1,600 | | 45 | | 2019 | September | | |
| 1,600 | | 47 | | 2019 | September | | |
| 1,600 | | 47 | | 2019 | September | | |
| 8,000 | | 48 | | 2019 | September | | |
| 1,000 | | 48 | | 2019 | September | | |
| 3,000 | | 49 | | 2019 | September | | |
| 1,500 | | 49 | | 2019 | September | 2019 | September | 20,800 |
| 3,000 | | 52 | | 2019 | October | | |
| 850 | | 55 | | 2019 | October | | |
| 750 | | 56 | | 2019 | October | 2019 | October | 4,600 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,500 | | 56 | | 2019 | November | | |
| 500 | | 57 | | 2019 | November | | |
| 1,000 | | 58 | | 2019 | November | | |
| 1,500 | | 59 | | 2019 | November | | |
| 8,000 | | 59 | | 2019 | November | | |
| 2,000 | | 60 | | 2019 | November | | |
| 800 | | 60 | | 2019 | November | | |
| 20,000 | | 62 | | 2019 | November | | |
| 2,000 | | 62 | | 2019 | November | 2019 | November | 37,300 |
| 3,000 | | 64 | | 2019 | December | | |
| 8,000 | | 65 | | 2019 | December | | |
| 2,000 | | 67 | | 2019 | December | | |
| 2,500 | | 67 | | 2019 | December | 2019 | December | 15,500 |
| 3,000 | | 75 | | 2020 | January | | |
| 1,500 | | 75 | | 2020 | January | | |
| 2,500 | | 76 | | 2020 | January | 2020 | January | 7,000 |
| 3,500 | | 77 | | 2020 | February | 2020 | February | 3,500 |
| 3,000 | | 87 | | 2020 | March | | |
| 1,625 | | 87 | | 2020 | March | 2020 | March | 4,625 |
| 2,000 | | 91 | | 2020 | April | 2020 | Aprll | 2,000 |
| 2,500 | | 93 | | 2020 | May | | |
| 2,500 | | 95 | | 2020 | May | 2020 | May | 5,000 |
| 3,500 | | 98 | | 2020 | June | | |
| 2,500 | | 98 | | 2020 | June | | |
| 3,500 | | 101 | | 2020 | June | 2020 | June | 9,500 |
| 3,000 | | 103 | | 2020 | July | 2020 | July | 3,000 |
| 2,500 | | 108 | | 2020 | September | | |
| 1,500 | | 108 | | 2020 | September | 2020 | September | 4,000 |
| 5,000 | | 112 | | 2020 | November | | |
| 3,500 | | 114 | | 2020 | November | 2020 | November | 8,500 |
| 3,500 | | 117 | | 2020 | December | | |
| 5,000 | | 117 | | 2020 | December | | | 8,500 |
| 2,000 | | 118 | | 2021 | January | 2021 | January | 7,000 |
| 3,000 | | 127 | | 2021 | March | | |
| 3,000 | | 129 | | 2021 | March | | |
| 750 | | 129 | | 2021 | March | | |
| 999 | | 129 | | 2021 | March | | |
| 1,000 | | 130 | | 2021 | March | | |
| 3,500 | | 131 | | 2021 | March | | |
| 2,500 | | 131 | | 2021 | March | | |
| 2,000 | | 131 | | 2021 | March | 2021 | March | 16,749 |
| 2,000 | | 132 | | 2021 | April | 2021 | April | 2,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,500 | | 142 | 2021 | June | | | |
| 500 | | 144 | 2021 | June | 2021 | June | 4,000 |
| 10,000 | | 152 | 2021 | July | 2021 | July | 10,000 |
| 2,500 | | 164 | 2021 | September | 2021 | September | 2,500 |
| 750 | | 193 | 2022 | February | | | |
| 1,000 | | 194 | 2022 | February | 2022 | February | 1,750 |
| 2,000 | | 201 | 2022 | March | | | |
| 750 | | 201 | 2022 | March | 2022 | March | 2,750 |
| 750 | | 205 | 2022 | April | 2022 | April | 750 |
| 750 | | 210 | 2022 | May | | | |
| 500 | | 211 | 2022 | May | 2022 | May | 1,250 |
| 750 | | 221 | 2022 | July | | | |
| 750 | | 223 | 2022 | July | 2022 | July | 1,500 |
| 750 | | 226 | 2022 | August | | | |
| 750 | | 227 | 2022 | August | 2022 | August | 1,500 |
| 750 | | 229 | 2022 | September | 2022 | September | 750 |
| 750 | | 239 | 2022 | November | 2022 | November | 750 |
| 400 | | 253 | 2023 | February | 2023 | February | 400 |
| 3,000 | | 261 | 2023 | March | | | |
| 2,500 | | 262 | 2023 | March | 2023 | March | 5,500 |
| 4,000 | | 279 | 2023 | June | | | |
| 400 | | 282 | 2023 | June | | | |
| 2,000 | | 283 | 2023 | June | 2023 | June | 6,400 |
| 4,000 | | 296 | 2023 | August | 2023 | August | 4,000 |
| 2,000 | | 299 | 2023 | September | 2023 | September | 2,000 |
| 500 | | 303 | 2023 | October | 2023 | October | 500 |
| 3,000 | | 323 | 2024 | January | 2024 | January | 3,000 |
| | | | | | | | |
| **442,729** | | | | | | | **447,729** |

| | |
|---|---|
| 2019 Total | 317,055 |
| 2020 Total | 55,625 |
| 2021 Total | 42,249 |
| 2022 Total | 11,000 |
| 2023 Total | 18,800 |
| 2024 Total | 3,000 |
| | 447,729 |