Max K. Archer, WSBA # 54081
Riverside Law Group, PLLC
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
mka@riverside-law.com
(509) 504-8714
*Attorney for Plaintiff*

Daniel DeSouza, *pro hac vice*
Lauren Hausman, *pro hac vice*
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
lauren@copycatlegal.com
(877) 437-6228
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> POOL WORLD, INC., <br><br> Defendant. | Civil Action No. 2:23-cv-00160-TOR <br><br> **JOINT MOTION TO EXTEND DISCOVERY CUTOFF** |

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing &

Communications Co., Inc. ("Plaintiff") and defendant Pool World, Inc. ("Defendant") (collectively, the "Parties") hereby file this joint motion to extend the current discovery cutoff by a period of three (3) weeks, and state as follows:

1. Pursuant to the Second Amended Jury Trial Scheduling Order (the "Scheduling Order") [D.E. 87], the current discovery cutoff is August 29, 2025.

2. The Parties are hereby requesting that the Court extend the discovery cutoff by three (3) weeks (to September 19, 2025) while leaving in place the remaining deadlines in the Scheduling Order.

3. The extension is being requested for the following reasons: (a) medical issues, including the hospitalization of one of Plaintiff's witnesses and other ongoing family medical issues (raised in the parties' prior joint motion to extend deadlines) for a second witness have prevented the parties from taking such depositions and (b) summer travel/professional schedules of both the parties and counsel which have likewise made deposition scheduling difficult.

4. The parties do not intend to otherwise alter the Scheduling Order, and therefore the requested extension will not interfere with the dispositive motion deadline, trial, etc.

5. Given the Parties' mutual desire to extend the discovery cutoff to provide more time to complete depositions, good cause exists for such amendment.

**WHEREFORE**, the Parties respectfully request that the Court enter an

1  Order extending the discovery cutoff to September 19, 2025.

2

3

4  RIVERSIDE LAW GROUP, PLLC          /s/ Paul Alan Levy
   Max K. Archer, WSBA #54081         Paul Alan Levy (pro hac vice)
5  905 W. Riverside Ave., Ste. 404    Public Citizen Litigation Group
   Spokane, WA 99201                  1600 20th Street NW
6  Telephone: (509) 504-8714          Washington, D.C. 20009
   Email: mka@riverside-law.com       (202) 588-7725
7  Attorney for Plaintiff             plevy@citizen.org

8

9  Daniel DeSouza, *pro hac vice*     /s/ Stephen Kirby
                                      Stephen Kirby
10 Lauren Hausman, *pro hac vice*     Kirby Law Office, PLLC
   CopyCat Legal PLLC                 WSBA #43228
11 3111 N. University Drive, Suite 301 1312 N. Monroe Street
   Coral Springs, FL 33065            Spokane, Washington 99201
12 lauren@copycatlegal.com            (509) 795 4863
   (877) 437-6228                     kirby@kirbylawoffice.com
13 Attorneys for Plaintiff

14
   By: /s/ Lauren Hausman
15     Lauren Hausman Esq.            /s/ Phillip R. Malone
                                      Phillip R. Malone (pro hac vice)
16                                    Juelsgaard Intellectual Property and
                                      Innovation Clinic
17                                    Mills Legal Clinic at Stanford Law
                                      School
18                                    Crown Quadrangle, 559 Nathan
                                      Abbott Way
19                                    Stanford, California 94305-8610
                                      Telephone: (650) 724-1900
20                                    pmalone@stanford.edu

21

22

23                                    Attorneys for Defendant

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren Hausman
Lauren Hausman, Esq.