Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe Street
Spokane, Washington 99201
(509) 795-4863
kirby@kirbylawoffice.com

Phillip R. Malone (pro hac vice)
Juelsgaard Intellectual Property and Innovation Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
(650) 724-1900
pmalone@stanford.edu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>POOL WORLD, INC., a Washington for profit corporation,<br><br>        Defendant. | No. 2:23-cv-00160-TOR<br><br>**UNOPPOSED MOTION TO LARGELY UNSEAL SUMMARY JUDGMENT REPLY PAPERS**<br><br>Hearing October 24, 2025<br>6:30 PM |

Pursuant to the public's right of access to judicial records filed in connection with a dispositive motion, Pool World moves the Court for leave to unseal the numbers and related information appearing in Pool World's papers filed in its reply supporting summary

judgment that parallel the materials that the Court ruled could be unsealed in the papers supporting summary judgment. Counsel for plaintiff PFP has authorized Pool World to represent that PFP consents to this motion to unseal.

Specifically, Pool World seeks leave to file the following documents either completely unsealed, or redacted only in part, as described below:

1. The Reply in Support of Pool World's Motion for Summary Judgment (DN 102) should be unsealed in its entirety.

2. The Reply in Support of Pool World's Statement of Material Facts (DN 102-1) should be unsealed in its entirety.

3. The Ninth Levy Affirmation (DN 102-2) should be entirely unsealed except for the name in paragraph 12 of the company whose bank was subject to a garnishment to collect on a default judgment (because counsel for Prepared Food Photos ("PFP") has represented that there was a confidential settlement with the default judgment debtor in connection with the garnishment).

4. The revised Exhibit RR should be unsealed in part, with the same company names that were redacted in DN 105-3 still redacted; in addition, the names of the companies shown as making payments in January, March and April 2020 should also still be redacted. (In conferring with PFP's counsel, Pool World's counsel shared the partly unredacted version of Exhibit RR that Pool World seeks leave to file).

5. Exhibit EEE should be entirely unsealed; it is a contract with a company that

has ended its PFP subscription.

This motion applies to the reply memorandum and the documents filed in support of that memorandum the same analysis that the Court applied in ruling on Pool World's motion to unseal the summary judgment motion and supporting papers. The Court ruled that the public's right of access supported disclosure of all materials except the names of companies that had made payments to settle claims of copyright infringement, as reflected in bank statements or CopyCat Legal ledgers, who had protectible privacy interests, as well as the names of PFP's current subscribers, which PFP averred could be poached by PFP's competitors.

Consistent with the Court's analysis of the public's right of access to documents submitted in support of Pool World's motion for summary judgment, as reflected in its order dated August 29, 2025 (DN 104), this motion seeks leave to file unsealed reply documents that bear on defendant's motion for summary judgment while protecting against disclosure of the names of third parties, drawing the same distinctions as the Court adopted in DN 104.

## CONCLUSION

The motion to unseal should be granted, as agreed by both parties.

Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16   September 23 , 2025
17
18
19
20
21
22
23
24
25
26
27
28

   /s/   Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

   /s/ Stephen Kirby
Stephen Kirby
Kirby Law Office, PLLC
WSBA #43228
1312 N. Monroe Street
Spokane, Washington 99201
(509) 795-4863
kirby@kirbylawoffice.com

   /s/ Phillip R. Malone
Phillip R. Malone (pro hac vice)
Juelsgaard Intellectual Property
 and Innovation Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
pmalone@stanford.edu

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of September, 2025, I am filing this memorandum and accompanying affirmation by the Court's ECF system, which will effect service on counsel for plaintiff, Max Archer Daniel DeSouza, and Lauren Hausman.

        /s/   Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

September 23 , 2025