```
                                    FILED IN THE
                                  U.S. DISTRICT COURT
                              EASTERN DISTRICT OF WASHINGTON

                                    Sep 29, 2025
                                  SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> POOL WORLD, INC., <br><br> Defendant. | NO. 2:23-CV-0160-TOR <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO UNSEAL |

BEFORE THE COURT is Defendant's Unopposed Motion to Unseal Summary Judgment Reply Papers (ECF No. 110).  This matter was submitted for consideration without oral argument.  The Court has reviewed the record and files herein and is fully informed.  For the reasons discussed below, Defendant's motion is **GRANTED**.

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO UNSEAL ~ 1

## DISCUSSION

The Court recently entered an Order dismissing this action with prejudice after the parties provided a notice of settlement to the Court and a subsequent stipulated motion of dismissal. ECF Nos. 106, 107. Prior to the notice of settlement, Defendant had filed a sealed reply brief (ECF No. 103) related to Defendant's pending motion for summary judgment (ECF Nos. 90, 91). Defendant now seeks leave to unseal the Reply brief and other related papers as follows:

1. The Reply in Support of Pool World's Motion for Summary Judgment (ECF No. 102) in its entirety.
2. The Reply in Support of Pool World's Statement of Material Facts (ECF No. 102-1) in its entirety.
3. The Ninth Levy Affirmation (ECF No. 102-2) in its entirety except for the name in paragraph 12 of the company whose bank was subject to garnishment to collect on a default judgment.
4. The revised Exhibit RR in part, with the same company names that were redacted in ECF No. 105-3 still redacted. Additionally the names of the companies shown as making payments in January, March, and April 2020 should also be redacted.
5. Exhibit EEE in its entirety (ECF No. 102-3 at 102).

ECF No. 110 at 2-3.

Defendant asserts that Plaintiff has consented to the unsealing of the documents as indicated. *Id.* at 2.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Unseal Summary Judgment Reply Papers (ECF No. 110) is **GRANTED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel. This file remains **CLOSED**.

DATED September 29, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO UNSEAL ~ 3