FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., a Florida for-profit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>POOL WORLD, INC., a Washington for-profit corporation,<br><br>　　　　　　　　Defendant. | NO. 2:23-CV-0160-TOR<br><br>ORDER GRANTING DEFENDANT'S RENEWED MOTION TO UNSEAL DOCUMENT |

BEFORE THE COURT is Defendant's Renewed Motion to Unseal Document (ECF No. 113).  This matter was submitted for consideration without oral argument.  The Court has reviewed the record and files herein and is fully informed.  For the reasons discussed below, Defendant's Renewed Motion to Unseal Document (ECF No. 113) is GRANTED.

## BACKGROUND

Previously, Defendant moved to unseal the current and former subscribers of

ORDER GRANTING DEFENDANT'S RENEWED MOTION TO UNSEAL DOCUMENT ~ 1

1  Plaintiff in Exhibit OO.  ECF No. 93.  Defendant asked for the name of the

2  subscriber, the monthly payment amount, and the months of payment, not specifics

3  about subscriber information or pricing terms.  ECF No. 104 at 10.  In the Court's

4  order, the Court decided that Plaintiff did not provide a compelling reason to deny

5  Defendant's motion.  ECF No. 104 at 10.  However, the Court granted the motion

6  to unseal the former subscribers but not the current subscribers of Plaintiff listed in

7  Exhibit OO.  ECF No. 104 at 8-11.  Plaintiff did not respond to Defendant's

8  Renewed Motion.

9  **DISCUSSION**

10  There is a "strong presumption of access to judicial records [that] applies

11  fully to dispositive pleadings, including motions for summary judgment and related

12  attachments." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th

13  Cir. 2006).  To combat this presumption, a party must exemplify "compelling

14  reasons" to keep the documents sealed or confidential.  *Id.*  However, an exception

15  to this presumption is a court record that is "traditionally kept secret."  *Kamakana*,

16  447 F.3d at 1179 (quoting *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d

17  1122, 1135 (9th Cir. 2003)).

18  Defendant requests either documentary evidence to prove all ten alleged

19  subscribers are current subscribers or for the Court to grant Defendant's Motion to

20  Unseal Exhibit OO.  ECF No. 113 at 304.  Defendant established many examples

ORDER GRANTING DEFENDANT'S RENEWED MOTION TO UNSEAL
DOCUMENT ~ 2

1  and reasons for discrepancies in the provided former subscriber lists versus current
2  subscriber lists.  ECF No. 113 at 3-6.  Defendant states only one of the ten redacted
3  subscribers are identified in the bank records from 2018 to 2024.  ECF No. 13 at 3.
4  Four were identified from URLs in Stripe payments from 2023-2024.  ECF No. 13
5  at 3.  Counsel confirmed that another customer is a current subscriber through
6  conversation with that company's manager.  *Id.*  Another confirmed they cancelled
7  in 2025.  *Id.*  However, that leaves three of the ten current subscriber companies
8  unaccounted for in the evidence.  *Id.*

9        Other than Plaintiff's response to the previous motion on this matter,
10 Plaintiff did not respond to this renewed motion.  Plaintiff has not provided any
11 supplemental materials or updated information that this subscriber list is accurate
12 or provided explanations in opposition of Defendant's arguments.  Therefore,
13 Plaintiff did not provide arguments, nor did Plaintiff provide documentation to the
14 Court showing which companies are current subscribers or continuously making
15 payments for monthly subscriptions.

16       Additionally, under LCivR 7(e), failure to comply with the rules for motions
17 and responses, "may be deemed consent to the entry of an order adverse to the
18 party who violates these rules." LCivR 7(e).  Plaintiff failed to respond to
19 Defendant's arguments or to provide sufficient documentation.  With Plaintiff's
20 failure to respond or provide documentation and given the presumption in favor of

ORDER GRANTING DEFENDANT'S RENEWED MOTION TO UNSEAL
DOCUMENT ~ 3

access to records, the Court grants Defendant's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Unseal Document (ECF No. 113) is **GRANTED.**

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED November 10, 2025.

THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S RENEWED MOTION TO UNSEAL DOCUMENT ~ 4