# Levy Affirmation Exhibit OO - Unredacted

| ** Company name | Monthly subscription fee OR specified fee as specified (and converted to monthly fee) | Date signed by subscriber | Date signed by PFP/AdLife | |
|---|---|---|---|---|
| 1 Huron Web.pdf | $999.00 | 3.14.2022 | 4.1.2022 | advertising company; paid lump sum and subscribed after client threatened with infringement; the file name for the payment indicates that Heritage IGA was the Huron customer; did not renew |
| 2 Niemann's Foods.pdf | $999.00 | 1.18.2023 | 1.19.2023 | large supermarket chain; paid lump sum settlement upon signing; demand letter to this company cited fraudulently obtained default judgments |
| 3 Prime Hospitals | $999.00 | 10.30.2023 | 11.2.2023 | large hospital chain; subscribed to settle threat of copyright litigation in which PFP counsel repeated its client's lies about subscription minimum; demand letters to this company cited fraudulently obtained default judgments |
| 4 Albrecht - Settlement Agreement | $999.00 | 4.6.2023 | 4.7.2023 | advertising company; paid lump sum and subscribed after client threatened with infringement; did not renew |

| | | | | | |
|---|---|---|---|---|---|
| 5 | A2 Final Agreement (1).pdf | $2,500 | 7.27.2022 | 8.5.2022 | advertising company; paid lump sum settlement upon signing |
| 6 | PureRed PFP Subscriber Agreement | 999 | 12.21.2022 | 1.3.2023 | advertising company; paid lump sum upon subscribing; ledger refers to "Metcalfe", which shows up several times on search tracking sheet |
| 7 | 2019 PS Creative Executed Subscriber Agreement.pdf | 499 | 9.6.2019 | 9.6.2019 | advertising company; subscribed after client threatened with infringement; did not renew |
| 8 | 2020 Subscription Agreement_FINAL (10_14_20).pdf/*Associated Grocers* | 1000 | not signed | 10.15.2020 | large supermarket chain; paid lump sum settlement upon signing per bank records |
| 9 | 2023.09.22 - PFP v. GH Settlement Agreement - EXECUTED.pdf | 2800 | 9.22.2023 | 9.21.2023 | advertising company; paid lump sum upon subscribing |
| 10 | Adlife-Sprouts Partially Executed Settlement Agreement.pdf | 12,000/yr= 1,000/mo | not signed | 1.16.2020 | subscription in settlement of infringement lawsuit |
| 11 | Associated Grocers of the South Subscriber Agreement.pdf | 499 | 1.5.2017 | 1.5.2017 | chain of grocery stores; origins unknown, note that PFP has destroyed relevamt records. Has renewed repeatedly |
| 12 | DW Green Subscriber Agreement-Fully Executed 06-02-20.pdf | 500 w Bad-ad program/$ 999 without | 6.1.2020 | 6.2.2020 | Advertising company; subscribed to resolve threat of infringement litigation; per PFP counsel, no longer pays any subscription fee; gets free access to database of photos because it is a Bad-Adz customer |

86c

| 13 | Shop to Cook Subscription AgreementEXECUTED.pdf | 500 | 9.13.2018 | 9.12.2018 | Advertising company; origins unknown because PFP has destroyed relevant records; but has renewed regularly |
| 14 | Graphic Media Solutions User Agreement | 499 | 8.25.2019 | 8.28.2019 | advertising company; subscribed after client threatened with infringement; did not renew |
| 15 | Executed - Grocery Supply Subscription Agreement.pdf | 999 | 4.6.2017 | 4.6.2017 | Advertising company; origins unknown because PFP has destroyed relevant records; but has renewed regularly even though the advertising company reportedly does not use the photos |
| 16 | Food Bazar - FKQ.com - Subscription Agreemnet | 999 | 11.27.2018 | 11.30.2018 | advertising company; origins unknown, note that PFP has destroyed relevant records. |
| 17 | Food City K-VA-T User Agreement.pdf | 999 | not signed | 2.24.2017 | substantial supermarker chain (over a hunfred stores); origins unknown, note that PFP has destroyed relevant records. Still client in 2024 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | Nantucket Green Grocer Subscription Agreement.pdf | 300 | 10.01.2019 | 11.07.2019 | single mom and pop grocery store; although PFP has destroyed records from this period, man who signed the contract supplied AdLife's threat of litigation; did not renew (business has since closed) |
| 19 | Piggly Wiggly User Agreement - Executed.pdf | 1188 annual=99 /mo | 05.16.2019 | 05.16.2019 | small chain of grocery stores; although PFP has destroyed records from this period, customer stated it subscriber after threat of litigation; has apparently renewed at same price per PFP counsel, though bank records do not show payments |
| 20 | SoGro Media, LLC - | 499 | 10.04.2019 | 10.04.2019 | advertising company; subscribed after client threatened with infringement; did not renew |
| 21 | Southeast Media - | 999 | 02.27.2017 | 02.10.2017 | origins unknown, note that PFP has destroyed relevamt records. Has renewed repeatedly |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Val Pak 2021-2024 Subscriber Agreement | | 750 | 07.26.2021 | 07.23.2021 | national advertiser; origins unknown, note that PFP has destroyed relevamt records; document from PFP reflects that it was repeatedly threatened with infringement litigation |
| | | | | | |
| | | | | | |

86f